B5 (Official Form 5) (12/07)

| United States Bankruptcy Court<br>Northern District of California | INVOLUNTARY<br>PETITION |
|---|---|

| IN RE (Name of Debtor - If individual: Last, First, Middle)<br>**Clement C. Carinalli** | ALL OTHER NAMES used by debtor in the last 8 years<br>(include married, maiden, and trade names)<br>**Clem Carinalli** |
|---|---|

| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN<br>(if more than one, state all.)<br>**N/A** | |
|---|---|

| STREET ADDRESS OF DEBTOR (No. and street, city, state and zip code)<br>**520 Mendocino Avenue**<br>**Santa Rosa, CA**<br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS: **Sonoma**<br><br>ZIP CODE **95401** | MAILING ADDRESS OF DEBTOR (If different from street address)<br>**P.O. Box 820**<br>**Santa Rosa, CA**<br><br>ZIP CODE **95402** |
|---|---|

| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)<br>**Sonoma County** |
|---|

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7 ☐ Chapter 11

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box.) | Type of Debtor<br>(Form of Organization) | Nature of Business<br>(Check one box) |
|---|---|---|
| Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | ☑ Individual (Includes Joint Debtor)<br>☐ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other |

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principle assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

## PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER
OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☑ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. §303(b).<br>2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>or<br>b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

B5 (Official Form 5) (12/07) – Page 2

Name of Debtor    Clement C. Carinalli

Case No. _____

---

## TRANSFER OF CLAIM

☐  Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _Corrick Brown_ Norma Brown Tees

Signature of Petitioner or Representative (State title)

Corrick and Norma Brown, Trustees    9-13-09

Name of Petitioner / Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Corrick Brown
2988 Sunridge Dr.
Santa Rosa, CA 95404

x _[signature]_    9/14/09

Signature of Attorney    Date

Provencher and Flatt LLP

Name of Attorney Firm (if any)

823 Sonoma Avenue
Santa Rosa, CA 95404

Address

(707) 284-2380
Telephone No.

---

x _____

Signature of Petitioner or Representative (State title)

L. Christine Healey

Name of Petitioner / Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
L. Christine Healey
10 Fourth NE
Washington, DC 20002

x _____

Signature of Attorney    Date

Provencher and Flatt LLP

Name of Attorney Firm (if any)

823 Sonoma Avenue
Santa Rosa, CA 95404

Address

(707) 284-2380
Telephone No.

---

x _____

Signature of Petitioner or Representative (State title)

Naomi W. Reddert, Trustee

Name of Petitioner / Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Naomi W. Reddert
P.O. Box 6388
Carmel, CA 93921

x _____

Signature of Attorney    Date

Provencher and Flatt LLP

Name of Attorney Firm (if any)

823 Sonoma Avenue
Santa Rosa, CA 95404

Address

(707) 284-2380
Telephone No.

---

2 Continuation sheets attached

Name of Debtor    **Clement C. Carinalli**

Case No.    _____

---

## TRANSFER OF CLAIM

☐  Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

| | |
|---|---|
| Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief. | |
| X _____<br>Signature of Petitioner or Representative  (State title) | X _____<br>Signature of Attorney                         Date |
| **Corrick and Norma Brown, Trustees** | **Provencher and Flatt LLP** |
| Name of Petitioner                         Date Signed | Name of Attorney Firm (If any) |
| | **823 Sonoma Avenue<br>Santa Rosa, CA 95404** |
| Name & Mailing<br>Address of Individual<br>Signing in Representative       **Corrick Brown**<br><br>**2988 Sunridge Dr.<br>Santa Rosa, CA 95404**<br>Capacity | Address _____<br><br><br>**(707) 284-2380**<br>Telephone No. |
| X _~~signature~~_<br>Signature of Petitioner or Representative  (State title) | X _~~signature~~_                              **9/14/09**<br>Signature of Attorney                         Date |
| **L. Christine Healey**          **9/13/09** <br>Name of Petitioner                         Date Signed | **Provencher and Flatt LLP**<br>Name of Attorney Firm (If any) |
| | **823 Sonoma Avenue<br>Santa Rosa, CA 95404** |
| Name & Mailing<br>Address of Individual<br>Signing in Representative       **L. Christine Healey**<br><br>**10 Fourth NE<br>Washington, DC 20002**<br>Capacity | Address _____<br><br><br>**(707) 284-2380**<br>Telephone No. |
| X _____<br>Signature of Petitioner or Representative  (State title) | X _____<br>Signature of Attorney                         Date |
| **Naomi W. Reddert, Trustee** | **Provencher and Flatt LLP** |
| Name of Petitioner                         Date Signed | Name of Attorney Firm (If any) |
| | **823 Sonoma Avenue<br>Santa Rosa, CA 95404** |
| Name & Mailing<br>Address of Individual<br>Signing in Representative       **Naomi W. Reddert**<br><br>**P.O. Box 6388<br>Carmel, CA 93921**<br>Capacity | Address _____<br><br><br>**(707) 284-2380**<br>Telephone No. |

