Entered on Docket
September 29, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: September 29, 2009

_____
ALAN JAROSLOVSKY
U.S. Bankruptcy Judge
_____

MEYERS LAW GROUP, P.C.
MERLE C. MEYERS, ESQ., CA Bar #66849
EDIE WALTERS, ESQ., CA Bar #262730
D. CLARKE SUGAR, ESQ., CA Bar #251681
44 Montgomery Street, Suite 1010
San Francisco, CA 94104
Telephone: (415) 362-7500
Facsimile: (415) 362-7515
Email: mmeyers@mlg-pc.com

Attorneys for Clement C. and Ann Marie Carinalli,
Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

In re

CLEMENT C. CARINALLI,

          Alleged Debtor

Case No. 09-12986

### ORDER FOR RELIEF IN CHAPTER 11

      Upon the stipulation entered into by and between (a) CORRICK and NORMA BROWN, as trustees, L. CHRISTINE HEALEY, NAOMI W. REDDERT, as trustee, RYAN C. BROWN, and WALTER MIDDLETOWN O'BRIEN, as trustee (collectively, the "Petitioners"), all of whom filed an *Involuntary Petition* herein on September 14, 2009 (the "Petition"); and (b) CLEMENT C. CARINALLI (the "Alleged Debtor"), named in the Petition, and his wife, ANN MARIE CARINALLI ("Ms. Carinalli," and collectively with the Alleged Debtor, the "Carinallis"), through their respective counsel of record, as of the 17th day of September 2009, and for good cause shown,

      NOW, THEREFORE, IT IS HEREBY ORDERED, DECREED AND ADJUDGED as follows:

      1.     The Petitioners have consented to the Alleged Debtor's conversion of this case to a case under chapter 11 of the Bankruptcy Code, and to the joinder of the Alleged Debtor's spouse, Ann Marie Carinalli, as a joint chapter 11 debtor.

      2.     Relief under chapter 11 of the Bankruptcy Code is hereby granted.

3. Ms. Carinalli, as well as the Alleged Debtor, shall be deemed a joint debtor-in-possession herein.

4. At all times hereafter, the caption of this case shall be modified to read as follows:

| | |
|---|---|
| In re<br><br>CLEMENT C. and ANN MARIE CARINALLI,<br><br>Debtors<br><br>S.S.Ns: XXXX-XX-8623 and<br>XXXX-XX-5690 | Case No. 09-12986<br><br>Under Chapter 11 |

5. Pursuant to the provisions of Rule 1007(a)(2) of the Federal Rules of Bankruptcy Procedure, the Carinallis shall file within fifteen (15) days after the date of entry of this Order a list containing the name and address of each entity to be included on Schedules D, E, F, G and H as prescribed in the Official Forms.

6. The Carinallis shall file within thirty (30) days of the entry of this Order the documents set forth Rule 1007(b) of the Federal Rules of Bankruptcy Procedure.

** END OF ORDER **

* * * * * * *

APPROVED AS TO FORM AND CONTENT:
PROVENCHER & FLATT


By   /s/  Douglas Provencher
Douglas Provencher, Esq. (CA 77823)
Attorneys for Petitioners