B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

Northern District of California

In re  Clement C. and Ann Marie Carinalli  ,
          Debtor

Case No. 09-12986

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Please see attached list. | | | | |

Date: 09/29/2009

/s/ Clement C. Carinalli
Debtor

*[Declaration as in Form 2]*

Debtor: Clement C. Carinalli
Ann Marie Carinalli
Case No: 09-1296
Chapter: 11

Attachment

**List of Creditors Holding 20 Largest Unsecured Claims**

| Ctrl | (1) Name of creditor | (2) Name of contact | (3) Nature of claim | (4) C; U; D; S | (5a) Amount of Claim | (5b) Value of security |
|---|---|---|---|---|---|---|
| 1 | Bertolone Family 1993 Trust | Larry E. Bertolone, Trustee; Sandra J. Bertolone, Trustee; 1537 Manzanita Ave; Santa Rosa, CA 95404; Ph: 707-545-1442 | Unsecured notes | | 5,232,922 | 0 |
| 2 | Sonoma Bank | Sonoma Bank; 801 Fourth Steet; Santa Rosa, CA 95404; PH: 707-579-2265 | Bank loan | | 5,000,000 | 0 |
| 3 | North Valley Bank | Mr. Michael Cushman, President, 300 Park Marina Circle, Redding, CA 96001; Ph: 530-226-2910 | Bank loan | | 3,000,000 | 0 |
| 4 | Stanford A. Diamond and Marilyn Diamond Trust Agreement Dated 12/28/1999 | Marilyn Diamond, Trustee 1401 Fountaingrove Prkwy #317; Santa Rosa, CA 95403; PH:707-546-2339 | Unsecured notes | | 2,543,416 | 0 |
| 5 | Insco Dico; 2999 Oak Road Ste 420; Walnut Creek, CA 94597 PH: 925-295-3190 | Same | Bonding | C | 2,500,000 | 0 |
| 6 | Five Star Bank | Mr. Eric Woodstrom, President, 358 Hartnell Ave. Suite B, Redding, CA 96002; Ph: 530-722-1565 | Bank loan | | 2,200,000 | 0 |
| 7 | Summit State Bank | Mr. Guy C. Dana, SVP; Summit Bank; 500 Bicentennial Way, Santa Rosa, CA 95403 PH: 707-568-6000 | Bank loan | | 2,000,000 | 0 |
| 8 | North Coast Bank | Mr. Bill O'Connell, Holme Roberts & Owen LLP, 560 Mission Street, 25th Floor; San Francisco, CA 94105-299; PH: 415-268-2000 | Bank loan | C | 1,980,000 | 0 |
| 9 | Wells Fargo Bank | Mr. Stuart McClain, Wells Fargo Bank, Credit management Group, 1836 Sierra Gardens; Roseville, CA 95661; PH: 1-800-869-3557 | Bank loan | | 1,600,000 | 0 |
| 10 | West America Bank | Mr. Joseph Dietzen; Mr. Peter Hoffman, Shelley Cooper VP, 111 Santa Rosa Ave., Suite 120, Santa Rosa, CA 95404; PH: 707-863-3365 | Bank loan | | 1,500,000 | 0 |
| 11 | Charles V. and Norma Lee. Cooper Trust dated February 11, 1991 | Charles V. Cooper; Norma L. Cooper; 4000 Montgomery Dr., Suite F; Santa Rosa, CA 95405; PH: 707-539-9147; or Mike at 707-433-6196 | Secured note - deficiency | U | 1,500,000 | 0 |
| 12 | Union Bank of California, N.A as custodian FBO; Steve Opperman (IDA) | Stephen T. Opperman; c/o 280 Kinley Dr; Healdsburg, CA 95448; PH: 707-495-5941 | Secured note - deficiency | U | 1,263,100 | 0 |
| 13 | Luther Burbank Savings | Luther Burbank Savings; 804 Fourth Street, Santa Rosa, CA 95104; PH: 707-578-9216 | | U | 5,859,500 | 4,750,000 |
| 14 | Robert W. Sinai and Rachel M. Sinai Trust | Robert W. Sinai; 6485 Timber Springs Dr, Santa Rosa, CA 95409; PH: 707-539-9407 | Unsecured note | | 1,000,000 | 0 |
| 15 | Country Wide (Bank of America) | Country Wide (Bank of America); PO Box 10219; Van Nuys, CA 91410; PH: 707-521-4419 | | U | 3,931,000 | 3,100,000 |
| 16 | Redwood Equities Investments; P. O. Box 14955; Santa Rosa, CA 95402; PH: 707-579-3414 | Same | Unsecured note | | 1,000,000 | 0 |
| 17 | Robert W. Oliver, Individual; Delta Lodge, LLC Pension Plan; Oliver Family Trust of 1989, Trust Company of America FBO, Robert W. Oliver | Robert W. Oliver; 8901 Barnett Valley RoadSebastopol, CA 95472; PH: 707-829-5623 | Secured and unsecured notes. | U | 914,500 | 96,482 |
| 18 | James R. Palleschi, Individual, James R. Palleschi M.D., Inc. Profit Sharing Plan; 3883 Airway Dr., Suite 203; Santa Rosa, CA 95403; PH: 707-521-7721 (707-521-8900) | Same | Secured note - deficiency and unsecureded notes | U | 1,179,930 | 440,818 |
| 19 | Michael R. Newman; Lauren A. Newman; 3732 Sleepy Hollow Dr; Santa Rosa, CA 95404; PH: 525-9029 (wk 546-9461) | Same | Unsecured note | | 621,840 | 0 |
| 20 | George T. Delong and Ragna Delong; 6064 Torrington Dr.; Reno, NV 89511; PH: 775-825-2218 | Same | Unsecured note | | 650,000 | 0 |
| 21 | Jon P. Ledyard; P. O. Box 131; Sebastopol, CA 95473; PH: 707-823-2917 | Same | Unsecured note | | 601,500 | 0 |