FRIEDMAN DUMAS & SPRINGWATER LLP
ELLEN A. FRIEDMAN (S.B. No. 127684)
M. ELAINE HAMMOND (S.B. No. 197444)
150 Spear Street, Suite 1600
San Francisco, CA 94105
Telephone Number: (415) 834-3800
Facsimile Number: (415) 834-1044

FRIEDEMANN GOLDBERG LLP
JOHN FRIEDEMANN (S.B. No. 115632)
ADRIANA DYDELL (S.B. No. 239516)
420 Aviation Blvd., Suite 201
Santa Rosa, CA 95403
Telephone Number: (707) 543-4900
Facsimile Number: (707) 543-4910

Attorneys for Creditor
LUTHER BURBANK SAVINGS

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>CLEMENT C. and ANN MARIE CARINALLI,<br><br>Debtors. | Case No. 09-12986<br><br>Chapter 11<br><br>**REQUEST FOR SPECIAL NOTICE** |

**TO THE CLERK OF THE COURT, THE DEBTORS, AND THE UNITED STATES TRUSTEE:**

PLEASE TAKE NOTICE that, pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure, Friedman Dumas & Springwater LLP hereby gives notice of its appearance in this case on behalf of creditor Luther Burbank Savings ("Creditor").

PLEASE TAKE FURTHER NOTICE that, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure, section 342 of the Bankruptcy Code, and such other rules or statutes as may be applicable, Creditor hereby requests that (1) all notices given or required to be given in this case to creditors, any creditors' committee, or any other parties in interest, whether sent by the Court, the Debtors, any trustee, or any other

party in this case and (2) any disclosure statements or plans of reorganization filed in this case, and any notice of hearing on such disclosure statement of plans of reorganization, be served on Creditor at the following addresses:

>Ellen A. Friedman, Esq.
>Friedman Dumas & Springwater LLP
>150 Spear Street, Suite 1600
>San Francisco, CA 94105
>Fax: (415) 834-1077
>Email: efriedman@friedumspring.com

>M. Elaine Hammond, Esq.
>Friedman Dumas & Springwater LLP
>150 Spear Street, Suite 1600
>San Francisco, CA 94105
>Fax: (415) 834-1077
>Email: ehammond@friedumspring.com

>John Friedemann, Esq.
>Friedemann Goldberg
>420 Aviation Blvd., Suite 201
>Santa Rosa, CA 95403
>Fax: (707) 543-4910
>Email: jfriedemann@frigolaw.com

>Adriana Dydell, Esq.
>Friedemann Goldberg
>420 Aviation Blvd., Suite 201
>Santa Rosa, CA 95403
>Fax: (707) 543-4910
>Email: adydell@frigolaw.com

Dated: October 5, 2009                     FRIEDMAN DUMAS & SPRINGWATER LLP

By: */s/ Ellen A. Friedman*
Ellen A. Friedman
Attorneys for Creditor
LUTHER BURBANK SAVINGS