MEYERS LAW GROUP, P.C.
MERLE C. MEYERS, ESQ., CA Bar #66849
EDIE WALTERS, ESQ., CA Bar #262730
D. CLARKE SUGAR, ESQ., CA Bar #251681
44 Montgomery Street, Suite 1010
San Francisco, CA 94104
Telephone: (415) 362-7500
Facsimile: (415) 362-7515

Attorneys for Clement C. and Ann Marie Carinalli, Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>CLEMENT C. and ANN MARIE CARINALLI,<br><br>Debtors<br><br>S.S.Ns: XXXX-XX-8623 and<br>XXXX-XX-5690 | Case No. 09-12986<br><br>Under Chapter 11<br><br>Date: October 30, 2009<br>Time: 10:00 a.m.<br>Place: U.S. Bankruptcy Court<br>99 South "E" Street<br>Santa Rosa, California<br>Judge: The Honorable Alan Jaroslovsky |

**DECLARATION OF CLEMENT C. CARINALLI IN SUPPORT OF DEBTORS' APPLICATION TO EMPLOY REAL ESTATE BROKERS**

I, CLEMENT C. CARINALLI, declare:

1. I, along with my wife Ann Marie Carinalli, are the debtors and debtors-in-possession herein (the "Debtors"). In such capacity, I am personally familiar with each of the facts stated herein, to which I could competently testify if called upon to do so in a court of law.

2. On September 14, 2009 (the "Petition Date"), three creditors (collectively, the "Petitioners") filed an involuntary petition (the "Petition") against my wife and I, seeking commencement of a case under chapter 7 of the Bankruptcy Code.

3. Immediately upon receipt of the Petition, my wife and I, through counsel, contacted the Petitioners and proposed to stipulate to entry of an order for relief under chapter 11 of the Bankruptcy Code, and accordingly, pursuant to stipulation, on September 29, 2009, the Bankruptcy Court entered an *Order for Relief in Chapter 11* (the "Order for Relief"). The Order for Relief

provided that we became joint debtors-in-possession under chapter 11 of the Bankruptcy Code.

4. My wife and I remain in possession of their estate and continue to operate and manage our business affairs. It is our intent to propose a plan of reorganization for the treatment and disposition of all property and obligations within their estate.

5. Our estate contains numerous real property assets, interests in operating and real estate entities and other assets with substantial value that we intend to realize for the benefit of their secured and unsecured creditors, both during the chapter 11 process and through their reorganization plan.

6. Prior to the Petition Date, we were in the process of retaining brokers in an effort to liquidate certain parcels of real property for the benefit of our estate.

7. By this Application, we seek to employ and retain the Brokers, as identified herein, for the purpose of liquidating certain assets in this chapter 11 case. Accordingly, we respectfully request entry of an order pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code authorizing us to employ and retain the Brokers as professionals to perform the services described below for the benefit of our estate.

8. The Brokers will be employed to sell certain parcels of our real property, as set forth below. Each of the Brokers has been retained to sell specific pieces of property in different geographical areas, which include Santa Rosa, California; Clearlake Oaks, California; Clearlake, California; Vallejo, California; and Kelseyville, California.

9. The following chart depicts the real estate broker, the agent, the property, and the compensation structure for each of the Agreements:

| Broker | Agent | Property | Compensation |
|---|---|---|---|
| NAI BT Commercial | Paul Schwartz | 444 Tenth Street, Santa Rosa, California | See Schedule of Commission attached as Exhibit "A" to the declaration of Paul Schwartz (the "Schwartz Declaration") |
| Keegan & Coppin Company, Inc. | Danny Jones | 1452 Mendocino Avenue, Santa Rosa, California | 5% of the purchase price |
| Shore Line Realty, Inc. | Bobby Dutcher | 18467, 19073, 19297 East Highway 20, Clearlake Oaks, California | 6% of the purchase price |
| Shore Line Realty, | Bobby Dutcher | 12760, 12780, 2501 | 6% of the purchase price |

2
DECLARATION OF CLEMENT C. CARINALLI IN SUPPORT OF
DEBTORS' APPLICATION TO EMPLOY REAL ESTATE BROKERS
20044/24181

| | | | |
|---|---|---|---|
| Inc. | | Sulphur Bank Drive, Clearlake, California; and 12700, 12710, 12740, 12990 San Joaquin Avenue, Clearlake, California. | |
| Bertolone Realty | Cary Bertolone | 895 Yuba, Santa Rosa, California | 6% of the purchase price |
| Bertolone Realty | Cary Bertolone | 915 Yuba, Santa Rosa, California | 6% of the purchase price |
| Bertolone Realty | Cary Bertolone | 925 Yuba, Santa Rosa, California | 6% of the purchase price |
| Bertolone Realty | Cary Bertolone | 923 Los Alamos Road, Santa Rosa, California | 6% of the purchase price |
| Bertolone Realty | Cary Bertolone | 881 Los Alamos Road, Santa Rosa, California | 6% of the purchase price |
| Bertolone Realty | Cary Bertolone | 7383 Shiloh Ridge, Santa Rosa, California | 5.5% of the purchase price |
| Bancap Self Storage Group, Inc. | Jason Allen | 1320 Lemon Street, Vallejo, California | 5% of the purchase price |
| Sotheby's International Realty | Linda Thompson | 1745 Westlake Drive, Kelseyville, California | 5% of the purchase price |

10. As set forth in more detail in the Brokers' Declarations, filed contemporaneously herewith, some of the Brokers have provided similar services to us in the past. However, none of the Brokers believe that there exists any conflict that would prevent them from adequately representing the interests of our estate.

11. To the best of our knowledge, information, and belief, the Brokers have no connection with my wife or I, our creditors, or any other parties in interest or our respective attorneys except for as set forth in the Brokers' Declarations.

12. To the best of our knowledge, information, and belief, none of the Brokers or their affiliates is our creditor or insider except as set forth in the Brokers' Declarations.

13. To the best of our knowledge, information and belief, the Brokers do not represent or hold any interest which is adverse to us or our estate with respect to the matters on which the Brokers are to be employed.

14. I find the Brokers to be well-qualified to represent my wife and I in connection with the real estate sales described herein, and regard the retention of Brokers as necessary and in the best interests of us, our estate, and our creditors.

3

15. The Brokers will be compensated for their services rendered in connection with this case in accordance with, the terms and conditions set forth in the Agreements, the Bankruptcy Code, the Bankruptcy Rules, and the local rules and orders of this Court.

16. As set forth in each of the Agreements, the Brokers have agreed to charge my wife and me the customary contingency percentage amount upon the sale of the property. These rates, as set forth in the Agreements, are reasonable and standard according to real estate industry practices.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on October 9, 2009 at Santa Rosa, California.

      /s/ Clement C. Carinalli
      CLEMENT C. CARINALLI

LAW OFFICES
MEYERS LAW GROUP, P.C.
44 MONTGOMERY STREET, SUITE 1010
SAN FRANCISCO, CALIFORNIA 94104

4

DECLARATION OF CLEMENT C. CARINALLI IN SUPPORT OF DEBTORS' APPLICATION TO EMPLOY REAL ESTATE BROKERS
20044/24181

Case: 09-12986   Doc# 38-1   Filed: 10/09/09   Entered: 10/09/09 17:27:06   Page 4 of 4