MEYERS LAW GROUP, P.C.
MERLE C. MEYERS, ESQ., CA Bar #66849
EDIE WALTERS, ESQ., CA Bar #262730
D. CLARKE SUGAR, ESQ., CA Bar #251681
44 Montgomery Street, Suite 1010
San Francisco, CA 94104
Telephone: (415) 362-7500
Facsimile: (415) 362-7515

Attorneys for Clement C. and Ann Marie Carinalli, Debtors

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SANTA ROSA DIVISION

In re

CLEMENT C. and ANN MARIE CARINALLI,

Debtors

S.S.Ns: XXXX-XX-8623 and XXXX-XX-5690

Case No. 09-12986

Under Chapter 11

Date: October 30, 2009
Time: 10:00 a.m.
Place: U.S. Bankruptcy Court
99 South "E" Street
Santa Rosa, California
Judge: The Honorable Alan Jaroslo

### DECLARATION OF CARY BERTOLONE IN SUPPORT OF DEBTORS' APPLICATION TO EMPLOY REAL ESTATE BROKERS

I, CARY BERTOLONE, declare:

**Background**

1. I am currently employed as a real estate agent with Bertolone Realty ("Bertolone"), and have been working as a sales professional in the real estate industry for many years, from which I have developed a particular expertise in facilitating the purchase and sale of real property.

2. I am over the age of 18 years and have personal knowledge of each of the facts stated herein, except as may be otherwise stated below, and would testify thereto if called upon to do so in a court of law.

### Services to be Rendered

3. I was recently retained, subject to Bankruptcy Court approval, to represent the Debtors as a real estate listing agent regarding properties owned by the Debtors which they intend to sell. The scope of my representation is summarized in the attached listing agreements (collectively, the "Agreements"), and in the accompanying *Addendum To Residential Listing Agreements* (the "Addendum"), supplementing the Agreements. The Agreements concern the following real property:

- 895 Yuba Drive, Santa Rosa, California. A copy of the listing agreement concerning this property is attached hereto as **Exhibit "A;"**
- 915 Yuba Drive, Santa Rosa, California. A copy of the listing agreement concerning this property is attached hereto as **Exhibit "B;"**
- 925 Yuba Drive, Santa Rosa, California. A copy of the listing agreement concerning this property is attached hereto as **Exhibit "C;"**
- 923 Los Alamos Road, Santa Rosa, California. A copy of the listing agreement concerning this property is attached hereto as **Exhibit "D;"**
- 881 Los Alamos Road, Santa Rosa, California. A copy of the listing agreement concerning this property is attached hereto as **Exhibit "E;"** and
- 7383 Shiloh Ridge, Santa Rosa, California. A copy of the listing agreement concerning this property is attached hereto as **Exhibit "F;"**

4. Pursuant to the terms and conditions of the Agreements and the Addendum, my compensation for providing professional sales services for the above-identified property, following Court approval, will be 5.5% of the purchase price. This compensation structure is reasonable, standard, and in accordance with real estate industry practices.

5. The Addendum, a copy of which is attached hereto as **Exhibit "G,"** sets forth additional terms and conditions regarding my engagement to provide professional sales services to the Debtors within the context of this bankruptcy proceeding.

### Other Professional Relationships

6. I have been a business owner and real estate broker in Santa Rosa, California for the past 25 years, and, in that capacity, I have served on many civic and business related committees and

MEYERS LAW GROUP, P.C. / 44 MONTGOMERY STREET, SUITE 1010 / SAN FRANCISCO, CALIFORNIA 94104

boards. Accordingly, I have developed many business relationships, including having represented the Debtors in the past as both a buyers and a sellers' agent. Based on that particular relationship, Bertolone and I are unsecured claimants of the Debtors.

7. Despite my status as an unsecured claimant, to the best of my knowledge, information, and belief, neither Bertolone nor I represent or hold any interest which is adverse to the Debtors or the bankruptcy estate with respect to the matters on which we are to be employed.

8. Based on my experience and expertise in the real estate industry, I am well qualified to represent the Debtors in connection with the matters set forth herein and as such my retention is in the Debtors' best interests, the best interest of the bankruptcy estate, and the Debtors' creditors.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on October ___, 2009, at Santa Rosa, California.

_____
CARY BERTOLONE