# Exhibit G

Bankruptcy Estate of Clement C. and Ann Marie Carinalli (Debtors-in-Possession) – Case No. 09-12986

## ADDENDUM TO RESIDENTIAL LISTING AGREEMENTS

The undersigned parties (the "Parties"), having entered into six listing agreements, all entitled *Residential Listing Agreement* (collectively, the "Agreements") on or about October __, 2009, pertaining to the following property (collectively, the "Property"):

- 895 Yuba Drive, Santa Rosa, California;
- 915 Yuba Drive, Santa Rosa, California;
- 925 Yuba Drive, Santa Rosa, California;
- 923 Los Alamos Road, Santa Rosa, California;
- 881 Los Alamos Road, Santa Rosa, California; and
- 7383 Shiloh Ridge, Santa Rosa, California.

hereby stipulate to the following additional provisions:

1. If any provision of this Addendum conflicts with the terms of the Agreements, the terms of this Addendum shall prevail over the Agreements.

2. Cary Bertolone and Bertolone Realty ("Bertolone"), hereby stipulate that the Agreements are being entered into with the Chapter 11 Bankruptcy Estate (the "Estate") of Clement C. and Ann Marie Carinalli (the "Debtors") (Bankruptcy Case No. 09-12986); and that nothing in the Agreements creates any personal liability with respect to the Debtors, or their successor or assigns.

3. Any provision in the Agreements that refer to the seller shall hereby be deemed to refer to the Estate.

4. The Agreements and any compensation is also subject to the approval of the United States Bankruptcy Court, for the Northern District of California, Santa Rosa Division (the "Bankruptcy Court.").

5. The Bankruptcy Court shall retain jurisdiction over the Agreements and any disputes that may arise.

6. Any sale is subject to Bankruptcy Court approval, and any sale may be subject to overbids and an auction at the hearing on any proposed sale ("Sale Hearing").

7. If during the course of the listing period, an offer is submitted by Broker which is accepted by the Debtors, or their successor or assigns, but the required noticing and subsequent approval by the Bankruptcy Court occurs after the expiration of the Agreements, the Agreements will be considered in full force with respect to the offer submitted even if court approval occurs after the expiration of the Agreements.

8. If, during the course of a Sale Hearing, whether during the listing period or as described in No. 6 above, an overbid is received by the Debtors, or their successors or assigns, and approved by the Bankruptcy Court, the Agreements with Broker will be considered in full force and Broker will be entitled to the commission set forth in the Agreements. However, if a successful over-bidder is represented by another broker, then the commission may be shared by the buyers' broker and Broker, as will be more fully set forth in the agreed procedures governing the sale (the "Sale Hearing Order") approved by the Bankruptcy Court. The Sale Hearing Order shall further state the procedures for submitting a bid, overbidding and payment, etc.

9. Broker understands and agrees to advise in writing all prospective buyers that:

a. The Debtors, or their successors or assigns, are selling the Property on behalf of an estate currently in bankruptcy and may or may not have personal knowledge of the condition or history of the Property. In addition, the Debtors are making no representations directly or indirectly with respect to the condition or history of the Property;

b. The purchase of the Property will be on the basis of a buyer's own investigation of (1) the physical condition of the Property, to include but not limited to subsurface conditions thereof and (2) the operative or proposed governmental laws and regulation affecting or applicable to the Property;

c. A buyer will acquire the Property in an "AS IS" condition and that any information relied on in purchasing the Property should be as a result of the buyer's own due-diligence.

d. Through the conclusion of the Sale Hearing, Broker may solicit, negotiate, submit, and recommend for approval, competing offers to purchase.

12. Broker shall advise the seller on values, leasing, liquidation and other issues pertaining to the Property.

//

//

//

//

//

//

//

3
ADDENDUM TO RESIDENTIAL LISTING AGREEMENTS
20044/24158

13. Notwithstanding the expiration date of the Agreements, the Agreements shall nonetheless continue in full force and effect until terminated by either the Estate or the Broker giving either party at least 30 days written notice of such termination.

DATED: __10-9-09__          Cary Bertolone
                            Bertolone Realty
                            Real Estate Broker

                            _Cay Bertolone_ (signature)

DATED: _____         _____
                            Managing Broker

                            _____

DATED: __10-9-09__          Bankruptcy Estate of
                            Clement C. and Ann Marie Carinalli

                            By _____ (signature)
                            Clement C. Carinalli

4
ADDENDUM TO RESIDENTIAL LISTING AGREEMENTS
20044/24158