DONNA S. TAMANAHA, Assistant U.S. Trustee (WI#1013199)
PATRICIA A. CUTLER, Trial Attorney (#50352)
U.S. Department of Justice
Office of United States Trustee
235 Pine Street, Suite 700
San Francisco, California 94104
Telephone: (415) 705-3333
Facsimile: (415) 705-3379
Email: patricia.cutler@usdoj.gov

Attorneys for Acting United States Trustee
 SARA L. KISTLER

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. 09-12986 AJ |
|---|---|
| CLEMENT C. CARINALLI AND ANN MARIE CARINALLI, | Chapter 11 |
| Debtors. | |

### AMENDED APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS
**(To correct an email address)**

Pursuant to 11 U.S.C. §§ 1102(a) and 1102(b)(1), the following unsecured creditors of the above-named debtor, each being among those holding the largest unsecured claims against the debtor and being willing to serve, are appointed to the Official Committee of Unsecured Creditors:

1. **Five Star Bank**
   c/o Eric Woodstrom
   358 Hartnell Ave., Suite B
   Redding, CA 96002
   Email: ewoodstrom@fivestarbank.com

2. **Robert W. Sinai and Rachel Sinai**
   6485 Timber Springs Drive
   Santa Rosa, CA 95409
   Email: rsinai@sbcglobal.net

3.  **Jon Ledyard**
    P.O. Box 131
    Sebastopol, CA 95473
    Email: jonebahbah@yahoo.com

4.  **Charles V. Cooper and Norma L. Cooper**
    c/o Michael Thomsen
    7748 Hwy. 128
    Healdsburg, CA 95448
    Email: michael@trivinoinc.com

5.  **Robert M. O'Brien**
    c/o Margo O'Brien, Trustee
    8152 Stacey Hills Drive
    Citrus Heights, CA 95610
    Email: obrienmarg@aol.com

6.  **George T. DeLong**
    6064 Torrington Drive
    Reno, NV 89571
    Email: none

7.  **Stephen Opperman**
    c/o Mark Opperman
    425 Greens Drive
    Healdsburg, CA 95448
    Email: marco@oppermansales.com

Dated: October 21, 2009                    Sara L. Kistler, Acting U.S. Trustee

                                           By: /s/ Donna S. Tamanaha
                                               Assistant U.S. Trustee

AMENDED APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS-09-12986                - 2 -