1  Patricia H. Lyon, Esq. (State Bar Number 126761)
   French & Lyon
2  Attorneys At Law
   A Professional Corporation
3  22 Battery Street, Suite 404
   San Francisco, CA  94111
4  Telephone:  415-597-7849
   Facsimile:  415-243-8200
5  phlyon@aol.com.

6  Attorney for Secured Creditor,
   Napa Community Bank
7

8                          UNITED STATES BANKRUPTCY COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10                               (SANTA ROSA DIVISION)

11

12  In re:                                    )   Case No.:  09-12986
                                               )
13                                             )   Chapter 11
                                               )
14  CLEMENT C. CARINALLI AND ANNE              )
    MARIE CARINALLI                            )   **NOTICE OF APPEARANCE AND**
15                                             )   **REQUEST FOR SPECIAL NOTICE**
                                               )
16              Debtors.                       )
                                               )
17  _____

18         PLEASE TAKE NOTICE that the undersigned appears for NAPA COMMUNITY

19  BANK and, pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, requests that

20  all notices given or required to be given in this case and all papers served or required to be

21  served in this case, be given to and served upon the undersigned at the office, post office address

22  and telephone number set forth below:

23              Napa Community Bank
                Patricia H. Lyon, Esq.
24              French & Lyon
                22 Battery Street, Suite 404
25              San Francisco, CA  94111

26         PLEASE TAKE FURTHER NOTICE the foregoing request includes without limitation

27  all orders and notices of any application, motion, petition, pleading, request, complaint or

28
                                             -1-
                                                      REQUEST FOR SPECIAL NOTICE
                                                      CASE NO. 09-12986

demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegram, telefex or otherwise: (1) which affect or seek to affect in any way any of NAPA COMMUNITY BANK's rights or interests, with respect to: (a) Debtors; (b) property or proceeds thereof in which Debtors may claim an interest; or (c) property or proceeds thereof in the possession, custody or control of NAPA COMMUNITY BANK, which Debtors may seek to use; or (2) which require or seek to require any act, delivery of any property, payment or other conduct by NAPA COMMUNITY BANK.

Dated: October 22, 2009

FRENCH & LYON
A Professional Corporation

By: /s/ Patricia H. Lyon
Patricia H. Lyon
Attorneys for Secured Creditor,
NAPA COMMUNITY BANK

-2-

REQUEST FOR SPECIAL NOTICE
CASE NO. 09-12986

Case: 09-12986    Doc# 68    Filed: 10/22/09    Entered: 10/22/09 08:49:06    Page 2 of 3

I, MARY WOODWARD, declare:

I am over the age of eighteen years and not a party to the within action. I am employed by the law firm of French & Lyon, 22 Battery Street, Suite 404, San Francisco, California 94111.

On October 22, 2009, I served the following documents described as: Notice of Appearance and Request for Special Notice on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, postage prepaid, and addressed as follows:

| | |
|---|---|
| <u>Debtor</u><br>Clement C. Carinalli<br>520 Mendocino Avenue, St. #250<br>Santa Rosa, CA 95401 | <u>Debtor</u><br>Ann Marie Carinalli<br>520 Mendocino Avenue, St. #250<br>Santa Rosa, CA 95401 |
| <u>Debtor's Attorney</u><br>Merle C. Meyers, Esq.<br>Meyers Law Group, PC<br>44 Montgomery St. #1010<br>San Francisco, CA 94104 | <u>U. S. Trustee</u><br>Office of U.S. Trustee<br>235 Pine Street St. #700<br>San Francisco, CA 94104 |
| <u>Petitioning Creditor</u><br>Douglas B. Provencher, Esq.<br>Law Offices of Provencher and Flatt<br>823 Sonoma Ave.<br>Santa Rosa, CA 95404 | |

_X__ **By First Class Mail** - - I am readily familiar with the firm's practice for collection and processing of correspondence, pleading and notices for mailing with the United States Postal Service. It is deposited with the United States Postal Service in the ordinary course of business on the same day it is processed for mailing. I caused such envelope(s) to be deposited in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid.

_X__ **Federal Court** - - I declare under penalty of perjury that the foregoing is true and correct and that service was made under the direction of a member of the bar of this Court who is admitted to practice and who is not a party to the cause.

Executed on October 22, 2009 at San Francisco, California.

By: /s/ Mary Woodward
MARY WOODWARD

-3-

REQUEST FOR SPECIAL NOTICE
CASE NO. 09-12986

Case: 09-12986    Doc# 68    Filed: 10/22/09    Entered: 10/22/09 08:49:06    Page 3 of 3