Entered on Docket
November 05, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: November 05, 2009



_____
ALAN JAROSLOVSKY
U.S. Bankruptcy Judge
_____

John D. Fiero (CA Bar No. 136557)
Maxim B. Litvak (CA Bar No. 215852)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
E-mail: jfiero@pszjlaw.com
         mlitvak@pszjlaw.com

[Proposed] Attorneys for Official Committee
of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SANTA ROSA DIVISION

In re:

**CLEMENT C. CARINALLI AND
ANN MARIE CARINALLI,**

Debtors.

Case No.: 09-12986 AJ

Chapter 11

**ORDER GRANTING APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER APPROVING EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS COMMITTEE COUNSEL**

**[No Hearing Required]**

The Court has considered the *Application of the Official Committee of Unsecured Creditors for Order Approving Employment of Pachulski Stang Ziehl & Jones LLP as Committee Counsel* (the "Application") filed by the Official Committee of Unsecured Creditors in the above-captioned case (the "Committee"), and the Declaration of John D. Fiero in support thereof. Based upon the record before the Court, it appears that Pachulski Stang Ziehl & Jones LLP ("PSZ&J") does not hold or represent any interest adverse to the estate in the matters on which it is to be employed, that PSZ&J is a disinterested person, that its employment is in the best interest of the estate, and that no hearing on the Application is required. Accordingly, it is hereby:

1. **ORDERED** that the Application is granted.

2. **ORDERED** that the Committee is authorized to employ PSZ&J as its counsel herein on the terms and conditions set forth more fully in the Application, effective as of October 26, 2009.

3. **ORDERED** that PSZ&J shall be compensated as an expense of administration pursuant to sections 507(a) and 503(b) of title 11 of the United States Code (the "Bankruptcy Code") and in accordance with sections 330 and 331 of the Bankruptcy Code, the applicable Bankruptcy Rules, the rules of this Court, and such other procedures as may be fixed by further order of this Court.

4. **ORDERED** that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**END OF ORDER**

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA