IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

In re

CLEMENT C. and ANN MARIE CARINALLI,

        Debtors

S.S.Ns: XXXX-XX-8623 and
            XXXX-XX-5690

Case No. 09-12986

Under Chapter 11

**ORDER APPROVING DEBTORS' APPLICATION
TO EMPLOY ARTHUR S. ITO & ASSOCIATES LLC**

      Upon consideration of the *Debtors' Application To Employ Arthur S. Ito & Associates LLC* (the "Application") and the *Declaration Of Arthur S. Ito In Support Of The Application To Employ Arthur S. Ito & Associates* (the "Ito Declaration"), both filed by Clement C. Carinalli and Ann Marie Carinalli, as debtors and debtors-in-possession herein (the "Debtors"), requesting authority pursuant to Section 327 of the Bankruptcy Code to employ and appoint the firm of Arthur S. Ito & Associates LLC ("ASI") as professional consultants in this case, effective as of September 29, 2009, the date the *Order For Relief In Chapter* (the "Relief Date") was entered, to consolidate and provide quality control over financial accounting records and to assist in the bankruptcy process, as further described in the Application; no adverse interest having been represented, and the Court being satisfied that ASI neither holds nor represents any interest adverse to the Debtors or their estate in the matters upon which they are to be engaged, and the employment of ASI is necessary, and would be in the best interest of said estate, and that this case is one justifying a general retainer, and the Court being satisfied that engagement of ASI, as requested, is justified in this case;

1

ORDER APPROVING DEBTORS' APPLICATION
TO EMPLOY ARTHUR S. ITO & ASSOCIATES LLC
20044/24331

LAW OFFICES
**MEYERS LAW GROUP, P.C.**
44 MONTGOMERY STREET, SUITE 1010
SAN FRANCISCO, CALIFORNIA 94104

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Debtors, be, and are, authorized to employ and appoint the firm of ASI, effective as of the Relief Date, as professional consultants in this case, under a general retainer.

Dated: November 9, 2009

_____
Alan Jaroslovsky
U.S. Bankruptcy Judge