IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

In re

CLEMENT C. and ANN MARIE CARINALLI,

Debtors

S.S.Ns: XXXX-XX-8623 and
XXXX-XX-5690

Case No. 09-12986

Under Chapter 11

### ORDER ON DEBTORS' APPLICATION TO EMPLOY REAL ESTATE BROKERS

Upon consideration of the *Debtors' Application To Employ Real Estate Brokers* (the "Application"); and certain declarations in support thereof including the Carinalli Declaration (all capitalized terms left undefined herein shall be given the meaning ascribed to them in the Application), the Allen Declaration, the Thompson Declaration, and the Dutcher Declaration; all filed by Clement C. Carinalli and Ann Marie Carinalli, the debtors and debtors-in-possession herein (the "Debtors"), on October 9, 2009; and seeking authority pursuant to Sections 327 and 328 of the Bankruptcy Code to employ to Jason Allen, Linda Thompson, and Bobby Dutcher (collectively, the "Brokers") as real estate brokers for the Debtors; the Application and the Carinalli Declaration having been partially withdrawn pursuant to the *Notice Of Withdrawal Of Debtors' Application To Employ Real Estate Brokers, And Accompanying Declarations In Support Thereof, To The Extent Application Seeks To Employ Cary Bertolone, Danny Jones, And Paul Schwartz As Real Estate Brokers* (the "Notice of Withdrawal") filed on October 28, 2009; all potential conflicts having now

1

ORDER APPROVING DEBTORS' APPLICATION TO EMPLOY REAL ESTATE BROKERS
20044/24330

been removed, and said matter having come before this Court on proper notice, and good cause appearing,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Debtors are hereby authorized employ the Brokers. Their compensation shall be as the court allows. Brokers may represent the debtors only, and may not also represent a buyer in connection with any sale of estate property.

Dated: November 9, 2009

Alan Jaroslovsky
U.S. Bankruptcy Judge