MEYERS LAW GROUP, P.C.
MERLE C. MEYERS, ESQ., CA Bar #66849
EDIE WALTERS, ESQ., CA Bar #262730
D. CLARKE SUGAR, ESQ., CA Bar #251681
44 Montgomery Street, Suite 1010
San Francisco, CA 94104
Telephone: (415) 362-7500
Facsimile: (415) 362-7515

Attorneys for Clement C. and Ann Marie Carinalli, Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

In re

CLEMENT C. and ANN MARIE CARINALLI,

Debtors

S.S.Ns: XXXX-XX-8623 and
XXXX-XX-5690

Case No. 09-12986

Under Chapter 11

**ORDER GRANTING DEBTORS' MOTION FOR APPROVAL OF
(A) SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS
AND INTERESTS, AND (B) PAYMENT OF CLOSING ASSISTANCE FEE**
**(2425 Mendocino Avenue, Santa Rosa)**

On October 9, 2009, CLEMENT C. CARINALLI and ANN MARIE CARINALLI, the debtors and debtors-in-possession herein (the "Debtors"), filed the *Debtors' Motion For Approval Of (A) Sale Of Real Property Free And Clear Of Liens And Interests, And (B) Payment Of Closing Assistance Fee* (as modified by the Modification Notice, as defined below, the "Motion"), seeking entry of an order, pursuant to the provisions of Sections 327 *et seq.* and 363 of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure, approving (a) the sale of real property and improvements located at 2425 Mendocino Avenue, Santa Rosa, California (the "Subject Property"), free and clear from certain liens and interests of Summit State Bank, NAI BT Commercial and KOR Commercial, for the purchase price of $2,750,000.00; and (b) payment of a closing assistance fee to be paid to KOR Commercial in order to facilitate the closing of such sale. The Court, having reviewed the terms and conditions of the sale of the Subject Property, as

1

ORDER GRANTING DEBTORS' MOTION FOR APPROVAL OF (A) SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS
AND INTERESTS, AND (B) PAYMENT OF CLOSING ASSISTANCE FEE (2425 MENDOCINO AVE, SANTA ROSA)
20044/24321

Case: 09-12986   Doc# 111   Filed: 11/09/09   Entered: 11/09/09 15:32:15   Page 1 of 4

summarized in the *Standard Commercial/Investment Purchase Agreement* (the "Prior Agreement"), a copy of which is attached to the Carinalli Declaration submitted in support of the Motion as Exhibit "A;" and the *Postpetition Sale Agreement* (the "Postpetition Agreement"), a copy of which is attached to the *Notice Of Modifications To Debtors' Motion For Approval Of (A) Sale Of Real Property Free And Clear Of Liens And Interests, And (B) Payment Of Closing Assistance Fee* filed on November 4, 2009 (the "Modification Notice") as Exhibit "A;"

NOW, THEREFORE, for the reasons set forth in the Motion and the Modification Notice, and for good cause shown, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The Debtors are hereby authorized to sell the Subject Property at **2425 Mendocino Avenue, Santa Rosa,** on the terms and conditions as noticed, free and clear of the following interests, pursuant to the provisions of Section 363(f) of the Bankruptcy Code:

   i. Any lien or other encumbrance created by the Second Note or the Second Deed of Trust; *provided* that the sum of $150,000.00 be retained in escrow pending final resolution of any dispute as to such lien or other encumbrance, with Summit's lien attaching to such retained funds to the same extent of priority, amount, extent, perfection, avoidability, enforceability and allowability as the existing lien holds as against the Subject Property; and

   ii. Any lien or interest or other interest of either of the Brokers for payment of commissions under the Listing Agreement; *provided* that the sum of $91,000.00 ($121,500.00 minus the $30,000 closing assistance fee described below) be retained in escrow pending final resolution of any dispute as to such lien or other interest with the Broker's interest attaching to such retained funds to the same extent, perfection, avoidability, enforceability and allowability as their existing interest holds as against the Subject Property; and *provided further* that if the Brokers do not file and serve in the Bankruptcy Court a motion seeking payment of such commissions within (60) days following the closing of the Purchase Agreement, the escrow officer is hereby directed to disburse such retained funds to the Debtors, and the lien or other interest described herein shall be deemed released and of no further force or effect.

2. The Debtors are hereby authorized to pay a closing assistance fee of $30,000.00 to KOR

2

ORDER GRANTING DEBTORS' MOTION FOR APPROVAL OF (A) SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS AND INTERESTS, AND/OR (B) PAYMENT OF CLOSING ASSISTANCE FEE (2425 MENDOCINO AVE, SANTA ROSA)
20044/24321

Case: 09-12986    Doc# 111    Filed: 11/09/09    Entered: 11/09/09 15:32:15    Page 2 of 4

Commercial upon the Closing Date, in consideration of KOR Commercial's assistance in obtaining such closing, *provided* that such payment, once made, shall reduce any claim that may be asserted by KOR Commercial for commissions under the Listing Agreement, on a dollar-for-dollar basis.

3. The 10-day stay imposed by the provisions of Rule 6004(h) of the Bankruptcy Rules is hereby waived.

Dated: November 9, 2009

Alan Jaroslovsky
U.S. Bankruptcy Judge

3

ORDER GRANTING DEBTORS' MOTION FOR APPROVAL OF (A) SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS AND INTERESTS, AND (B) PAYMENT OF CLOSING ASSISTANCE FEE (2425 MENDOCINO AVE., SANTA ROSA)
20044/24321

Case: 09-12986    Doc# 111    Filed: 11/09/09    Entered: 11/09/09 15:32:15    Page 3 of 4