MEYERS LAW GROUP, P.C.
MERLE C. MEYERS, ESQ., CA Bar #66849
EDIE WALTERS, ESQ., CA Bar #262730
D. CLARKE SUGAR, ESQ., CA Bar #251681
44 Montgomery Street, Suite 1010
San Francisco, CA 94104
Telephone: (415) 362-7500
Facsimile: (415) 362-7515

Attorneys for Clement C. and Ann Marie Carinalli, Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

In re

CLEMENT C. and ANN MARIE CARINALLI,

Debtors

S.S.Ns: XXXX-XX-8623 and
XXXX-XX-5690

Case No. 09-12986

Under Chapter 11

## ORDER GRANTING DEBTORS' MOTION FOR APPROVAL OF SALE OF REAL PROPERTY
### (De La Montanya Winery Partial Interest)

On October 9, 2009, CLEMENT C. CARINALLI and ANN MARIE CARINALLI, the debtors and debtors-in-possession herein (the "Debtors"), filed the *Debtors' Motion For Approval Of Sale Of Real Property (De La Montanya Winery Partial Interest)* (the "Motion"), seeking an order, pursuant to the provisions of Section 363 of the Bankruptcy Code, approving the sale of the Debtors' partial interest in real property and improvements located at 999 Forman Lane, Healdsburg, California and known as the De La Montanya Winery (the "Winery Property"), to the other partial owners of the property, Dennis and Tina De La Montanya (the "Montanyas"). The Court, having reviewed the terms and conditions of the sale of the Winery Property, as summarized in the *Standard Commercial/Investment Purchase Agreement* (the "Purchase Agreement"), a copy of which is attached to the Carinalli Declaration submitted in support of the Motion as Exhibit "A," and finding good cause for the relief requested therein;

NOW, THEREFORE, for the reasons set forth in the Motion, and for good cause shown, IT IS

HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The Purchase Agreement is approved and the Debtors are hereby authorizing to consummate the sale of the Winery Property in accordance with its terms, pursuant to the provisions of Section 363(b) of the Bankruptcy Code.

2. The Debtors have not sought, and the Court does not hereby grant, authority to sell free and clear of any lien encumbering the Winery Property without full payment of any amounts validly and enforceably owing and secured by the Winery Property.

The Court hereby waives the 10-day stay imposed by the provisions of Rule 6004(h) of the Bankruptcy Rules.

Dated: November 9, 2009

Alan Jaroslovsky
U.S. Bankruptcy Judge