SEYFARTH SHAW LLP
David M. Wiseblood (SBN 115312)
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 544-1039
Facsimile: (415) 839-9039
E-Mail: dwiseblood@seyfarth.com

Attorneys for Creditor
Westamerica Bank

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>CLEMENT C. CARINALLI and ANN MARIE CARINALLI,<br><br>Debtors. | Case No. 09-12986<br><br>Chapter 11<br><br>**NOTICE AND OPPORTUNITY FOR HEARING** |

TO: THE DEBTORS, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, COUNSEL, THE UNITED STATES TRUSTEE, AND THIS HONORABLE COURT:

PLEASE TAKE NOTICE that pursuant to Bankruptcy Local Rules 4001-2(d)(2) and 9014-1(b)(3), creditor and movant, Westamerica Bank ("Bank") will, and hereby does, move for entry of an Order approving the attached Stipulation to Entry of Order for Relief from the Automatic Stay ("Stipulation"), which has been entered into by and between the Bank on the one hand, and the Debtors and Debtors-in-Possession, Clement C. Carinalli and Ann Marie Carinalli ("Debtors"), on the other hand. The subject matter of the Stipulation is described in detail there and involves certain interests in properties called out in the Stipulation, and the waiver by the

Bank of certain claims in this case if the Stipulation is approved by the Court. The Stipulation signed by the Bank and the Debtors was drafted with the expectation that the Official Committee of Unsecured Creditors would be a party. Counsel for the Official Committee of Unsecured Creditors provided input into the terms and conditions and language within the Stipulation, but then advised the Bank and the Debtors that the Committee would not be able to be a signatory at the present time until the Committee met. Because the Stipulation involves, among other things, pending sales of two pieces of property where the bankruptcy estate has a junior lien interest (which will be reconveyed if the Stipulation is approved), time is of the essence in this matter, which is why the Bank is proceeding in this fashion.

BANKRUPTCY LOCAL RULE 9014-1 OF THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA PRESCRIBES THE PROCEDURES TO BE FOLLOWED AND THAT ANY OBJECTION TO THE REQUESTED RELIEF, OR A REQUEST FOR HEARING ON THE MATTER, MUST BE FILED AND SERVED UPON THE INITIATING PARTY WITHIN <u>TEN DAYS</u> OF MAILING OF THIS NOTICE (SEE, B.L.R. 9014-1(b)(3)(A)(i) AND B.L.R. 4001-2(d)(2)).

A REQUEST FOR HEARING OR OBJECTION MUST BE ACCOMPANIED BY ANY DECLARATIONS OR MEMORANDA OF LAW THAT THE PARTY OBJECTING OR REQUESTING WISHES TO PRESENT IN SUPPORT OF ITS POSITION. (SEE, B.L.R. 9014-1(b)(3)(A)(ii).)

IF THERE IS NO TIMELY OBJECTION TO THE REQUESTED RELIEF OR A REQUEST FOR HEARING, THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF BY DEFAULT. (SEE, B.L.R. 9014-1(b)(3)(A)(iii).)

IF ANY OBJECTION OR REQUEST FOR HEARING IS TIMELY FILED AND SERVED, THEN THE INITIATING PARTY WILL GIVE AT LEAST FIVE DAYS' WRITTEN NOTICE OF HEARING TO THE OBJECTING OR REQUESTING PARTY, AND TO ANY TRUSTEE OR COMMITTEE APPOINTED IN THE CASE. (SEE, B.L.R. 9014-1(b)(3)(A)(iv)(a) and B.L.R. 4001-2(d)(2).)

WHEREFORE, the Bank prays for entry of an Order approving the Stipulation.

DATED: November 24, 2009

Respectfully submitted,

SEYFARTH SHAW LLP

By: /s/ David M. Wiseblood
David M. Wiseblood
Attorneys for Creditor
Westamerica Bank

SEYFARTH SHAW LLP
560 Mission Street, Suite 3100
San Francisco, California 94105

SEYFARTH SHAW LLP
David M. Wiseblood (SBN 115312)
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 544-1039
Facsimile: (415) 839-9039
E-Mail: dwiseblood@seyfarth.com

Attorneys for Creditor
Westamerica Bank

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>CLEMENT C. CARINALLI and ANN MARIE CARINALLI,<br><br>Debtors. | Case No. 09-12986<br><br>Chapter 11<br><br>**STIPULATION TO ENTRY OF ORDER FOR RELIEF FROM THE AUTOMATIC STAY** |

The parties (collectively, "Parties") to this Stipulation to Entry of Order for Relief from the Automatic Stay ("Stipulation") are, lender, Westamerica Bank ("Lender") on the one hand, and the debtors, Clement C. Carinalli and Ann Marie Carinalli ("Debtors"), and the Official Committee of Unsecured Creditors ("Committee"), on the other hand. This Stipulation is made with reference to the following facts:

**RECITALS**

A. Pre-petition, Lender made a loan to Western Pacific Development Co. (the "Western Pacific Loan") in the original principal sum of $2,450,000. Lender alleges that the Western Pacific Loan is secured by one first priority deed of trust lien against seven lots in Sonoma County (the "Western Pacific Property"). The Western Pacific Property presently

STIPULATION 1

consists of five undeveloped lots and two lots improved by single family houses.

