SEYFARTH SHAW LLP
David M. Wiseblood (SBN 115312)
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 544-1039
Facsimile: (415) 839-9039
E-Mail: dwiseblood@seyfarth.com

Attorneys for Creditor
Westamerica Bank

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

CLEMENT C. CARINALLI and ANN MARIE CARINALLI,

Debtor.

Case No. 09-12986

Chapter 11

**REQUEST FOR RELIEF BY DEFAULT UNDER B.L.R. 9014-1(b)(4) RE NOTICE AND OPPORTUNITY FOR HEARING RE STIPULATION TO ENTRY OF ORDER FOR RELIEF FROM THE AUTOMATIC STAY FILED BY CREDITOR WESTAMERICA BANK [Docket No. 135]**

Pursuant to Bankruptcy Local Rule 9014-1(b)(4), and related Bankruptcy Local Rule 4001-2(d)(2), creditor and movant, Westamerica Bank ("Bank") requests entry of an Order by default in the above matter and approving the underlying "Stipulation to Entry of Order for Relief from the Automatic Stay" ("Stipulation") between the Bank and the Debtors, Clement C. Carinalli and Ann Marie Carinalli ("Debtors"). A conformed copy of the original Notice and Opportunity for Hearing with respect to the Stipulation, evidencing its proper service, is attached, pursuant to the requirements set forth in Bankruptcy Local Rule 9014-1(b)(4). The undersigned's accompanying Declaration confirms that no response has been received in accordance with the time parameters set forth in Bankruptcy Local Rule 4001-1(d)(2).





Case: 09-12986 Doc# 151 Filed: 12/08/09 Entered: 12/08/09 15:15:55 Page 1 of 16

WHEREFORE, the Bank respectfully requests that the Court enter the accompanying Order approving the Stipulation.

DATED: December 8, 2009

SEYFARTH SHAW LLP

By ____________________
David M. Wiseblood
Attorneys for Creditor
Westamerica Bank

SF1 28378308.1 / 68137-000002

SEYFARTH SHAW LLP
560 Mission Street, Suite 3100
San Francisco, California 94105

## File a Notice:

09-12986 Clement C. Carinalli and Ann Marie Carinalli
Type: bk Chapter: 11 i Office: 1 (Santa Rosa)
Judge: AJ

**U.S. Bankruptcy Court**

**Northern District of California**

Notice of Electronic Filing

The following transaction was received from David M. Wiseblood entered on 11/24/2009 at 12:48 PM PST and filed on 11/24/2009
**Case Name:** Clement C. Carinalli and Ann Marie Carinalli
**Case Number:** 09-12986
**Document Number:** 135

**Docket Text:**
Notice and Opportunity for Hearing *re Stipulation to Entry of Order for Relief from the Automatic Stay* Filed by Creditor Westamerica Bank (Attachments: # (1) Certificate of Service) (Wiseblood, David)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**P:\sobrien\DOC512.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017961465 [Date=11/24/2009] [FileNumber=12421799-0] [05149cc914797d8ed8ff068513a09012bc64b3b3b8bd8b30dc872234c5ac9c9f223ffbb66f6761822afd1a8920e7327bc6a578f5f263a7231295036437a98d1d]]
**Document description:**Certificate of Service
**Original filename:**P:\sobrien\DOC513.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017961465 [Date=11/24/2009] [FileNumber=12421799-1] [1ed7754686008b924cea884597943c4b81caf01056017f3d903cda170d7268682383400f409d4e4561a661caef1379bc53b15dd373bccb39f84dbd92d74ba1a1]]

**09-12986 Notice will be electronically mailed to:**

W. Michael Celestre on behalf of Creditor Jeffrey Hammond
michaelcelestre@aol.com

John H. Corcoran on behalf of Creditor Parkway Properties 14, LLC
jcorcoran@ptlegal.com

Christopher G. Costin on behalf of Creditor BEYERS COSTIN
ccostin@beyerscostin.com, sbuckner@beyerscostin.com;sziemski@beyerscostin.com

Jonathan J. Damen on behalf of Creditor GMAC Mortgage, LLC as servicer for Chase Manhattan Mortgage Corporation
bknotice@rcolegal.com

John D. Fiero on behalf of Creditor Committee Official Committee of Unsecured Creditors
jfiero@pszjlaw.com, AZaragoza@pszjlaw.com;pjeffries@pszjlaw.com

