SEYFARTH SHAW LLP
David M. Wiseblood (SBN 115312)
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 544-1039
Facsimile: (415) 839-9039
E-Mail: dwiseblood@seyfarth.com

Attorneys for Creditor
Westamerica Bank

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re | Case No. 09-12986 |
|---|---|
| CLEMENT C. CARINALLI and ANN MARIE CARINALLI, | Chapter 11 |
| Debtor. | **ORDER GRANTING MOTION TO APPROVE STIPULATION TO ENTRY OF ORDER FOR RELIEF FROM THE AUTOMATIC STAY**<br>**[Docket No. 135]** |

The Court, having considered the Stipulation to Entry of Order for Relief from the Automatic Stay ("Stipulation") entered into by and between Westamerica Bank ("Bank") on the one hand, and the Debtors and Debtors in Possession, Clement C. Carinalli and Ann Marie Carinalli ("Debtors") on the other hand, filed with the Court and attached to the Notice and Opportunity for Hearing filed and served on November 24, 2009, at Docket No. 135, and having considered the Request for Relief Upon Default made pursuant to Bankruptcy Local Rule 9014-1(b)(4), and good cause appearing therefor,

[PROPOSED] ORDER  1

1    IT IS HEREBY ORDERED that the Stipulation is approved and made the Order of the
2    Court.

**END OF ORDER**

SF1 28378313.1 / 68137-000002

**SEYFARTH SHAW LLP**
560 Mission Street, Suite 3100
San Francisco, California 94105

[PROPOSED] ORDER                                    2