IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

In re

CLEMENT C. and ANN MARIE CARINALLI,

    Debtors

S.S.Ns: XXXX-XX-8623 and
         XXXX-XX-5690

Case No. 09-12986

Under Chapter 11

**ORDER AUTHORIZING DEBTORS TO ASSUME AND
RENEW REAL PROPERTY LEASE AND OPTION AGREEMENT**

CLEMENT C. CARINALLI and ANN MARIE CARINALLI, the debtors-in-possession herein (the "Debtors"), filed the *Debtors' Motion to Assume and Renew Ross Ranch Lease and Option Agreement* (the "Motion"), seeking entry of an order authorizing the assumption and renewal of the Lease and Option Agreement, both dated July 28, 2009, between Frank C. Hammond, Sue A. Hammond and John Michael Westling, the lessors, and the Debtors, concerning real property and improvements located 1575 Pleasant Hill Road in Sonoma County, California – A.P. Nos. 076-04031 and 032 (the "Property"). On December 11, 2009, the Debtors, through counsel, appeared at the hearing of the Motion, at which hearing no opposition to the Motion was presented.

NOW, THEREFORE, for the reasons set forth in the Motion and for good cause shown, and with the stated support of the Official Committee of Unsecured Creditors appointed herein, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.     The Debtors are hereby authorized to assume the Lease and the Option Agreement,

LAW OFFICES
**MEYERS LAW GROUP, P.C.**
44 MONTGOMERY STREET, SUITE 1010
SAN FRANCISCO, CALIFORNIA 94104

and to renew the term of the Lease for the First Extended Term.

Dated: December 11, 2009



Alan Jaroslovsky
U.S. Bankruptcy Judge