IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

In re

CLEMENT C. and ANN MARIE CARINALLI,

Debtors

S.S.Ns: XXXX-XX-8623 and
XXXX-XX-5690

Case No. 09-12986

Under Chapter 11

## ORDER AUTHORIZING SALE OF REAL PROPERTY
**(1320 Lemmon Street, Vallejo, California)**

CLEMENT C. CARINALLI and ANN MARIE CARINALLI, the debtors-in-possession herein (the "Debtors"), filed the *Debtors' Motion for (A) Approval of Sale of Real Property; (B) Allowance of Dual Representation; and (C) Payment of Brokerage Commission (1320 Lemmon Street, Vallejo, California)* (the "Motion"), seeking entry of an order allowing them to sell their interest in real property and improvements located at 1320 Lemmon Street, Vallejo, California, Solano County – A.P.N. 0059-180-220 (the "Subject Property"), in which the Debtors hold a one-third ownership interest, for the total purchase price of $4,500,000. On December 11, 2009, the Debtors, through counsel, appeared at the hearing of the Motion, at which hearing no opposition to the Motion was presented.

NOW, THEREFORE, for the reasons set forth in the Motion and for good cause shown, and with the stated support of the Official Committee of Unsecured Creditors appointed herein, IT IS

1

LAW OFFICES
**MEYERS LAW GROUP, P.C.**
44 MONTGOMERY STREET, SUITE 1010
SAN FRANCISCO, CALIFORNIA 94104

HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The Debtors are hereby authorized to sell their one-third ownership interest in the Subject Property to the Maher Family Trust of 1988, or its nominee, on the terms set forth in the Motion.

2. The Debtors' request to allow dual broker representation of the sellers and the buyer, or to pay a commission for brokering the sale of the Subject Property to Jason Allen ("Mr. Allen") and Bancap Self Storage Group, Inc. ("Bancap"), the real estate agent and brokerage firm, respectively, in connection with the sale of the Subject Property, is hereby denied. Such denial is without prejudice to the ability, right, obligation or authority of the owners of the other two-thirds interests in the Subject Property to pay commissions or to otherwise compensate Mr. Allen and/or Bancap with regard to this sale.

Dated: December 11, 2009

Alan Jaroslovsky
U.S. Bankruptcy Judge

LAW OFFICES
MEYERS LAW GROUP, P.C.
44 MONTGOMERY STREET, SUITE 1010
SAN FRANCISCO, CALIFORNIA 94104