MEYERS LAW GROUP, P.C.
MERLE C. MEYERS, ESQ., CA Bar #66849
EDIE WALTERS, ESQ., CA Bar #262730
D. CLARKE SUGAR, ESQ., CA Bar #251681
44 Montgomery Street, Suite 1010
San Francisco, CA 94104
Telephone: (415) 362-7500
Facsimile: (415) 362-7515

Attorneys for Clement C. and Ann Marie Carinalli, Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

In re

CLEMENT C. and ANN MARIE CARINALLI,

Debtors

S.S.Ns: XXXX-XX-8623 and
XXXX-XX-5690

Case No. 09-12986

Under Chapter 11

## ORDER ON DEBTORS' SECOND
## APPLICATION TO EMPLOY REAL ESTATE BROKERS

Based on the *Debtors' Second Application To Employ Real Estate Brokers* (the "Application", Docket No. 170), and the Brokers' Declarations in support thereof, all filed on December 16, 2009 by CLEMENT C. CARINALLI and ANN MARIE CARINALLI, the debtors and debtors-in-possession herein (the "Debtors"); seeking an order authorizing the Debtors to employ the Brokers as real estate brokers pursuant to Section 327(e) and 328(a) of the Bankruptcy Code;

The relief sought by the Application having been clearly set forth therein; the Application, Brokers' Declarations, and the *Notice And Opportunity For Hearing On Debtors' Second Application To Employ Real Estate Brokers* (the "Notice," Docket No. 171) having been duly served on all appropriate parties; and with <u>no</u> objections or requests for hearing having been filed or served pursuant to Local Rule 9014-1(b)(3); and good cause appearing therefore:

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1

ORDER ON DEBTORS' SECOND APPLICATION TO EMPLOY REAL ESTATE BROKERS
20044/24591

1\. The Debtors are hereby authorized to employ the Brokers. The Brokers may represent the bankruptcy estate only, and may not represent a buyer.

Dated: January 8, 2010



Alan Jaroslovsky
U.S. Bankruptcy Judge

LAW OFFICES
**MEYERS LAW GROUP, P.C.**
44 MONTGOMERY STREET, SUITE 1010
SAN FRANCISCO, CALIFORNIA 94104