MEYERS LAW GROUP, P.C.
MERLE C. MEYERS, ESQ., CA Bar #66849
EDIE WALTERS, ESQ., CA Bar #262730
D. CLARKE SUGAR, ESQ., CA Bar #251681
44 Montgomery Street, Suite 1010
San Francisco, CA 94104
Telephone: (415) 362-7500
Facsimile: (415) 362-7515

Attorneys for Clement C. and Ann Marie Carinalli, Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

In re

CLEMENT C. and ANN MARIE CARINALLI,

Debtors

S.S.Ns: XXXX-XX-8623 and
XXXX-XX-5690

Case No. 09-12986

Under Chapter 11

### ORDER ON APPLICATION FOR AUTHORIZATION TO EMPLOY MARVIN PEDERSON, ATTORNEY AT LAW, AS SPECIAL COUNSEL

On January 6, 2010, CLEMENT C. CARINALLI and ANN MARIE CARINALLI, the debtors-in-possession herein (the "Debtors"), filed their *Application For Order Authorizing Employment Of Marvin Pederson, Attorney At Law, As Special Counsel* (the "Application," Docket No. 187), contemporaneously with a declaration in support thereof, requesting an order, pursuant to Section 327(e) of Title 11 of the United States Code (the "Bankruptcy Code"), authorizing the Debtors to employ Marvin Pederson, Attorney At Law ("Mr. Pederson"), as special counsel to advise the Debtors on the matters set forth in the Application.

The Court having reviewed the Application; and finding good cause;

IT IS HEREBY ORDERED that the Debtors are authorized to employ Mr. Pederson as special counsel for the purposes set forth in the Application.

1
ORDER ON APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT
OF MARVIN PEDERSON, ATTORNEY AT LAW, AS SPECIAL COUNSEL
20044/24721

Case: 09-12986    Doc# 235    Filed: 02/04/10    Entered: 02/04/10 15:18:13    Page 1 of 2

Dated: February 4, 2010



Alan Jaroslovsky
U.S. Bankruptcy Judge

LAW OFFICES
MEYERS LAW GROUP, P.C.
44 MONTGOMERY STREET, SUITE 1010
SAN FRANCISCO, CALIFORNIA 94104

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
ORDER ON APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT
OF MARVIN PEDERSON, ATTORNEY AT LAW, AS SPECIAL COUNSEL
20044/24721