MEYERS LAW GROUP, P.C.
MERLE C. MEYERS, ESQ., CA Bar #66849
EDIE WALTERS, ESQ., CA Bar #262730
D. CLARKE SUGAR, ESQ., CA Bar #251681
44 Montgomery Street, Suite 1010
San Francisco, CA 94104
Telephone: (415) 362-7500
Facsimile: (415) 362-7515

Attorneys for Clement C. and Ann Marie Carinalli, Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>CLEMENT C. and ANN MARIE CARINALLI,<br><br>Debtors<br><br>S.S.Ns: XXXX-XX-8623 and<br>XXXX-XX-5690 | Case No. 09-12986<br><br>Under Chapter 11 |

**ORDER ON APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT
OF CHARLES T. JENSEN, ATTORNEY AT LAW, AS SPECIAL COUNSEL**

On January 14, 2010, CLEMENT C. CARINALLI and ANN MARIE CARINALLI, the debtors-in-possession herein (the "Debtors"), filed their *Application For Order Authorizing Employment Of Charles T. Jensen, Attorney At Law, As Special Counsel* requesting an order, pursuant to Section 327(e) of the Bankruptcy Code, authorizing the Debtors to employ Charles T. Jensen, Attorney At Law as special counsel to advise the Debtors on the matters set forth in the Application.

The Court having reviewed the Application, and finding good cause;

IT IS HEREBY ORDERED that the Debtors in Possession are hereby authorized to employ Mr. Jensen as special counsel for the purposes set forth in the Application.

1
ORDER ON APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT
OF CHARLES T. JENSEN, ATTORNEY AT LAW, AS SPECIAL COUNSEL
20044/24736

Case: 09-12986    Doc# 237    Filed: 02/08/10    Entered: 02/08/10 14:43:15    Page 1 of 2

Dated: February 8, 2010


Alan Jaroslovsky
U.S. Bankruptcy Judge

LAW OFFICES
MEYERS LAW GROUP, P.C.
44 MONTGOMERY STREET, SUITE 1010
SAN FRANCISCO, CALIFORNIA 94104

2

ORDER ON APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT
OF CHARLES T. JENSEN, ATTORNEY AT LAW, AS SPECIAL COUNSEL
20044/24736