1 MEYERS LAW GROUP, P.C.
MERLE C. MEYERS, ESQ., CA Bar #66849
2 EDIE WALTERS, ESQ., CA Bar #262730
D. CLARKE SUGAR, ESQ., CA Bar #251681
3 44 Montgomery Street, Suite 1010
San Francisco, CA 94104
4 Telephone: (415) 362-7500
Facsimile: (415) 362-7515
5 Attorneys for Clement C. and Ann Marie Carinalli, Debtors

6

7 IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8 SANTA ROSA DIVISION

9

10 In re

CLEMENT C. and ANN MARIE
11 CARINALLI,

Case No. 09-12986

Under Chapter 11

12 Debtors

13 S.S.Ns: XXXX-XX-8623 and
XXXX-XX-5690
14

15 **ORDER ON APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT
OF CLEMENT, FITZPATRICK & KENWORTHY, INC., AS SPECIAL COUNSEL**

16
On January 14, 2010, CLEMENT C. CARINALLI and ANN MARIE CARINALLI, the
17
debtors-in-possession herein, filed their *Application For Order Authorizing Employment Of Clement,*
18
*Fitzpatrick & Kenworthy, As Special Counsel* requesting an order, pursuant to Section 327(e) of the
19
Bankruptcy Code, authorizing them to employ said attorneys as special counsel to advise them on the
20
matters set forth in the Application.
21
The Court having reviewed the Application, and finding good cause;
22
IT IS HEREBY ORDERED that the Debtors in Possession are hereby authorized to employ
23
said law firm as special counsel for the purposes set forth in the Application.
24

25 Dated: February 8, 2010

26 _____
Alan Jaroslovsky
U.S. Bankruptcy Judge
27

28

1
ORDER ON APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF
CLEMENT, FITZPATRICK & KENWORTHY, INC., AS SPECIAL COUNSEL
20044/24737

LAW OFFICES
**MEYERS LAW GROUP, P.C.**
44 MONTGOMERY STREET, SUITE 1010
SAN FRANCISCO, CALIFORNIA 94104