LEWIS BRISBOIS BISGAARD & SMITH LLP
SHAWN A. TOLIVER, SB# 148349
  E-Mail: toliver@lbbslaw.com
NORA M. NACHTSHEIM, SB# 221618
  E-Mail: nachtsheim@lbbslaw.com
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone:   (415) 362-2580
Facsimile:   (415) 434-0882

Attorneys for
**SHANNON R. FOULK**

FILED
FEB 24 2010
U.S. BANKRUPTCY COURT
SANTA ROSA, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT

(SANTA ROSA DIVISION)

In re

Clement C. Carinalli,

    Debtor.

CASE NO. 09-12986

**REQUEST FOR SPECIAL NOTICE**

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES IN INTEREST:**

    Lewis Brisbois Bisgaard & Smith LLP, counsel for Shannon R. Foulk, hereby requests notice of all pleadings, court notices, motions, applications, ex parte applications, contested matters, and other documents and papers pertaining to the above-captioned case, including all notices required under the Bankruptcy Code, the Bankruptcy Rules, the local bankruptcy rules or any other rule of law, to be noticed and served on creditors, creditors' committees, or other parties in interest.

    Lewis Brisbois Bisgaard & Smith LLP hereby further requests that such pleadings, notices and other documents be sent to the attention of:

nachtsheim@lbbslaw.com

Or,

Nora M. Nachtsheim
Lewis Brisbois Bisgaard & Smith LLP
One Sansome Street, Suite 1400
San Francisco, CA 94104

4820-8285-9781.1

Case: 09-12986   Doc# 247   Filed: 02/24/10   Entered: 02/24/10 14:05:21   Page 1 of 3

REQUEST FOR SPECIAL NOTICE

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion nor any other writing or conduct shall constitute a waiver of:

(a) Right to have any and all final orders in any and all non-core matters entered only after the de novo review by a United States District Court Judge;

(b) Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related herein, notwithstanding the designation vel non or such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

(c) Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal;

(d) Other rights, claims, actions, defenses, set-offs, recoupments or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved unto Lewis Brisbois Bisgaard & Smith LLP, counsel for Shannon R. Foulk, without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

DATED: February __, 2010

LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
SHAWN A. TOLIVER
NORA M. NACHTSHEIM
Attorneys for **SHANNON R. FOULK**

# U. S. BANKRUPTCY COURT PROOF OF SERVICE
*In Re Clement C. Carinalli, Debtor.*
Court No. 09-12986

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action. My business address is One Sansome Street, Suite 1400, San Francisco, California 94104.

On February 22, 2010, I served the following document(s):

**REQUEST FOR SPECIAL NOTICE**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

D. Douglas Shureen, Esq.
Valorie Bader, Esq.
McMillan & Shureen LLP
50 Santa Rosa Avenue, Suite 200
Santa Rosa, CA 95404-4952
Telephone:  707-525-5400
Facsimile:  707-576-7955
Email:
Attorneys for Plaintiffs *Randy Destruel, as Trustee of the Mead Clark 401K Profit Sharing Plan; Robert L. Scheibel, as Trustee of the Robert L. Scheibel M.D. Pension and Profit Sharing Plan; and Jolene M. Heckerman*

The documents were served by the following means:

[X]  **(BY U.S. MAIL)** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, on the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope of package with the postage fully prepaid.

[  **(BY COURT'S CM/ECF SYSTEM)** Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on February 22, 2010, at San Francisco, California.

*Amanda Hampton*
Amanda Hampton

LEWIS BRISBOIS BISGAARD & SMITH LLP

4820-8285-9781.1                -3-
Case: 09-12986   Doc# 247   Filed: 02/24/10   Entered: 02/24/10 14:05:21   Page 3 of 3
REQUEST FOR SPECIAL NOTICE