1  MEYERS LAW GROUP, P.C.
   MERLE C. MEYERS, ESQ., CA Bar #66849
2  EDIE WALTERS, ESQ., CA Bar #262730
   D. CLARKE SUGAR, ESQ., CA Bar #251681
3  44 Montgomery Street, Suite 1010
   San Francisco, CA 94104
4  Telephone: (415) 362-7500
   Facsimile: (415) 362-7515
5
   Attorneys for Clement C. and Ann Marie Carinalli, Debtors
6
7              IN THE UNITED STATES BANKRUPTCY COURT

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                     SANTA ROSA DIVISION

10 In re

11 CLEMENT C. and ANN MARIE                    Case No. 09-12986
   CARINALLI,
12                                             Under Chapter 11
                Debtors
13
   S.S.Ns:  XXXX-XX-8623 and
14          XXXX-XX-5690

15

16              **ORDER GRANTING DEBTORS' MOTION**
                **FOR APPROVAL OF SALE OF REAL PROPERTY**
17              **(444 10th Street, Santa Rosa, California)**

18         On March 2, 2010, CLEMENT C. CARINALLI and ANN MARIE CARINALLI, the debtors

19 and debtors-in-possession herein (the "Debtors"), filed the *Debtors' Motion For Approval Of Sale Of*

20 *Real Property (444 10th Street, Santa Rosa, California)* (the "Motion," Docket No. 250), seeking an

21 order pursuant to Section 363 of Title 11 of the United States Code (the "Bankruptcy Code"),

22 approving the sale of the Debtors' interests in real property and improvements located at 444 10th

23 Street, Santa Rosa, California (the "Subject Property"), to LEE ANNE WENTZ, the prospective

24 buyer (the "Buyer"). The Debtors' children, Kerri A. Olhiser, Kelly T. Suacci, Keith C. Carinalli,

25 and Kevin E. Carinalli, are alleged to be partial owners of the Subject Property (collectively, the "Co-

26 Owners' Share"), though the Court is making no determination on this issue. The Court, having

27 reviewed the terms and conditions of the sale of the Subject Property, as summarized in the Motion

28 and set forth in the *Standard Commercial/Investment Purchase Agreement* and the related *Counter*

LAW OFFICES
**MEYERS LAW GROUP, P.C.**
44 MONTGOMERY STREET, SUITE 1010
SAN FRANCISCO, CALIFORNIA 94104

1

ORDER GRANTING DEBTORS' MOTION FOR APPROVAL OF SALE OF REAL PROPERTY
20044/24963

*Offers* (collectively, the "Purchase Agreement"), a copy of which is attached as Exhibit "C" to the

2 declaration of Clement C. Carinalli submitted in support of the Motion, and finding good cause for

3 the relief requested therein;

4      NOW, THEREFORE, for the reasons set forth in the Motion, and for good cause shown, IT

5 IS HEREBY ORDERED, ADJUDGED AND DECREED that:

6      1.     The Motion is hereby GRANTED as set forth herein.

7      2.     The Purchase Agreement is hereby approved, and the Debtors are hereby authorized to

8 consummate the sale of the Subject Property in accordance with its terms, pursuant to the provisions

9 of Section 363(b) of the Bankruptcy Code, *provided* that any net proceeds attributable to the sale of

10 the Co-Owners' Share in the Subject Property shall be held in a segregated account maintained by the

11 Debtors or by the escrow officer, pending further order of this Court.

12      3.     The Court hereby finds that the Debtors and the Buyer have acted in good faith in

13 connection with the proposed sale under the terms of the Purchase Agreement, pursuant to Section

14 363(m) of the Bankruptcy Code.

15      4.     The Court hereby waives the 10-day stay imposed by the provisions of Rule 6004(h)

16 of the Bankruptcy Rules.

18      Dated: March 26, 2010

19                                 Alan Jaroslovsky
                                U.S. Bankruptcy Judge

LAW OFFICES
**MEYERS LAW GROUP, P.C.**
44 MONTGOMERY STREET, SUITE 1010
SAN FRANCISCO, CALIFORNIA 94104