```
CRAIG K. WELCH # 078546
WELCH & OLRICH, LLP
809 Petaluma Boulevard North
Petaluma, Ca. 94952
Telephone (707) 782-1790
Facsimile (707) 782-1795
Email: welch@welcholrich.com

Attorneys for Creditor,
Victoria Acciari, Trustee of the
Victoria Acciari Revocable Living Trust of 1999
```

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>CLEMENT C. CARINALLI and ANN MARIE CARINALLI<br><br>Debtors. | Case No. 09-12986<br>Chapter 11<br><br>Date: April 22, 2010<br>Time: 9:00 a.m.<br>Place: 99 South E Street<br>      Santa Rosa, CA. |

**NOTICE OF HEARING**
**MOTION FOR RELIEF FROM AUTOMATIC STAY**

PLEASE TAKE NOTICE that on April 22, 2010 at 9:00 a.m. in the Courtroom of the Honorable Alan Jaroslovsky, United States Bankruptcy Judge, located at 99 South E Street, Santa Rosa, California, a hearing will be held to consider the motion of Victoria Acciari, as trustee of the Victoria Acciari Revocable Living Trust of 1999 ("Secured Creditor") for an Order Terminating the Automatic Stay of 11 U.S.C. §362 as to Secured Creditor so that she may commence and continue all acts necessary to foreclose the Deed of Trust secured by the Debtor's real property, commonly known as 5327 Tewa Court, Kelseyville, California, and.

PLEASE TAKE FURTHER NOTICE that Secured Creditor will request that the fourteen day stay set forth in Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure be waived by the Court, and

PLEASE TAKE FURTHER NOTICE that unless you appear personally or by counsel at

1
Notice of Hearing on Motion for Relief from the Automatic Stay.

| | |
|---|---|
| 1 | the preliminary hearing on this motion, the motion may be granted without further hearing. |
| 2 | Dated: April 2, 2010    Welch & Olrich, LLP |
| 3 |     /s/Craig K. Welch |
| 4 |     Craig K. Welch, SBN 078546 |
|   |     Attorneys for Secured Creditor |