# EXHIBIT A

# EXHIBIT A

## SUMMARY CHARTS OF FEES AND EXPENSES REQUESTED DURING APPLICATION PERIOD
## NOVEMBER 12, 2009 – FEBRUARY 26, 2010

### FEE SUMMARY BY PROFESSIONAL

| KIBEL GREEN NAMES OF PROFESSIONAL AND PARAPROFESSIONALS | HOURS BILLED THIS PERIOD | RATE | TOTAL FOR APPLICATION |
|---|---|---|---|
| Steven J. Green | 38.2 | 550.00 | 21,010.00 |
| James R. Maddox, Jr. | 114.5 | 495.00 | 56,677.50 |
| Matthew D. Covington | 43.6 | 495.00 | 21,582.00 |
| Brent I. Kunzel | .9 | 200.00 | 180.00 |
| David M. Lauletta | 182.4 | 350.00 | 63,840.00 |
| Nicholas M. Long | 175.8 | 250.00 | 43,950.00 |
| Steven J. Green | 3.7 | N/C | |
| James R. Maddox, Jr. | 20.5 | N/C | |
| Matthew D. Covington | 13.4 | N/C | |
| David M. Lauletta | 1.5 | N/C | |
| Guy J. Schneggenburger | 4.0 | N/C | |
| **Grand Total** | **598.5** | | **207,239.50** |

| TUXHORN CO. NAMES OF PROFESSIONAL AND PARAPROFESSIONALS | HOURS BILLED THIS PERIOD | RATE | TOTAL FOR APPLICATION |
|---|---|---|---|
| Melvin L. Tuxhorn | 365.3 | 150.00 | 54,795.00 |
| Forrest M. Bailey. | 81.8 | 150.00 | 12,270.00 |
| Elizabeth A. Tuxhorn | 105.5 | 150.00 | 15,825.00 |
| Donelle Robert | 49.2 | 85.00 | 4,182.00 |
| **Grand Total** | **601.8** | | **87,072.00** |

### FEE SUMMARY BY CATEGORY

| KIBEL GREEN INC. CATEGORY | HOURS BILLED THIS PERIOD | TOTAL FOR APPLICATION |
|---|---|---|
| 030-Business Analysis | 438.1 | 148,641.50 |
| 040-Case Administration | 29.7 | 11,184.50 |
| 060-Emp./Fee Application | 23.3 | 7,865.00 |
| 090-Creditor Meeting | 102.8 | 37,733.50 |
| 100-Plan and Disclosure | 4.6 | 1,815.00 |
| | | |
| | | |
| **Total** | **598.5** | **207,239.50** |

| THE TUXHORN CO., INC. CATEGORY | HOURS BILLED THIS PERIOD | TOTAL FOR APPLICATION |
|---|---|---|
| 010-Asset Analysis & Disposition | .8 | 120.00 |
| 030-Business Analysis | 552.8 | 79,722.00 |
| 040-Case Administration | 40.2 | 6,030.00 |
| 060-Emp./Fee Application | 8.0 | 1,200.00 |
| | | |
| | | |
| **Total** | **601.8** | **87,072.00** |

# EXPENSE SUMMARY

| KIBEL GREEN INC. EXPENSE | RATE | TOTAL |
|---|---|---|
| Airline | | 2,968.55 |
| Car Rentals | | 731.38 |
| Hotel | | 1,015.70 |
| Meals | | 622.50 |
| Other/Administrative | | 8,814.55 |
| Overnight Mail | | 90.66 |
| Parking | | 367.15 |
| Telephone | | 247.53 |
| **Total** | | **14,858.02** |

| THE TUXHORN CO., INC. EXPENSE | RATE | TOTAL |
|---|---|---|
| Reproduction /Copies | | 569.02 |
| Mileage | | 245.80 |
| FedEx | | 81.05 |
| Office Supplies | | 137.71 |
| **Total** | | **1,033.58** |