# EXHIBIT D

# Biographical Sketches of Selected Professionals of Kibel Green, Inc.

### Steven J. Green
**Co-Founder and President**
E-mail: sgreen@kginc.com

**Professional Experience:**

Steven J. Green is a nationally recognized specialist in advising and managing value creation and stabilization of companies. He is the Co-Founder and President of Kibel Green Inc., a Los Angeles, California based management and financial consulting firm.

Originally founded in 1984, Kibel Green Inc. has advised over 1,400 clients in such areas as turnarounds, restructuring, and transactions. The firm covers a diversified array of industries such as service, retail, manufacturing, distribution, real estate and financial institutions.

Prior to forming Kibel Green Inc., Mr. Green led the turnaround of four failing companies. One company operated under the protection of Chapter 11 bankruptcy proceedings, while the others were experiencing varying degrees of financial and operational difficulties. These turnarounds earned him a reputation for creativity, tenacity, and financial acumen, and led Mr. Green to Kibel Green Inc.

Mr. Green has the distinction of being one of only a few individuals across the nation who has both an undergraduate and graduate degree in entrepreneurial business. He holds a BS from Northeastern University, Boston and has an MBA from the University of Southern California. Green has taught at Cal Poly Pomona and is a guest lecturer for undergraduate and graduate business programs at the University of Southern California. In addition, he is a sought after speaker, has published articles covering various business topics, and has designed and conducted workshops for educating business leaders in topics such as strategic planning and managing financially troubled companies.

Also active in other educational pursuits, Green is a member of the Advisory Council for the Entrepreneur Program at USC. Green was honored as the "Outstanding Alumnus of the Year," awarded by the University of Southern California Entrepreneur Program. He was a member of the Los Angeles Chapter of the Young Presidents' Organization ("YPO") where he has held officer positions and has been moderator leader of a Forum group and he currently is a member of WPO/YPO Los Angeles. He has a California real estate broker license.

### James R. Maddox, Jr.
**Managing Director, Real Estate**
E-mail: jmaddox@kginc.com

**Professional Experience:**

Jay brings more than 25 years of real estate finance and executive management experience to Kibel Green. He specializes in helping the firm's real estate clients in a variety of areas including financial restructuring, cash flow maximization, strategic and business plan development, capital sourcing, and operational improvement.

During his 15+ years in real estate, Jay has participated in more than $1 billion of mortgage financings, securitizations and distressed debt restructurings. He was previously west coast Director of Gramercy Capital Corp., a New York based public REIT specializing in structured financing; and as Senior Vice President of Mezzanine Investments for ARCS Commercial Mortgage, the nation's largest Fannie Mae multifamily lender, he organized and managed a $50 million mezzanine investment fund. Jay was also previously Vice President

of Real Estate Investment Banking for Citicorp Securities, where he managed major real estate loan distribution and syndicated loan workouts on the West Coast. He also held a variety of upper management positions at Weyerhaeuser Mortgage Company. Jay's real estate expertise spans virtually all types of financing from senior debt to mezzanine to equity, as well as most types of commercial and residential properties.

Jay's background also includes substantial executive management experience with small technology companies including start-up, high growth, and turnaround situations. He was a co-founder, CFO and Director of several telecommunications and internet related businesses. Jay was also co-principal of Private Equity Partners LLC, a boutique firm that sponsored investment in and provided executive direction to technology related start-ups.

Jay has an MBA from UCLA's Anderson School of Management and a BA from Claremont McKenna College.

**Industry Experience:**
Office, retail, multifamily, industrial, hospitality, health care and residential real estate; commercial and residential mortgage banking, REITs, telecommunications, internet related businesses.

