# EXHIBIT E



April 2, 2010

Official Committee of Unsecured Creditors of Clement & Ann Marie Carinalli
c/o Robert W. Sinai, Co-Chair
6485 Timber Springs Drive
Santa Rosa, CA 95409

Re:   Clement C. & Ann Marie Carinalli  <u>Chapter 11 Case No. 09-12986</u>

Dear Bob,

Enclosed please find our firm's first interim fee application in the above-captioned case. The Bankruptcy Court's *Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees* provide that a debtor in possession, a trustee, or an official committee must exercise reasonable business judgment in monitoring the fees and expenses of the estate's professionals. I invite you to discuss with me any objections, concerns or questions that you may have with the firm's fee request. The Office of the United States Trustee will also accept your comments. The court will consider timely-filed objections by any party in interest at the time of hearing, which will take place on April 30, 2010 at 10:30 a.m.

Respectfully yours,

Matthew D. Covington
Managing Director, Real Estate

MDC

Los Angeles
2001 Wilshire Boulevard, Suite 420
Santa Monica, CA 90403
310•829•0255   310•453•6324 fax

San Francisco
50 California Street, Suite 1500
San Francisco, CA 94111
415•392•0955   415•277•5421 fax

Irvine
One Park Plaza, Suite 600
Irvine, CA 92614
949•852•0150   949•852•0217 fax