John D. Fiero (CA Bar No. 136557)
Maxim B. Litvak (CA Bar No. 215852)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
Email: jfiero@pszjlaw.com
mlitvak@pszjlaw.com

Attorneys for Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SANTA ROSA DIVISION**

| | |
|---|---|
| In re:<br><br>**CLEMENT C. CARINALLI AND ANN MARIE CARINALLI,**<br><br>Debtors. | Case No.: 09-12986 AJ<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

# PROOF OF SERVICE

STATE OF CALIFORNIA )
)
CITY OF SAN FRANCISCO )

I, Hung Phan, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, California 94111-4500.

On April 2, 2010, I caused to be served the

**FIRST INTERIM APPLICATION OF KIBEL GREEN INC. AS FINANCIAL ADVISORS TO THE COMMITTEE FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD NOVEMBER 12, 2009 THROUGH FEBRUARY 26,2010**

in this action by placing a true and correct copy of said document(s) in sealed envelopes addressed as follows:

*Please see the attached service list.*

☑ **(BY MAIL)** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this Court at whose direction was made.

Executed on April 2, 2010, San Francisco, California.


*/s/ Hung Phan*
Hung Phan

| Debtor<br>Clement C. Carinalli<br>520 Mendocino Avenue, St. #250<br>Santa Rosa, CA 95401 | Debtor<br>Ann Marie Carinalli<br>520 Mendocino Avenue, St. #250<br>Santa Rosa, CA 95401 | Debtor's Attorney<br>Merle C. Meyers, Esq.<br>Meyers Law Group, PC<br>44 Montgomery St. #1010<br>San Francisco, CA 94104 |
|---|---|---|
| U.S. Trustee<br>Donna S. Tamanaha<br>Patricia A. Cutler<br>U.S. Department of Justice<br>Office of the United States Trustee<br>235 Pine Street, Suite 700<br>San Francisco, CA 94104 | Petitioning Creditor<br>Douglas B. Provencher, Esq.<br>Law Offices of Provencher and Flatt<br>823 Sonoma Ave.<br>Santa Rosa, CA 95404 | |
| **OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |||
| Five Star Bank<br>c/o Eric Woodstrom<br>358 Hartnell Ave., Suite B<br>Redding, CA 96002 | Robert W. Sinai and Rachel Sinai<br>6485 Timber Springs Drive<br>Santa Rosa, CA 95409 | Jon Ledyard<br>P.O. Box 131<br>Sebastopol, CA 95473 |
| Charles V. Cooper and Norma L. Cooper<br>c/o Michael Thomsen<br>7748 Hwy. 128<br>Healdsburg, CA 95448 | Robert M. O'Brien<br>c/o Margo O'Brien, Trustee<br>6949 Corte Langosta<br>Carlsbad, CA 92009 | George T. DeLong<br>6064 Torrington Drive<br>Reno, NV 89571 |
| Stephen Opperman<br>c/o Mark Opperman<br>425 Greens Drive<br>Healdsburg, CA 95448 | | |
| **REQUEST FOR SPECIAL NOTICE** |||
| W. Michael Celestre<br>3650 Mt. Diablo Blvd., Ste 180<br>Lafayette, CA 94549 | Thomas A. Willoughby<br>Joan S. Huh<br>Felderstein Fitzgerald Willoughby & Pascuzzi LLP<br>400 Capitol Mall Suite 1450<br>Sacramento, CA 95814 | Ellen A. Friedman, Esq.<br>M. Elaine Hammond, Esq.<br>Friedman Dumas & Springwater, LLP<br>150 Spear Street, #1600<br>San Francisco, CA 94105 |
| John Friedemann, Esq.<br>Adriana Dydell, Esq.<br>Friedmann Goldberg<br>420 Aviation Blvd., #201<br>Santa Rosa, CA 95403 | Summit State Bank<br>c/o R. Dale Ginter, Esq.<br>Downey Brand LLP<br>621 Capitol Mall, 18th Floor<br>Sacramento, CA 95814 | MacConaghy & Barnier, PLC<br>John H. MacConaghy, Esq.<br>645 First St. West<br>Sonoma, California 95476 |
| Christopher G. Costin<br>Bob Haroche<br>Beyers Costin<br>200 Fourth Street, Suite 400<br>Santa Rosa, CA 95401 | Randy Rogers, Esq.<br>Brian Lee, Esq.<br>Winston & Strawn LLP<br>101 California Street, Suite 3900<br>San Francisco, CA 94111 | Richard W. Abbey<br>Rachel K. Stevenson<br>Abbey, Weitzenberg, Warren & Emery<br>P.O. Box 1566<br>Santa Rosa, CA 95402-1566 |
| Parkway Properties 14, LLC<br>c/o Plastiras & Terrizzi<br>24 Professional Center Pkwy, Suite 150<br>San Rafael, CA 94903 | Melodie A. Whitson<br>Pite Duncan, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-0933 | James A. Tiemstra<br>Law Offices of James A. Tiemstra<br>Tribune Tower<br>409 Thirteenth Street, 15th Floor<br>Oakland, CA 94612 |
| Patricia H. Lyon<br>French & Lyon<br>22 Battery Street, Suite 404<br>San Francisco, CA 94111 | David M. Meegan, Esq.<br>Meegan, Hanschu & Kassenbrock<br>11341 Gold Express Drive, Ste. 110<br>Gold River, CA 95670 | K. Keith McAllister<br>Attorney at Law<br>P.O. Box 864<br>Tiburon, CA 94920 |

