MEYERS LAW GROUP, P.C.
MERLE C. MEYERS, ESQ., CA Bar #66849
EDIE WALTERS, ESQ., CA Bar #262730
D. CLARKE SUGAR, ESQ., CA Bar #251681
44 Montgomery Street, Suite 1010
San Francisco, CA 94104
Telephone: (415) 362-7500
Facsimile: (415) 362-7515

Attorneys for Clement C. and Ann Marie Carinalli, Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re | Case No. 09-12986 |
| CLEMENT C. and ANN MARIE CARINALLI, | Under Chapter 11 |
| Debtors | Date: April 30, 2010 |
| S.S.Ns: XXXX-XX-8623 and XXXX-XX-5690 | Time: 10:30 a.m. |
| | Place: U.S. Bankruptcy Court |
| | 99 South "E" Street |
| | Santa Rosa, California |
| | Judge: The Honorable Alan Jaroslovsky |

**DECLARATION OF MERLE C. MEYERS IN SUPPORT OF
FIRST APPLICATION OF MEYERS LAW GROUP, P.C. FOR
INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES
<u>AS GENERAL BANKRUPTCY COUNSEL FOR DEBTORS IN POSSESSION</u>
(September 29, 2009 to February 28, 2010)**

I, MERLE C. MEYERS, declare:

      1.     I am an attorney licensed to practice law in all Federal and state courts in the State of California and am a principal of the law firm of Meyers Law Group, P.C., counsel for Clement and Ann Marie Carinalli, as debtors-in-possession herein (the "Debtors"), and in such capacity, I am personally familiar with each of the facts stated herein, to which I could competently testify if called upon to do so in a court of law.

LAW OFFICES
**MEYERS LAW GROUP, P.C.**
44 MONTGOMERY STREET, SUITE 1010
SAN FRANCISCO, CALIFORNIA 94104

LAW OFFICES

**MEYERS LAW GROUP, P.C.**

44 MONTGOMERY STREET, SUITE 1010

SAN FRANCISCO, CALIFORNIA 94104

2. I make this declaration in support of the *First Application of Meyers Law Group, P.C. for Interim Compensation and Reimbursement of Expenses as Bankruptcy Counsel for Debtors in Possession (September 29, 2010 to February 28, 2010)* (the "Application").

3. I am the professional designated by Meyers Law Group, P.C. (the "Meyers Firm") with the responsibility in this particular case for compliance with the Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees (hereinafter "Guidelines"). Photocopies were charged at $0.20 per page; telephone calls, travel, postage, messenger fees and court fees were charged at actual cost (out-of-pocket).

4. I have read the Application, and to the best of my knowledge, information and belief formed after reasonable inquiry, the compensation and expense reimbursement sought therein is in conformity with the Guidelines.

5. The compensation and expense reimbursement requested are billed at rates, in accordance with practices, no less favorable than those customarily employed by the Meyers Firm and generally accepted by its clients.

6. The Meyers Firm has no connections with the Debtors or any of their known creditors or any other party in interest, or their respective attorneys or accountants, and is a disinterested party as required by 11 U.S.C. Section 327. The Meyers Firm has received no compensation for its services herein, except as otherwise disclosed in the Application, and has not agreed to share its fees with any other person or entity.

7. I have reviewed the time records and cost sheet submitted by our firm along with the Application. The entries on the billing records represent, to the best of my knowledge, services actually provided in this case. In addition, the costs indicated on the cost sheet were actually advanced by our firm. True and correct copies of the billing records are attached hereto as **Exhibit "A."**

/ / /

/ / /

/ / /

2

Case: 09-12986    Doc# 278-1    Filed: 04/02/10    Entered: 04/02/10 21:44:53    Page 2
of 3

8.      The rates charged by the Meyers Firm comparable to, or below, rates charged by other firms in the community, and the Meyers Firm charges the same rates for both bankruptcy and non-bankruptcy matters.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on April 2, 2010 at San Francisco, California.

                                        /s/ Merle C. Meyers
                                        Merle C. Meyers, Esq.

LAW OFFICES
**MEYERS LAW GROUP, P.C.**
44 MONTGOMERY STREET, SUITE 1010
SAN FRANCISCO, CALIFORNIA 94104