# EXHIBIT B



Gerald W. Bachecki
Jay D. Crom
Kimberly J. Lam

Robert A. Block (1944-1992)

**BACHECKI, CROM & CO., LLP**
Consultants and Certified Public Accountants
180 Montgomery Street, Suite 2340
San Francisco, CA 94104
www.bachcrom.com

Tel. (415) 398-3534
Fax (415) 788-0855
bachcrom@bachcrom.com

April 1, 2010

Clement Carinalli

**Re:** Clement & Ann Marie Carinalli
**Case Number:** 09-12986

Dear Mr. Carinalli:

Pursuant to U.S. Trustee Guidelines ¶2.2.2, here is a draft of our first interim fee application for the above case for your review.

The court's Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees provide that a debtor in possession, a trustee or an official committee must exercise reasonable business judgment in monitoring the fees and expenses of the estate's professionals.

We invite you to discuss any objections, concerns or questions you may have with us. The Office of the United States Trustee will also accept your comments. The court will also consider timely filed objections by any party in interest at the time of the hearing.

Please call if you have any questions or you can email me directly at jcrom@bachcrom.com.

Sincerely,

/s/ Jay D. Crom
 Jay D. Crom
BACHECKI, CROM & CO., LLP

Enclosure(s)

Bachecki, Crom & Co., LLP
Jay D. Crom. CPA
180 Montgomery St. # 2340
San Francisco, CA 94104
Telephone: (415) 398-3534


Accountants for Clement & Ann Marie Carinalli, Debtor In Possession


UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 09-12986<br>Chapter 11 |
| CLEMENT C. CARINALLI<br>&<br>ANN MARIE CARINALLI , | Date: April 30, 2010<br>Time: 10:30 a.m. |
| Debtors. | |

FIRST INTERIM APPLICATION FOR COMPENSATION BY
ACCOUNTANT FOR DEBTOR IN POSSESSION

TO: THE HONORABLE ALAN JAROSLOVSKY,
UNITED STATES BANKRUPTCY JUDGE:

  The application of Bachecki, Crom & Co., LLP, Certified Public Accountants, respectfully represents:

  Applicant is a firm of certified public accountants, duly authorized to practice in the State of California.

  Pursuant to order of the Court, applicant was employed as accountants for the Debtor in the above entitled case on February 22, 2010. Attached is a copy of the order (Exhibit A).

  This application seeks compensation for the period January 8, 2010 through February 28, 2010. Applicant has not applied for any prior compensation in this case.

## REQUEST FOR COMPENSATION

Applicant spent 36.10 total hours of the time of accountants and associate employees, in performing the services set forth herein and as itemized on the detailed summary of time and services provided on the attached pages, for the two-month period from January 2010 through February 2010. Applicant represents that it rendered timely, extensive and thorough services in accordance with requirements of the case and to enable prompt administration.

Applicant respectfully submits that the sum of $13,535.00 constitutes reasonable compensation for its services rendered to the Debtor during this period of time, based on applicant's generally applicable rates at the times when the services were rendered. Applicant requests reimbursement of costs incurred of $8.52. Applicant discloses that it charges $.20 per page for copying costs, applicant requests that this sum be authorized for payment in full at this time.

No agreement has been made by any member of applicant's firm, or by any employee thereof, directly or indirectly, and no understanding exists for a division of fees prayed for with any other person or persons. Applicant has not entered into any agreements, written or oral, express or implied, with any other party interest in the above-entitled case for the purpose of fixing the amount of any fee or compensation to be paid from the assets of the estate of the above-named debtors.

## DESCRIPTION OF SERVICES

The following narrative description is not intended to be all-inclusive, but reflects only major points of the services.

### Income Tax Planning for Estate and Proposed Liquidating Trust

Applicant consulted with the Debtors, the Debtors' Legal and Financial Advisors and the Creditors' Committee regarding income tax planning issues involving potential gains on disposition and the impact of cancellation of indebtedness.

Applicant prepared its declaration and a draft of the application to employ accountant.

Applicant requested and reviewed prior income tax returns of the Debtors and information regarding entities owned by the Debtors.

Applicant reviewed prior filed tax returns for tax attributes, fiscal year, taxpayer identification information and tax filing jurisdictions and requirements.

