MEYERS LAW GROUP, P.C.
MERLE C. MEYERS, ESQ., CA Bar #66849
EDIE WALTERS, ESQ., CA Bar #262730
D. CLARKE SUGAR, ESQ., CA Bar #251681
44 Montgomery Street, Suite 1010
San Francisco, CA 94104
Telephone: (415) 362-7500
Facsimile: (415) 362-7515

Attorneys for Clement C. and Ann Marie Carinalli, Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>CLEMENT C. and ANN MARIE CARINALLI,<br><br>Debtors<br><br>S.S.Ns:  XXXX-XX-8623 and<br>        XXXX-XX-5690 | Case No. 09-12986<br><br>Under Chapter 11<br><br>Date:  May 21, 2010<br>Time:  10:00 a.m.<br>Place: U.S. Bankruptcy Court<br>       99 South "E" Street<br>       Santa Rosa, California<br>Judge: The Honorable Alan Jaroslovsky |

**DECLARATION OF MARY ANNE VELDKAMP IN SUPPORT OF
DEBTORS' MOTION FOR APPROVAL OF SALE OF REAL PROPERTY
(7383 Shiloh Road, Santa Rosa, California)**

I, MARY ANNE VELDKAMP, declare:

1.  I am employed as a real estate agent with Coldwell Bank, and have been working as a sales professional in the real estate industry for many years, during which I have developed a particular expertise in facilitating the purchase and sale of real property.

2.  I am over the age of 18 years and have personal knowledge of each of the facts stated herein, except as may be otherwise stated below, and would testify thereto if called upon to do so in a court of law.

3.  I was retained by the Sellers[1] to broker the sale of the Subject Property, with the approval of the Bankruptcy Court. I am a licensed agent and I am knowledgeable regarding property

---

[1] All capitalized terms left undefined herein shall be given the meaning ascribed to them in the *Debtors' Motion For Approval Of Sale Of Real Property (7383 Shiloh Road, Santa Rosa, CA)*, filed and served contemporaneously herewith.

1

DECLARATION OF MARY ANNE VALDKAMP IN SUPPORT OF
DEBTORS' MOTION FOR APPROVAL OF SALE OF REAL PROPERTY
20044/25125

values such as the value of the Subject Property. I have conducted a physical inspection of the Subject Property, reviewed comparable sales to the Subject Property and marketed the Subject Property on the open market, and I believe that Purchase Price represents a fair and accurate valuation of the Subject Property's fair market value.

4. On April 9, 2010, the Sellers and the Proposed Buyer negotiated a purchase agreement (the "Purchase Agreement") with respect to the Subject Property, for the purchase price of $2,450,000 (the "Purchase Price"), on an "as-is, where-is" basis. Negotiation of the purchase price was made in good faith and at arms' length.

5. The Proposed Buyer has agreed to conduct any due diligence and waive all contingencies within 30 days of the Acceptance Date. The sale of the Subject Property is contingent on the Buyer's inspection of the Subject Property. The Proposed Buyer has already made a $69,000 deposit into escrow. The proposed sale is subject to any qualified overbid that may be made by the time of the hearing of the Motion.

6. I believe that proposed sale of the Subject Property, upon the terms and conditions set forth in the Purchase Agreement, is in the best interests of the Debtors estate.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on April 29, 2010 at Santa Rosa, California.

                                     /s/ Mary Anne Veldkamp
                                     MARY ANNE VELDKAMP