MEYERS LAW GROUP, P.C.
MERLE C. MEYERS, ESQ., CA Bar #66849
EDIE WALTERS, ESQ., CA Bar #262730
D. CLARKE SUGAR, ESQ., CA Bar #251681
44 Montgomery Street, Suite 1010
San Francisco, CA 94104
Telephone: (415) 362-7500
Facsimile: (415) 362-7515

Attorneys for Clement C. and Ann Marie Carinalli, Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SANTA ROSA DIVISION

In re

CLEMENT C. and ANN MARIE CARINALLI,

          Debtors

S.S.Ns: XXXX-XX-8623 and
        XXXX-XX-5690

Case No. 09-12986

Under Chapter 11

Date: May 21, 2010
Time: 10:00 a.m.
Place: U.S. Bankruptcy Court
       99 South "E" Street
       Santa Rosa, California
Judge: The Honorable Alan Jaroslovsky

## NOTICE OF HEARING ON DEBTORS' MOTION FOR APPROVAL OF SALE OF REAL PROPERTY
### (7383 Shiloh Road, Santa Rosa, California)

**PLEASE TAKE NOTICE** that Clement C. Carinalli and Ann Marie Carinalli, the debtors and debtors-in-possession in the above captioned case (the "Debtors"), have filed the *Debtors' Motion For Approval Of Sale Of Real Property (7383 Shiloh Road, Santa Rosa, California)* (the "Motion"), contemporaneously with additional documents in support thereof and served therewith.

**PLEASE TAKE FURTHER NOTICE** that, by the Motion, the Debtors request entry of an order, pursuant to Section 363 of the Bankruptcy Code, for an order approving the sale of the Debtors' partial interest in real property and improvements located at 7383 Shiloh Road, Santa Rosa, California on the terms and conditions proposed therein.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **May 21, 2010 at 10:00 a.m.**, or as soon thereafter as counsel may be heard, before the Honorable Alan

1

NOTICE OF HEARING ON DEBTORS' MOTION FOR APPROVAL OF SALE OF REAL PROPERTY
20044/25128

Jaroslovsky, United States Bankruptcy Judge, at the United States Bankruptcy Court located at 99 South "E" Street, Santa Rosa, California.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Local Rule 9014-1(c)(2), any objection to the relief requested in the Motion must be filed with the Court and served upon counsel for the Debtors at least five (5) days prior to the scheduled hearing date for the Motion. Any objection must be accompanied by any supporting declarations or memoranda that the objecting party wishes to present in support of its position. If there is no timely objection, the Court may grant the relief requested in the Motion without further notice.

DATED: April 30, 2010

MEYERS LAW GROUP, P.C.

By    /s/ Merle C. Meyers
     Merle C. Meyers, Esq.
     Attorneys for Clement C. and Ann Marie Carinalli