**2**  Continuation sheets attached

Case: 09-12986   Doc# 1    Filed: 09/14/09    Entered: 09/14/09 14:33:19    Page 3 of 10

Name of Debtor   Clement C. Carinalli

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐  Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(e). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _____
Signature of Petitioner or Representative  (State title)

**Corrick and Norma Brown, Trustees**

Name of Petitioner           Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

Corrick Brown

2989 Sunridge Road
Santa Rosa, CA 95404

x _____  Date
Signature of Attorney

Provencher and Flatt LLP

Name of Attorney Firm (if any)

823 Sonoma Avenue
Santa Rosa, CA 95404

Address

(707) 284-2380
Telephone No.

---

x _____
Signature of Petitioner or Representative  (State title)

**L Christine Healey**

Name of Petitioner           Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

L. Christine Healey

10 Fourth NE
Washington, DC 20002

x _____  Date
Signature of Attorney

Provencher and Flatt LLP

Name of Attorney Firm (if any)

823 Sonoma Avenue
Santa Rosa, CA 95404

Address

(707) 284-2380
Telephone No.

---

x _____
Signature of Petitioner or Representative  (State title)

**Naomi W. Reddert, Trustee**  Sept 13 2009

Name of Petitioner           Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

Naomi W. Reddert

P.O. Box 6388
Carmel, CA 93921

x _____  9/14/09
Signature of Attorney      Date

Provencher and Flatt LLP

Name of Attorney Firm (if any)

823 Sonoma Avenue
Santa Rosa, CA 95404

Address

(707) 284-2380
Telephone No.

2  Continuation sheets attached

Name of Debtor  Clement C. Carinalli

Case No.

| x _____ <br> Signature of Petitioner or Representative (State title) <br><br> Ryan C. Brown <br> Name of Petitioner                              9/13/09 <br>                                        Date Signed <br><br><br><br> Name & Mailing          Ryan C. Brown <br> Address of Individual <br> Signing in Representative     10 Fourth NE <br>                                Washington, DC 20002 <br> Capacity | x _____        9/14/09 <br> Signature of Attorney              Date <br> Provencher and Flatt LLP <br> Name of Attorney Firm (If any) <br><br> 823 Sonoma Avenue <br> Santa Rosa, CA 95404 <br><br> Address <br><br><br> (707) 284-2380 <br> Telephone No. |
|---|---|
| x _____ <br> Signature of Petitioner or Representative (State title) <br><br> Walter Middletown O'Brien, Trustee <br> Name of Petitioner                              Date Signed <br><br><br><br> Name & Mailing          Walter Middletown O'Brien <br> Address of Individual <br> Signing in Representative     5240 St. Helena Rd <br>                                Santa Rosa, CA 95404 <br> Capacity | x _____ <br> Signature of Attorney              Date <br> Provencher and Flatt LLP <br> Name of Attorney Firm (If any) <br><br> 823 Sonoma Avenue <br> Santa Rosa, CA 95404 <br><br> Address <br><br><br> (707) 284-2380 <br> Telephone No. |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Walter Middletown O'Brien, Trustee <br> TTEE for the O'Brien Family 1992 Tr | Promissory note and guaranty | 376,000.00 |
| Ryan C. Brown <br> One half of claim with L. Christine Healey | Personal Guaranty | 25,000.00 |
| Naomi W. Reddert, Trustee | Personal Guaranty | 50,000.00 |
| L. Christine Healey <br> One half of claim with Ryan Brown | Personal Guaranty | 25,000.00 |

Name of Debtor    Clement C. Carinalli

Case No.

| | |
|---|---|
| X _____<br>Signature of Petitioner or Representative  (State title)<br><br>Ryan C. Brown<br>Name of Petitioner                    Date Signed | X _____    Date<br>Signature of Attorney<br><br>Provencher and Flatt LLP<br>Name of Attorney Firm (If any)<br><br>823 Sonoma Avenue<br>Santa Rosa, CA 95404 |
| Name & Mailing      Ryan C. Brown<br>Address of Individual<br>Signing in Representative   10 Fourth NE<br>                              Washington, DC 20002<br>Capacity | _____<br>Address<br><br><br>(707) 284-2380<br>Telephone No. |
| X _[signature]_____<br>Signature of Petitioner or Representative  (State title)<br><br>Walter Middleton O'Brien, Trustee    9/14/09<br>Name of Petitioner                    Date Signed | X _[signature]_____    9/14/09<br>Signature of Attorney              Date<br><br>Provencher and Flatt LLP<br>Name of Attorney Firm (If any)<br><br>823 Sonoma Avenue<br>Santa Rosa, CA 95404 |
| Name & Mailing      Walter Middleton O'Brien<br>Address of Individual<br>Signing in Representative   5240 St. Helena Rd<br>                              Santa Rosa, CA 95404<br>Capacity | _____<br>Address<br><br><br>(707) 284-2380<br>Telephone No. |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Walter Middleton O'Brien, Trustee<br>TTEE for the O'Brien Family 1992 Tr | Promissory note and guaranty | 376,000.00 |
| Ryan C. Brown<br>One half of claim with L. Christine<br>Healey | Personal Guaranty | 25,000.00 |
| Naomi W. Reddert, Trustee | Personal Guaranty | 50,000.00 |
| L. Christine Healey<br>One half of claim with<br>Ryan Brown | Personal Guaranty | 25,000.00 |