B. Debtors made a loan to Western Pacific Development Co., junior to Lender's loan, secured by the Western Pacific Property.

C. The two lots improved by houses within the Western Pacific Property presently are in escrow to be sold ("Proposed Western Pacific Property Sales"). If the Western Pacific Property Sales close, the net sale proceeds will not fully satisfy Lender's Western Pacific Property Loan.

D. Lender has obtained appraisals for the Western Pacific Property and has shared the appraisal analysis with Debtors. Lender believes that the Western Pacific Property, even if the Western Pacific Property Sales close, has insufficient equity to satisfy the Western Pacific Property Loan, and that there is no value in excess of amounts owed to Lender to pay any portion of Debtors' junior lien. Debtors, subject to this Court's approval, are willing to reconvey partially their deed of trust with respect to the Western Pacific Property Sales to enable those sales to close.

E. Pre-petition, Lender caused to be recorded in accordance with applicable non-bankruptcy law a notice of default in connection with the Western Pacific Property Loan.

F. Lender also has made a series of loans directly to Debtors and two entities they control, K4 Corporation and 830 Third Street Associates, Inc., secured by undeveloped lots in Tomales, California (the "Tomales Loans"). The Tomales Loans are secured by Parcels 102-041-010, 040, 041, 042 and 043 (the "Tomales Property").

G. In addition to the foregoing claims evidenced by or related to the Western Pacific Loan and the Tomales Loans, Lender asserts certain other claims against Debtors and the estate ("Unrelated Claims") which are not affected by this Stipulation.

H. The Tomales Loans are in default.

I. Debtors believe there is no equity in the Tomales Property for themselves or their estate.

J. Lender and Debtors, with the Committee's approval, wish to enter into this

STIPULATION 2

Stipulation to enable Lender to enforce its non-bankruptcy law rights and remedies with respect to the Western Pacific Property and the Tomales Property, and to eliminate all claims that Lender may hold against the estate with respect to such properties or loans.

## AGREEMENT

WHEREFORE, in consideration of the foregoing covenants and Recitals, the Parties agree, subject to approval by the Bankruptcy Court, as follows:

1. Effective promptly upon entry of an Order approving the terms of this Stipulation, including a waiver of the ten-day stay codified in Bankruptcy Rule 6004(h), Lender, including its agents and assigns, is immediately relieved of and from the automatic stay contained within 11 U.S.C. §362(a) to exercise all rights and remedies of a real property secured creditor in accordance with applicable law and the terms and conditions of the underlying loan documents governing the Western Pacific Loan and the Tomales Loans, including foreclosure.

2. Effective promptly following entry of an Order approving the terms of this Stipulation, Debtors agree that they will cause to be delivered to escrow handling the Western Pacific Property Sales partial reconveyances of their junior deed of trust against the two improved lots in escrow to be sold ("Partial Reconveyances"), for recording upon closing of the sales, without payment to Debtors or the estate, *provided* that prior to delivering such Partial Reconveyances, Debtors shall have received stipulations from the current owner of said lots, in form and substance approved by Debtors and their counsel, acknowledging and confirming that as a result of said reconveyances, said owner shall remain indebted to Debtors in the full amount of Debtors' loans to said owner, as sold-out junior lienholders, as if Lender had foreclosed upon such lots.

3. Lender agrees and confirms that, effective upon entry of an Order approving the terms of this Stipulation and effective upon Debtors' delivery of the Partial Reconveyances, Lender shall have or assert no claims of any kind against Debtors or their estate, or as against any affiliate or party related to Debtors, including without limitation K4 Corporation and 830 Third Street Associates, Inc. (except as to any such affiliate or related party that files a

STIPULATION 3

bankruptcy petition, or is the subject of an involuntary petition that is filed, after the execution of this stipulation and prior to foreclosure upon Tomales Loan, in which even this stipulation shall be of no force or effect as to such affiliate or related party or any property of such entity's bankruptcy estate), arising from either the Western Pacific Loan or the Tomales Loans, whether now known or unknown, contingent or noncontingent, matured or otherwise, and Lender shall indemnify and hold harmless the Debtors, their estate and said affiliates and related parties from any and all such claims.

4. This Stipulation is without prejudice to all of the rights, defenses and remedies of the Parties with respect to the Unrelated Claims.

DATED: November 20, 2009

SEYFARTH SHAW LLP

By _____
David M. Wiseblood
Attorneys for Creditor
Westamerica Bank

DATED: November 19, 2009

MEYERS LAW GROUP, P.C.

By _____
Merle C. Meyers
Attorneys for Debtors

DATED: November __, 2009

PACHULSKI STANG ZIEHL
& JONES LLP

By _____
John D. Fiero
Attorneys For Official Committee Of
Unsecured Creditors

SF1 28376314.1 / 68137-000002

STIPULATION

4