Ellen A. Friedman on behalf of Creditor Luther Burbank Savings
efriedman@friedumspring.com, mmyles@friedumspring.com

R. Dale Ginter on behalf of Creditor Summit State Bank
dginter@downeybrand.com, sheaton@downeybrand.com

Thomas P. Griffin on behalf of Creditor Five Star Bank
tgriffin@hsmlaw.com, jsalas@hsmlaw.com

Robert B. Kaplan on behalf of Creditor Wells Fargo Bank, N.A.
rbk@jmbm.com

Chris D. Kuhner on behalf of Creditor Balletto Vineyards, Inc.
c.kuhner@kornfieldlaw.com

Brian Y. Lee on behalf of Creditor American Ag Credit
bylee@winston.com

Adam A. Lewis on behalf of Creditor Sterling Savings Bank
alewis@mofo.com

Maxim B. Litvak on behalf of Interested Party Maxim Litvak
mlitvak@pszjlaw.com, pjeffries@pszyjw.com

Patricia H. Lyon on behalf of Creditor Napa Community Bank
phlyon@aol.com

John H. MacConaghy on behalf of Interested Party Ad Hoc Committee of Unsecured Creditors
, dyork@macbarlaw.com;smansour@macbarlaw.com

K Keith McAllister on behalf of Creditor Committee Charles Cooper
kkmECFactivity@gmail.com

David M. Meegan on behalf of Creditor August and Anne Sanchietti Trust B
dmeegan@mhksacto.com

Merle C. Meyers on behalf of Debtor Clement Carinalli
mmeyers@mlg-pc.com

Office of the U.S. Trustee / SR
USTPRegion17.SF.ECF@usdoj.gov

Ray H. Olmstead on behalf of Interested Party KOR Commercial Real Estate

rholmstead@rholmstead.com

Douglas B. Provencher on behalf of Petitioning Creditor Christine Healey
dbp@provlaw.com

Rachel K. Stevenson on behalf of Creditor Exchange Bank
rnunes@abbeylaw.com

D. Clarke Sugar on behalf of Debtor Clement Carinalli
CSugar@mlg-pc.com

James A. Tiemstra on behalf of Creditor American River Bank
jat@tiemlaw.com, sml@tiemlaw.com

Melodie A. Whitson on behalf of Creditor GMAC Mortgage, LLC
ecfcanb@piteduncan.com

Thomas A. Willoughby on behalf of Creditor North Valley Bank
TWilloughby@ffwplaw.com, lnmccleerey@ffwplaw.com;kwidder@ffwplaw.com

David M. Wiseblood on behalf of Creditor Westamerica Bank
dwiseblood@seyfarth.com

John H. Wunsch on behalf of Creditor Wells Fargo Bank, National Association
wunschjh@wellsfargo.com, Sandra.G.McMasters@wellsfargo.com

**09-12986 Notice will not be electronically mailed to:**

Jason Allen
Bancap Self Storage Group, Inc.
30021 Tomas St, #245
Rancho Santa Margarita, CA 92688

Arthur S. Ito and Associates, LLC
7485 rUSH rIVER dR, #710-318
Sacramento, CA 95831

George T. DeLong
6064 Torrington Dr.
Reno, CA 89571

Charles R. Durrett
McCamant and Durrett Architects
241-B Commercial St.
Nevada City, CA 95959

Bobby Dutcher
Shore Line Realty, Inc.
2166 S Main St
Lakeport, CA 95453

Five Star Bank
c/o Eric Woodstrom
358 Hartnell Ave., #B
Redding, CA 96002

Jon Ledyard
PO Box 131
Sebastopol, CA 95473

Robert M. O'Brien
c/o Margo O'Brien, Trustee
8152 Stacey Hills Dr.
Citrus Heights, CA 95610

Stephen Opperman
c/o Mark Opperman
425 Greens Dr.
Healdsburg, CA 95448

Rachel Sinai
6485 Timber Springs Dr.
Santa Rosa, CA 95409

Robert W. Sinai
6485 Timber Springs Dr.
Santa Rosa, CA 95409

Linda Thompson
Sotheby's International Realty
25 E Napa
Sonoma, CA 95476

SEYFARTH SHAW LLP
David M. Wiseblood (SBN 115312)
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 544-1039
Facsimile: (415) 839-9039
E-Mail: dwiseblood@seyfarth.com