## Matthew D. Covington
**Managing Director, Financial Restructuring**
**E-mail: mcovington@kginc.com**

**Professional Experience:**
Matt Covington has more than a decade of experience in financial restructuring and merger and acquisition transactions. Matt has advised companies, creditors and financial sponsors in both in- and out-of-court restructuring transactions across a wide variety of industries, executing transactions valued at over $11 billion. Matt specializes in assisting both debtor and creditor clients to find solutions in complex, time-sensitive financial restructurings.

Prior to joining Kibel Green, Matt was a Senior Vice President at Chanin Capital Partners, a leading restructuring advisory investment bank. At Chanin, Matt executed a wide range of distressed transactions, including Chapter 11 and out-of-court restructurings, recapitalizations, exchange offers, covenant waivers, litigation support and testimony, Debtor-in-Possession and Exit financings, and sales of companies or divisions (including via section 363). Prior to joining Chanin, Matt was in the Mergers and Acquisitions Group at Credit Suisse First Boston in New York.

Matt has participated in numerous restructuring panels, was a contributor to Steven Moyer's book, *Distressed Debt Analysis*, and is a guest lecturer at Pepperdine University's Graziadio School of Business. He passed the New York bar exam.

Matt holds JD and MBA degrees from the University of Chicago Law School and Graduate School of Business, and an AB in Economics with a minor in English Literature from the University of California at Berkeley.

**Industry Experience:**
Airlines, casinos, energy, food processing, forest products, heavy manufacturing, lodging and leisure, retail, telecommunications, transportation/logistics.

## David M. Lauletta
**Managing Consultant, Real Estate**
**E-mail: DLauletta@KGInc.com**

**Professional Experience:**
David Lauletta has over twenty-five years of experience working in senior level positions for national and regional size real estate investment and development companies. David has directed and managed multi-faceted strategic real estate investments in feasibility, acquisition, disposition, entitlements, development,

financial restructuring and dispositions. David utilizes current industry and market knowledge to provide principals, companies, creditors and financial institutions with effective business plans for companies in distress or in Chapter 11 to optimize asset value recovery.

Prior to joining Kibel Green, David was the Vice President and Regional Manager for Shea Homes of Southern California (one of the largest privately held homebuilders in the nation), where he was responsible for overseeing the homebuilding activity in the Los Angeles and Ventura County areas producing average annual revenues of $200 million and directing in excess of $150 million in land acquisitions. Prior to joining Shea Homes, David worked at various real estate companies including Empire Land, Woodridge Capital, Langdon Wilson Architect and Calmark Properties where he held executive management positions including Chief Financial Officer, Senior Vice President of Asset Management, Vice President of Finance and Area Director.

David has been an active participant in many industry associations, public agencies roles and volunteer positions including Board Member of Building Industrial Association of Greater Los Angeles, Vice Chairman of Planning Commissioners for the City of Moorpark, Tennis coach for Special Olympics for Conejo Valley and various other associations.

David holds BA from UCSB in Economics, a Certified Public Accountant, accredited business appraiser and a licensed real estate broker in the state of California.

Industry Experience:

Real estate, retail, office, industrial, multifamily, senior housing, affordable housing, hospitality, energy, construction, retail auto, manufacturing and pension funds.

### Nicholas M. Long
**Senior Consultant, Real Estate**
**E-mail: NLong@KGInc.com**

**Professional Experience:**
Mr. Long brings nearly 10 years of professional operations, finance and accounting experience to Kibel Green. His progressive multi-disciplinary career has proved invaluable to his clients. He resides with the firm's real estate practice and has assisted clients with loss mitigation, transaction advisory and brokerage services, asset management, portfolio optimization, financial restructuring, strategic and business plan development, capital sourcing, and operational improvement.

Prior to joining Kibel Green, Nicholas was the Southern California Regional Acquisitions and Finance Manager for JF Shea Co. Inc., the parent company for the largest privately held residential home builder in the nation and a leading commercial/retail/multifamily developer and property manager. At Shea, Nicholas was responsible for closings over $400 Million in residential for sale, multifamily, retail, commercial and public facilities transactions. In addition, Nicholas managed over a dozen joint ventures with various institutional and non-institutional partners with total capital of approximately $1 Billion. Prior to joining Shea, Nicholas was a CPA with Deloitte and Touche, LLP where he managed financial statement audits, M&A, IPOs and debt issuances on behalf of his clients from a broad range of industries.