| Attorneys for Five Star Bank<br>Thomas P. Griffin, Jr.<br>Hefner, Stark & Marois, LLP<br>2150 River Plaza Drive, Suite 450<br>Sacramento, CA 95833 | Lance M. Plaza, Trustee<br>9225 Oak Trail Circle<br>Santa Rosa, CA 95409 | Attorney for GMAC Mortgage, LLC<br>Jonathan J. Damen<br>Routh Crabtree Olsen, PS<br>505 N. Tustin Ave., Suite 243<br>Santa Ana, CA 92705 |
|---|---|---|
| Attorney for BAC Home Loans Servicing, LP<br>Dean R. Prober<br>Prober & Raphael<br>20750 Ventura Boulevard, Suite 100<br>Woodland Hills, CA 91364 | Attorneys for Victoria Acciari, Trustee of the Victoria Acciari Revocable Living Trust of 1999<br>Craig K. Welch<br>Welch & Olrich, LLP<br>809 Petaluma Boulevard North<br>Petaluma, CA 94952 | Attorneys for Creditor Paul Ciraulo, individually and as Trustee of Lois Ciraulo Residuary Trust<br>Shauna N. Correia<br>Bullivant Houser Bailey PC<br>1415 L Street, Suite 1000<br>Sacramento, CA 95814 |
| Attorneys for John Balletto and Balletto Vineyards, Inc., Creditors<br>Chris D. Kuhner, Esq.<br>Kornfield, Nyberg, Bendes & Kuhner, P.C.<br>1999 Harrison Street, Suite 2675<br>Oakland, CA 94612 | Attorneys for Creditor J.P.Gaffey<br>Thomas P. Kelly, Jr.<br>Law Offices of Thomas P. Kelly, Jr.<br>50 Old Courthouse Square, Ste. 609<br>Post Office Box 4389<br>Santa Rosa, California, 95402 | Attorneys for Shannon R. Foulk<br>Nora M. Nachtsheim<br>Lewis Brisbois Bisgaard & Smith<br>One Sansome Street, Suite 1400<br>San Francisco, CA 94104 |
| Attorney for Wells Fargo Bank<br>Darlene C. Vigil<br>Barrett Daffin Frappier Treder & Weiss, LLP<br>20955 Pathfinder Road, Suite 300<br>Diamond Bar, CA 91765 | | |
| | **INTERESTED PARTIES/CREDITORS** | |
| Joseph Wand, M.D.<br>3715 Nielsen Road<br>Santa Rosa, CA 95404 | Frank Rezende<br>610 Middle Rincon Road<br>Santa Rosa, CA 95409 | Luther Burbank Savings<br>804 Fourth Street<br>Santa Rosa, CA 95104 |
| Marilyn Diamond<br>1401 Fountaingrove Pkwy. #31<br>Santa Rosa, CA 95403 | Redwood Equities Investments, LLC<br>P.O. Box 14955<br>Santa Rosa, CA 95402 | Michael R. Newman<br>3732 Sleepy Hollow Drive<br>Santa Rosa, CA 95404 |
| Cary Bertolone<br>1206 4th Street<br>Santa Rosa, CA 95404 | Corrick and Norma Brown Trust<br>2988 Sunridge Drive<br>Santa Rosa, CA 95404 | James R. Palleschi<br>1005 McDonald Place<br>Santa Rosa, CA 95404 |
| Sterling Savings Bank<br>Attn: Gordon Holman<br>805 S.W. Broadway #22<br>Portland, OR 97205 | Vincent J. Novak<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105 | WestAmerica Bank<br>Attn: Peter Hofmann<br>P.O. Box 1220<br>Suisun City, CA 94585-1220 |
| James M. Daw/Linda Kathleen Daw<br>320 10th Street, Suite 301<br>Santa Rosa, CA 95401 | Alan Johnson<br>2010 Long Leaf Ct.<br>Santa Rosa, CA 95403 | Joseph Mattos<br>593 Laurel Place<br>Rio Vista, CA 94571 |
| North Valley Bank<br>Attn: Michael Cushman<br>300 Park Marina Circle<br>Redding, CA 96001 | Insco Dico<br>2999 Oak Road, Suite 420<br>Walnut Creek, CA 94597 | North Coast Bank<br>Attn: Bill O'Connell<br>Holme Roberts & Owen LLP<br>560 Mission Street, 25th Floor<br>San Francisco, CA 94105 |
| Wells Fargo Bank<br>Attn: Stuart McClain<br>Credit Management Group<br>1836 Sierra Gardens<br>Roseville, CA 95661 | Summit State Bank<br>Attn: Cheryl Cruz<br>500 Bicentennial Way<br>Santa Rosa, CA 95403 | Country Wide (Bank of America)<br>P.O. Box 10219<br>Van Nuys, CA 91410 |
| Robert W. Oliver<br>8901 Barnett Valley Road<br>Sebastopol, CA 95472 | | |