Applicant prepared an analysis estimating the income tax consequences of a proposed liquidating trust funding plan. Applicant met with the Debtors and their advisors to discuss tax ramifications of asset disposition timing and valuation.

## CONCLUSION

WHEREFORE, applicant prays that hearing be held on notice to creditors, and that the Court allow to applicant of the sum of $13.535.00 as compensation for services rendered to the Debtor and the sum of $8.52 as costs; and for such further and other order as may be just and proper in the premises.

## CERTIFICATION

Under penalties of perjury, pursuant to the laws of the United States, I declare that I have read this document, and to the best of my knowledge, information and belief, formed after reasonable inquiry, the compensation and expense reimbursement sought is in conformity with the United States Bankruptcy Court, Northern District of California Guidelines for compensation and expense reimbursement of professionals, except as specifically noted in the application. Compensation and expense reimbursement requested are billed at rates in accordance with practices, no less favorable than those customarily employed by the applicant and generally accepted by the applicant's clients.

DATED: April 1, 2010

            BACHECKI, CROM & CO., LLP
            Certified Public Accountants

            By_____/s/   Jay D. Crom
                Jay D. Crom
            Accountants for Debtor in Possession

Bachecki, Crom & Co., LLP **Exhibit B**
Bankruptcy Detailed Work-in-Process
February 28, 2010

Clement & Ann Marie Carinalli  Case Number: 09-12986

| Date | Emp | Int | Service Description | Rate | Hours | Bill Amt. |
|------|-----|-----|---------------------|------|-------|-----------|
| | | | **2010** | | | |
| | | | Jay D. Crom | 425.00 | 29.00 | 12,325.00 |
| | | | Paula Law | 310.00 | 0.40 | 124.00 |
| | | | Jason Tang | 180.00 | 5.10 | 918.00 |
| | | | Jennifer Duckworth | 105.00 | 1.60 | 168.00 |
| | | | Subtotal 2010 fees | 374.93 | 36.10 | 13,535.00 |
| | | | Total fees | 374.93 | 36.10 | 13,535.00 |
| | | | Costs incurred | | | 8.52 |
| | | | Total fees and costs incurred | | | 13,543.52 |