Case: 09-12986   Doc# 1   Filed: 09/14/09   Entered: 09/14/09 14:33:19   Page 6 of 10

Name of Debtor    **Clement C. Carinalli**

Case No.    _____

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| **Corrick and Norma Brown, Trustees**<br>**Trustees** | **Personal Guaranty** | **450,000.00** |

| Note: | If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims<br><br>$    **926,000.00** |
|---|---|---|

CLEMENT C. CARINALLI
520 MENDOCINO AVE., SUITE 250
SANTA ROSA, CA 95401-5257
(707) 578-1302
(707) 525-1206 (fax)
clemc@sonic.net

May 26, 2009

This letter is to advise that I have retained Huntley, Mullaney, Spargo & Sullivan, LLC ("HMS") to represent me in determining the appropriate strategic direction to take with the above referenced loan(s), currently being serviced by Sonoma Mortgage & Investment Co.

Unfortunately, due to my current lack of cash flow, I am unable to make the payments on the loan(s) I have guaranteed to you.

This lack of cash flow has been caused by a number of factors including the following:

1. The current depressed real estate market has caused a large quantity of defaults on loans in which I was the lender, which in turn has left me in a negative cash flow position since these borrowers have stopped making their payments.

2. I have repossessed a number of properties over the last couple of years, most of which required large amounts of cash to purchase and I have incurred large losses.

3. There are virtually no real estate buyers in the current market, which has prohibited me from selling assets to generate cash.

Since I am both a lender and real estate investor, I have experienced the same problems that major public developers and lenders, (i.e., Wells Fargo Bank, Bank of America) have experienced in this depressed real estate market. However, unlike the major banks, I am not eligible for TARP funds.

In response to this situation, we are developing a Global Restructuring Plan to maximize our ability to repay institutional lenders, private lenders, and investors over the next three years. We expect to complete the Global Restructuring Plan and present it to you within the next 30 days.

Steve Huntley of HMS will be contacting you in the near future to discuss this loan and the Plan with you, and I have authorized him to negotiate on my behalf. We will be reaching out to you periodically to give you updates, but in the meantime, if you should have any questions, please contact either me at 707-578-1302 or Steve Huntley at 925-831-3233.

Sincerely,

Clement C. Carinalli

cc:     Steve Huntley

**Attachment to Involuntary Petition**
**Allegations**

Petitioners allege the following:

1.      Clement C. Carinalli has admitted that he is unable to pay his debts. See attached letter dated May 26, 2009[i] and <u>Carinalli hit hard by cash crunch,</u> Nathan Halverson, *Press Democrat, June 16, 2009.*

2.      Pursuant to reports in the press, Clement C. Carinalli, has:

      A.      Refinanced real property to pay what appear to be unsecured obligations, for example, $232,500 to the Sonoma State University Foundation. <u>Carinalli owes $150 million,</u> Nathan Halverson, *Press Democrat, August 12, 2009.*

      B.      Transferred his interest in 42 acres of undeveloped real property in 2008 to his "longtime business associate", Dennis Hunter, one of his partners in the county's garbage hauler, North Bay Corp. <u>Carinalli owes $150 million,</u> Nathan Halverson *Press Democrat, August 12, 2009.*

      C.      Borrowed more on his real estate in 2009 then in 2007, 2006, 2005 and 2004 combined. <u>Ripple effect from developer Carinallis' financial woes.</u> Nathan Halverson, *Press Democrat June 20, 2009.*

      D.      Has provided certain lenders with "an extra document to protect themselves in the event of a Carinalli bankruptcy". <u>Ripple effect from developer Carinallis' financial woes.</u> Nathan Halverson *Press Democrat, June 20, 2009.*

3.      Between December 2006 and August 2007, Mr. Carinalli lent or arranged loans of $5,200,000 to a California Corporation called Ripp It, Inc. on bare land in Lake County, California. According to public records the sole director of Ripp It, Inc. is Jay Soderling. Petitioners believe this is the same Jay Soderling who, in 1987, pled guilty to bank fraud based upon his conduct as an officer and director of Golden Pacific Savings.

---

[i] The addressee of the letter had been redacted.