Attorneys for Creditor
Westamerica Bank

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>CLEMENT C. CARINALLI and ANN MARIE CARINALLI,<br><br>Debtors. | Case No. 09-12986<br><br>Chapter 11<br><br>**NOTICE AND OPPORTUNITY FOR HEARING** |

TO: THE DEBTORS, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, COUNSEL, THE UNITED STATES TRUSTEE, AND THIS HONORABLE COURT:

PLEASE TAKE NOTICE that pursuant to Bankruptcy Local Rules 4001-2(d)(2) and 9014-1(b)(3), creditor and movant, Westamerica Bank ("Bank") will, and hereby does, move for entry of an Order approving the attached Stipulation to Entry of Order for Relief from the Automatic Stay ("Stipulation"), which has been entered into by and between the Bank on the one hand, and the Debtors and Debtors-in-Possession, Clement C. Carinalli and Ann Marie Carinalli ("Debtors"), on the other hand. The subject matter of the Stipulation is described in detail there and involves certain interests in properties called out in the Stipulation, and the waiver by the



SEYFARTH SHAW LLP
560 Mission Street, Suite 3100
San Francisco, California 94105

Bank of certain claims in this case if the Stipulation is approved by the Court. The Stipulation signed by the Bank and the Debtors was drafted with the expectation that the Official Committee of Unsecured Creditors would be a party. Counsel for the Official Committee of Unsecured Creditors provided input into the terms and conditions and language within the Stipulation, but then advised the Bank and the Debtors that the Committee would not be able to be a signatory at the present time until the Committee met. Because the Stipulation involves, among other things, pending sales of two pieces of property where the bankruptcy estate has a junior lien interest (which will be reconveyed if the Stipulation is approved), time is of the essence in this matter, which is why the Bank is proceeding in this fashion.

BANKRUPTCY LOCAL RULE 9014-1 OF THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA PRESCRIBES THE PROCEDURES TO BE FOLLOWED AND THAT ANY OBJECTION TO THE REQUESTED RELIEF, OR A REQUEST FOR HEARING ON THE MATTER, MUST BE FILED AND SERVED UPON THE INITIATING PARTY WITHIN TEN DAYS OF MAILING OF THIS NOTICE (SEE, B.L.R. 9014-1(b)(3)(A)(i) AND B.L.R. 4001-2(d)(2)).

A REQUEST FOR HEARING OR OBJECTION MUST BE ACCOMPANIED BY ANY DECLARATIONS OR MEMORANDA OF LAW THAT THE PARTY OBJECTING OR REQUESTING WISHES TO PRESENT IN SUPPORT OF ITS POSITION. (SEE, B.L.R. 9014-1(b)(3)(A)(ii).)

IF THERE IS NO TIMELY OBJECTION TO THE REQUESTED RELIEF OR A REQUEST FOR HEARING, THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF BY DEFAULT. (SEE, B.L.R. 9014-1(b)(3)(A)(iii).)

IF ANY OBJECTION OR REQUEST FOR HEARING IS TIMELY FILED AND SERVED, THEN THE INITIATING PARTY WILL GIVE AT LEAST FIVE DAYS' WRITTEN NOTICE OF HEARING TO THE OBJECTING OR REQUESTING PARTY, AND TO ANY TRUSTEE OR COMMITTEE APPOINTED IN THE CASE. (SEE, B.L.R. 9014-1(b)(3)(A)(iv)(a) and B.L.R. 4001-2(d)(2).)

SEYFARTH SHAW LLP
560 Mission Street, Suite 3100
San Francisco, California 94105



Case: 09-12986 Doc# 151 Filed: 12/08/09 Entered: 12/08/09 15:15:55 Page 8 of 16

WHEREFORE, the Bank prays for entry of an Order approving the Stipulation.

DATED: November 24, 2009

Respectfully submitted,

SEYFARTH SHAW LLP

By [signature]
David M. Wiseblood
Attorneys for Creditor
Westamerica Bank

SEYFARTH SHAW LLP
560 Mission Street, Suite 3100
San Francisco, California 94105

SEYFARTH SHAW LLP
David M. Wiseblood (SBN 115312)
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 544-1039
Facsimile: (415) 839-9039
E-Mail: dwiseblood@seyfarth.com

Attorneys for Creditor
Westamerica Bank



UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

CLEMENT C. CARINALLI and ANN MARIE CARINALLI,

Debtors.