Nicholas is an active participate in many professional real estate associations including the BIA, ULI, and OREO. He has also resided as a member of the BIA's Government Affairs Advisory Board and has been a guest speaker and panelist on public private infrastructure financing at UCLA and USC. Nicholas is also a licensed CPA and real estate broker in the State of California.

Nicholas has an MBA from USC's Marshall School of Business and BS degrees in Accounting and Finance from Chapman University's Argyros School of Business and Economics. Mr. Long also received a certificate in Executive Management and Leadership from Harvard Business School.

**Industry Experience:**
Residential real estate, retail, office, land, multifamily, assisted living, health care, REITs, mutual funds, financial asset management, life insurance, securities broker dealers, waste management and recycling, enterprise and accounting software, online casino, rubber and plastics manufacturing.

# Biographical Sketches of Selected Professionals of The Tuxhorn Company

### M.L. "Tux" Tuxhorn
**CEO**

M. L. "Tux" Tuxhorn specializes in management and financial issues related to the development, construction and real estate industries. As a consultant to the real estate development industry, Tuxhorn works with clients to analyze real estate investments and projects, evaluate loan restructurings and internal operations, develop turnaround strategies and formulate strategies to improve financial performance.
As an active builder-developer, Tuxhorn's companies have acquired, entitled, mitigated, developed and sold more than 1000 units. These activities involved many complex ventures and funding mechanisms, as well as numerous institutional and private investors.

Mr. Tuxhorn has evaluated real estate projects throughout California and Nevada for financial institutions, investors, attorneys, developers, and accounting firms to develop turnaround, workout, loan restructuring, and expert witness strategies. He has been an expert witness in cases involving property valuation and entitlements, wrongful foreclosure, misuse of construction loan funds, and development process. He has also served as a neutral arbitrator in several matters.

He has developed, constructed and sold over 1000 residential units, formed assessment districts, provided management services to bonding and insurance companies, constructed numerous types of structures including public and private projects. Conduct market and economic research in the western U.S.

Mr. Tuxhorn is currently President of the Home Builders Association of Northern California, Northern Division, 2004, and is a former member of the Board of Directors of the National Bank of the Redwoods Mortgage Company.

He earned a B.S. from the California State University, Chico in Accounting, and MBA from the California State University, Sonoma, and was the Director of the Sonoma State Entrepreneurship Program from 2003-2005.


### Elizabeth A. Tuxhorn
**President and CFO**

Elizabeth A. Tuxhorn is President and CFO of The Tuxhorn Company. Beth is a licensed California Real Estate Broker and has worked in real estate development and construction for over 20 years. During her career, Beth has managed the accounting for hundreds of property transactions and prepared and delivered reports to project investors and financial institutions.

She currently is serving on the board of directors for the Northern California Home Builders Association. She was a member of the City of Santa Rosa's Housing and the City of Santa Rosa Redevelopment Agency for four years, acting as the chairperson for the two entities at times during her term. Beth is a member of the Rotary of Santa Rosa and also served on the board of Family Service Agency of Sonoma County and the United Way of Sonoma, Mendocino and Lake counties.

Beth earned a B.A. in accounting and a M.S. in finance with a concentration in real estate, from Golden Gate University in San Francisco. She has also completed the Lee Evan's construction management program in Denver Colorado.

Beth has extensive knowledge of the accounting control process for construction projects including liens, job costing, completion analysis and change order tracking. Additionally, she has over 20 years of experience in projecting cash flow for building and development projects including monitoring the effects of incentive programs and builder concessions.

She was a guest Lecturer at Sonoma State University construction certificate program.