Bachecki, Crom & Co., LLP
Bankruptcy Detailed Work-in-Process
February 28, 2010

Clement & Ann Marie Carinalli					Case Number: 09-12986

| Date | Emp | Int | Service Description | Rate | Hours | Bill Amt. |
|---|---|---|---|---|---|---|
| Engagement: TX Tax Return Preparation | | | | | | |
| 01/08/2010 | | JD | REVIEW AND SUMMARIZE TAX DOCUMENTS | 105.00 | 1.00 | 105.00 |
| 01/08/2010 | | JD | DISCUSS TAX ISSUES WITH JDC & PL | 105.00 | 0.40 | 42.00 |
| 01/08/2010 | | PL | MEETING WITH JDC AND JD RE: CASE STATUS AND SHORT YEAR ELECTION | 310.00 | 0.40 | 124.00 |
| 01/08/2010 | | JDC | TEL CONF W CLEM & ARTHUR ITO RE SHORT PERIOD 2009 ELECTION ANALYSIS, DISCUSS TAX ATTRIBUTES, GAINS/LOSSES ON FUTURE DISPOSITIONS | 425.00 | 1.00 | 425.00 |
| 01/08/2010 | | JDC | MTG W PL AND JD TO REVIEW TAX DOCS, DETERMINE INFO FOR ANALYSIS | 425.00 | 0.40 | 170.00 |
| 01/08/2010 | | JDC | REVIEW/ANALYSIS 2008 TAX RETURNS, BK SCH, SOFA INFO FOR SHORT YEAR ELECTION ISSUES | 425.00 | 1.40 | 595.00 |
| 01/09/2010 | | JDC | REVIEW A ITO WORKSHEET OF 2009 INCOME/DEDUCTIONS | 425.00 | 0.30 | 127.50 |
| 01/10/2010 | | JDC | DRAFT MEMO RE INVESTMENT INTEREST EXPENSE CARRYOVER, SEC 108 ATTRIB. REDUCTION, ESTATE V. INDIV. LEVEL USE | 425.00 | 0.40 | 170.00 |
| 01/11/2010 | | JDC | RESEARCH INVESTMENT INTEREST RULES, REG & AMT TAX RE BK ATTRIBUTE TREATMENT, DISCHARGE IMPACT | 425.00 | 1.10 | 467.50 |
| 01/11/2010 | | JDC | TEL W CLEM & A ITO RE TAX TIMING, RECOGNITION ISSUES, INVESTMT INT RULES, ATTRIBUTE ISSUES | 425.00 | 0.60 | 255.00 |
| 01/12/2010 | | JDC | DRAFT EMPLOYMENT APPLICATION/DECLARATION | 425.00 | 0.50 | 212.50 |
| 01/12/2010 | | JDC | CORRESP W CLEM RE JAN DUE DATES | 425.00 | 0.10 | 42.50 |
| 01/20/2010 | | JDC | READ & SIGN EMPLOY DECL | 425.00 | 0.20 | 85.00 |
| 01/28/2010 | | JDC | TEL CONF W CLEM, ART AND MERLE RE CR.COMM.PROPOSED JT REP, ATTRIBUTE & ABANDONMENT ISSUES | 425.00 | 0.50 | 212.50 |
| 01/28/2010 | | JDC | READ CORRESP RE CR. COMM.ACCESS TO BCC WORKPRODUCT AND AVAILABILITY FOR CONSULT TO CR. COMM | 425.00 | 0.20 | 85.00 |
| 02/02/2010 | | JDC | TEL CONF W CR.COMM MAX L, NICK L, MERLE M, ART I, CLEM, J MADOX RE TAX PLAN, ESTATE RETAINED V. LIQ TR, COD,ATTRIBUTES, ABANDONMENT | 425.00 | 1.00 | 425.00 |
| 02/02/2010 | | JDC | TEL W ART ITO RE INFO FOR LIQ.TR.EVAL | 425.00 | 0.20 | 85.00 |
| 02/02/2010 | | JDC | REVIEW TAX DOCS, PREP FOR TAX TELECONF | 425.00 | 0.60 | 255.00 |
| 02/02/2010 | | JDC | CORRESP RE TELE CONF | 425.00 | 0.20 | 85.00 |
| 02/12/2010 | | JDC | REVIEW TAX BASIS WORKSHEETS | 425.00 | 0.30 | 127.50 |