Case No. 09-12986

Chapter 11

**STIPULATION TO ENTRY OF ORDER FOR RELIEF FROM THE AUTOMATIC STAY**

The parties (collectively, "Parties") to this Stipulation to Entry of Order for Relief from the Automatic Stay ("Stipulation") are, lender, Westamerica Bank ("Lender") on the one hand, and the debtors, Clement C. Carinalli and Ann Marie Carinalli ("Debtors"), and the Official Committee of Unsecured Creditors ("Committee"), on the other hand. This Stipulation is made with reference to the following facts:

**RECITALS**

A. Pre-petition, Lender made a loan to Western Pacific Development Co. (the "Western Pacific Loan") in the original principal sum of $2,450,000. Lender alleges that the Western Pacific Loan is secured by one first priority deed of trust lien against seven lots in Sonoma County (the "Western Pacific Property"). The Western Pacific Property presently

consists of five undeveloped lots and two lots improved by single family houses.

B. Debtors made a loan to Western Pacific Development Co., junior to Lender's loan, secured by the Western Pacific Property.

C. The two lots improved by houses within the Western Pacific Property presently are in escrow to be sold ("Proposed Western Pacific Property Sales"). If the Western Pacific Property Sales close, the net sale proceeds will not fully satisfy Lender's Western Pacific Property Loan.

D. Lender has obtained appraisals for the Western Pacific Property and has shared the appraisal analysis with Debtors. Lender believes that the Western Pacific Property, even if the Western Pacific Property Sales close, has insufficient equity to satisfy the Western Pacific Property Loan, and that there is no value in excess of amounts owed to Lender to pay any portion of Debtors' junior lien. Debtors, subject to this Court's approval, are willing to reconvey partially their deed of trust with respect to the Western Pacific Property Sales to enable those sales to close.

E. Pre-petition, Lender caused to be recorded in accordance with applicable non-bankruptcy law a notice of default in connection with the Western Pacific Property Loan.

F. Lender also has made a series of loans directly to Debtors and two entities they control, K4 Corporation and 830 Third Street Associates, Inc., secured by undeveloped lots in Tomales, California (the "Tomales Loans"). The Tomales Loans are secured by Parcels 102-041-010, 040, 041, 042 and 043 (the "Tomales Property").

G. In addition to the foregoing claims evidenced by or related to the Western Pacific Loan and the Tomales Loans, Lender asserts certain other claims against Debtors and the estate ("Unrelated Claims") which are not affected by this Stipulation.

H. The Tomales Loans are in default.

I. Debtors believe there is no equity in the Tomales Property for themselves or their estate.

J. Lender and Debtors, with the Committee's approval, wish to enter into this

SEYFARTH SHAW LLP
560 Mission Street, Suite 3100
San Francisco, California 94105

Stipulation to enable Lender to enforce its non-bankruptcy law rights and remedies with respect to the Western Pacific Property and the Tomales Property, and to eliminate all claims that Lender may hold against the estate with respect to such properties or loans.

**AGREEMENT**

WHEREFORE, in consideration of the foregoing covenants and Recitals, the Parties agree, subject to approval by the Bankruptcy Court, as follows:

1. Effective promptly upon entry of an Order approving the terms of this Stipulation, including a waiver of the ten-day stay codified in Bankruptcy Rule 6004(h), Lender, including its agents and assigns, is immediately relieved of and from the automatic stay contained within 11 U.S.C. §362(a) to exercise all rights and remedies of a real property secured creditor in accordance with applicable law and the terms and conditions of the underlying loan documents governing the Western Pacific Loan and the Tomales Loans, including foreclosure.

2. Effective promptly following entry of an Order approving the terms of this Stipulation, Debtors agree that they will cause to be delivered to escrow handling the Western Pacific Property Sales partial reconveyances of their junior deed of trust against the two improved lots in escrow to be sold ("Partial Reconveyances"), for recording upon closing of the sales, without payment to Debtors or the estate, *provided* that prior to delivering such Partial Reconveyances, Debtors shall have received stipulations from the current owner of said lots, in form and substance approved by Debtors and their counsel, acknowledging and confirming that as a result of said reconveyances, said owner shall remain indebted to Debtors in the full amount of Debtors' loans to said owner, as sold-out junior lienholders, as if Lender had foreclosed upon such lots.