Clement & Ann Marie Carinalli  Case Number: 09-12986

| Date | Emp | Int | Service Description | Rate | Hours | Bill Amt. |
|---|---|---|---|---|---|---|
| 02/18/2010 | | JDC | REVIEW REAL PROPERTY VALUE/DEBT/STATUS INFO FROM DRAFT PLAN | 425.00 | 0.80 | 340.00 |
| 02/19/2010 | | JDC | TEL W CC, AI RE INCOME TAX ISSUES- EST. LIQ, V LIQ TR, ATTRIBUTE & COD ISSUES | 425.00 | 1.00 | 425.00 |
| 02/19/2010 | | JDC | REVIEW PLAN TERM SHEET/TAX ANALYSIS, PREPARE PRELIM LIQ TRUST COMPUTATIONS | 425.00 | 2.10 | 892.50 |
| 02/19/2010 | | JDC | TEL W CC, AI RE LIQ TR INQUIRY, ISSUES | 425.00 | 0.30 | 127.50 |
| 02/20/2010 | | JDC | DRAFT MEMO ON TAX YEAR SELECTION | 425.00 | 0.30 | 127.50 |
| 02/20/2010 | | JDC | LIQ TRUST OPTION ANALYSIS- COD AND GAIN ON DISPOSITION EVAL | 425.00 | 1.50 | 637.50 |
| 02/22/2010 | | JDC | REVIEW PRELIM TAX ON DISPOSITION AND COD ON FORECLOSURE/SHORT SALE CHARTS FOR 230 PROPERTIES, ASSESS POTENTIAL OFFSETS-NOL, PLCO, COS, ADMIN, OTHER ASSET GAIN/LOSS | 425.00 | 4.70 | 1,997.50 |
| 02/22/2010 | | JVT | DISCUSS WITH JDC REGARDING DEPRECIATION CAPTURE OF PROPERTY SALE, PREPARE PRELIMINARY TX PROJECTION PER FIGURES FROM DEBTOR | 180.00 | 0.90 | 162.00 |
| 02/23/2010 | | JDC | MTG W CLEM AND ART ITO RE LIQ TR. V BK ESTATE TAX CONSEQUENCES, INFO FOR 2009 ESTATE RETURN, LLC/GP ISSUES | 425.00 | 1.80 | 765.00 |
| 02/23/2010 | | JDC | TAX ANALYSIS OF RENTAL REAL PROP & INVSTMT PROP, PREP FOR MTG W CLEM C. | 425.00 | 0.70 | 297.50 |
| 02/23/2010 | | JDC | MTG W JVT RE RECAP TAX COMPUTATONS ON EST. FUTURE SALES | 425.00 | 0.20 | 85.00 |
| 02/23/2010 | | JVT | REVIEW CLIENT FILES FOR PREPARATION OF MEETING | 180.00 | 1.00 | 180.00 |
| 02/23/2010 | | JVT | MEETING WITH CLEMENT, ART, AND JDC - CARRYOVER ATTRIBUTES AND TX PLANNING STRATEGY | 180.00 | 2.00 | 360.00 |
| 02/23/2010 | | JVT | PREPARE TAX PROJECTION-TRUST FUNDIGN | 180.00 | 0.50 | 90.00 |
| 02/24/2010 | | JDC | CORRESP RE CONF W CR COMM- ML, MM | 425.00 | 0.10 | 42.50 |
| 02/25/2010 | | JVT | DISCUSS TAX ISSUES WITH JDC | 180.00 | 0.20 | 36.00 |
| 02/25/2010 | | JVT | PREPARE TAX PROJECTION FOR TAXABLE DISPOSITION TO TRUST | 180.00 | 0.50 | 90.00 |
| 02/25/2010 | | JDC | ANALYSIS OF DEBT, VALUES, TAX BASIS, PREPARE PRELIM CA AMT COMPUTATIONS ON LIQ TR | 425.00 | 3.40 | 1,445.00 |
| 02/25/2010 | | JDC | TEL W ART RE TAX ISSUES | 425.00 | 0.30 | 127.50 |
| 02/25/2010 | | JDC | TEL W ART & CLEM RE TAX ISSUES | | 0.20 | |
| 02/26/2010 | | JDC | PREPARE NOL/ PASSIVE AND CA AMT TAX ANALYSIS | 425.00 | 1.80 | 765.00 |
| 02/26/2010 | | JDC | TEL W CLEM, ART & MERLE RE TAX ISSUES | 425.00 | 0.20 | 85.00 |
| 02/26/2010 | | JDC | TEL CONF W OCC AND DEBTOR REPS RE LIQ TR TAX ISSUES AND ALTERNATIVES | 425.00 | 0.80 | 340.00 |

Bachecki, Crom & Co., LLP    **Exhibit B**
Bankruptcy Detailed Work-in-Process
February 28, 2010

Clement & Ann Marie Carinalli    Case Number: 09-12986

| Date | Emp | Int | Service Description | Rate | Hours | Bill Amt. |
|---|---|---|---|---|---|---|
| | | | TOTAL FEES | 376.43 | 35.90 | 13,514.00 |

COSTS INCURRED:

Engagement: EX Expenses

| Date | | Service Description | | | Bill Amt. |
|---|---|---|---|---|---|
| 01/12/2010 | | COPY CHARGE @ $.20/PP | | | 1.60 |
| 01/12/2010 | | POSTAGE CHARGE | | | 2.12 |
| 02/04/2010 | | PACER CHARGES | | | 1.52 |
| 02/04/2010 | | PACER CHARGES | | | 0.24 |
| 02/04/2010 | | PACER CHARGES | | | 1.12 |
| 02/04/2010 | | PACER CHARGES | | | 1.28 |
| 02/04/2010 | | PACER CHARGES | | | 0.64 |
| | | TOTAL COSTS | | | 8.52 |
| | | TOTAL FEES AND COSTS | | | 13,522.52 |