3. Lender agrees and confirms that, effective upon entry of an Order approving the terms of this Stipulation and effective upon Debtors' delivery of the Partial Reconveyances, Lender shall have or assert no claims of any kind against Debtors or their estate, or as against any affiliate or party related to Debtors, including without limitation K4 Corporation and 830 Third Street Associates, Inc. (except as to any such affiliate or related party that files a

SEYFARTH SHAW LLP
560 Mission Street, Suite 3100
San Francisco, California 94105



Case: 09-12986 Doc# 151 Filed: 12/08/09 Entered: 12/08/09 15:15:55 Page 12 of 16

bankruptcy petition, or is the subject of an involuntary petition that is filed, after the execution of this stipulation and prior to foreclosure upon Tomales Loan, in which even this stipulation shall be of no force or effect as to such affiliate or related party or any property of such entity's bankruptcy estate), arising from either the Western Pacific Loan or the Tomales Loans, whether now known or unknown, contingent or noncontingent, matured or otherwise, and Lender shall indemnify and hold harmless the Debtors, their estate and said affiliates and related parties from any and all such claims.

4. This Stipulation is without prejudice to all of the rights, defenses and remedies of the Parties with respect to the Unrelated Claims.

DATED: November 20, 2009

SEYFARTH SHAW LLP

By ______________________
David M. Wiseblood
Attorneys for Creditor
Westamerica Bank

DATED: November 19, 2009

MEYERS LAW GROUP, P.C.

By ______________________
Merle C. Meyers
Attorneys for Debtors

DATED: November __, 2009

PACHULSKI STANG ZIEHL & JONES LLP

By ______________________
John D. Fiero
Attorneys For Official Committee Of Unsecured Creditors

SF1 28376314.1 / 68137-000002

SEYFARTH SHAW LLP
560 Mission Street, Suite 3100
San Francisco, California 94105

SEYFARTH SHAW LLP
David M. Wiseblood (SBN 115312)
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 544-1039
Facsimile: (415) 839-9039
E-Mail: dwiseblood@seyfarth.com

Attorneys for Creditor
Westamerica Bank

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>CLEMENT C. CARINALLI and ANN MARIE CARINALLI,<br><br>Debtors. | Case No. 09-12986<br><br>Chapter 11<br><br>**PROOF OF SERVICE BY MAIL** |

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 560 Mission Street, Suite 3100, San Francisco, California 94105. On November 24, 2009, I served the within document(s):

**NOTICE AND OPPORTUNITY FOR HEARING**

**PROOF OF SERVICE BY MAIL**

☐ I sent such document from facsimile machine (415) 397-8549 on ____________. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (415) 397-8549 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by contracting with First Legal Support Services to personally deliver the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at San Francisco, California, addressed as set forth below.

☐ by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below per the agreement of the parties.

John D. Fiero, Esq.
Pachulski, Stang, Ziehl, and Jones
150 California St. 15th Floor
San Francisco, CA 94111-4500
Telephone: (415) 263-7000
E-Mail: jfiero@pszjlaw.com
Attorneys for the Official Committee of Unsecured Creditors

Merle C. Meyers, Esq.
Meyers Law Group, PC
44 Montgomery Street, Suite 1010
San Francisco, CA 94104
Telephone: (415)362-7500
E-Mail: mmeyers@mlg-pc.com
Attorneys for Debtors

Clement C. Carinalli
Ann Marie Carinalli
520 Mendocino Avenue, Suite 250
Santa Rosa, CA 95401
Debtors

Office of the U.S. Trustee
235 Pine Street
Suite 700
San Francisco, CA 94104
U.S. Trustee

Five Star Bank
c/o Eric Woodstrom
358 Hartnell Ave., Suite B
Redding, CA 96002
Creditors' Committee Member

Robert W. Sinai and Rachel Sinai
6485 Timber Springs Drive
Santa Rosa, CA 95409
Creditors' Committee Member

Jon Ledyard
P.O. Box 131
Sebastopol, CA 95473
Creditors' Committee Member

Charles V. Cooper and Norma L. Cooper
c/o Michael Thomsen
7748 Hway. 128
Healdsburg, CA 95448
Creditors' Committee Member

Robert M. O'Brien
c/o Margo O'Brien, Trustee
8152 Stacey Hills Drive
Citrus Heights, CA 95610
Creditors' Committee Member

George T. DeLong
6064 Torrington Drive
Reno, NV 89571
Creditors' Committee Member

Stephen Opperman
c/o Mark Opperman
425 Greens Drive
Healdsburg, CA 95448
Creditors' Committee Member

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on November 24, 2009 at San Francisco, California.

Shari O'Brien