1  MEYERS LAW GROUP, P.C.
   MERLE C. MEYERS, ESQ., CA Bar #66849
2  EDIE WALTERS, ESQ., CA Bar #262730
   D. CLARKE SUGAR, ESQ., CA Bar #251681
3  44 Montgomery Street, Suite 1010
   San Francisco, CA 94104
4  Telephone: (415) 362-7500
   Facsimile: (415) 362-7515
5
   Attorneys for Clement C. and Ann Marie Carinalli, Debtors
6

7              IN THE UNITED STATES BANKRUPTCY COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                     SANTA ROSA DIVISION

10 In re                              Case No. 09-12986

11 CLEMENT C. and ANN MARIE           Under Chapter 11
   CARINALLI,
12                                    Date:    May 21, 2010
                  Debtors             Time:    10:00 a.m.
13                                    Place:   U.S. Bankruptcy Court
   S.S.Ns: XXXX-XX-8623 and                    99 South "E" Street
14         XXXX-XX-5690                         Santa Rosa, California
15                                    Judge:   The Honorable Alan Jaroslovsky

16
   **NOTICE OF HEARING ON DEBTORS' MOTION FOR ORDER ESTABLISHING SPECIAL
17    CLAIMS BAR DATE FOR ALL WARRANTY OR CONSTRUCTION DEFECT CLAIMS**

18       **PLEASE TAKE NOTICE** that Clement C. Carinalli and Ann Marie Carinalli, the debtors

19 and debtors-in-possession in the above captioned case (the "Debtors"), have filed the *Debtors' For*

20 *Order Establishing Special Claims Bar Date For All Warranty Or Construction Defect Claims* (the

21 "Motion"), contemporaneously with additional documents in support thereof and served therewith.

22       **PLEASE TAKE FURTHER NOTICE** that, by the Motion, the Debtors request entry of an

23 order, pursuant to pursuant to Federal Rule of Bankruptcy Procedure ("Bankruptcy Rule")

24 3003(c)(3), providing the following relief:

25       A.    Establishing a special claims bar date (the "Warranty Claims Bar Date") for all

26 claims based upon construction defects, warranty breaches and related causes of action,

27 whether contingent or mature, liquidated or unliquidated (collectively, the "Warranty

28 Claims"), to the extent existing as of the Petition Date and held by persons who did not

LAW OFFICES
MEYERS LAW GROUP, P.C.
44 MONTGOMERY STREET, SUITE 1010
SAN FRANCISCO, CALIFORNIA 94104

Case: 09-12986   Doc# 318   Filed: 04/30/10   Entered: 04/30/10 14:25:29   Page 1 of 2

LAW OFFICES
**MEYERS LAW GROUP, P.C.**
44 MONTGOMERY STREET, SUITE 1010
SAN FRANCISCO, CALIFORNIA 94104

1  receive timely notice (actual or constructive) of the original claims bar date of February 4,

2  2010 (collectively, the "Warranty Claimants");

3        B.    Directing service of notice upon the Warranty Claimants, no later than forty-

4  five (45) days prior to the Warranty Claims Bar Date, by the following means (collectively,

5  the "Special Notice"): (i) service by mail to all known addresses of homes or other residential

6  buildings constructed by the Debtors within the ten (10) years immediately preceding the

7  Petition Date, substantially in the form of **Exhibit "A"** attached to the Carinalli Declaration;

8  and (ii) service by publication, substantially in the form of **Exhibit "B"** attached to the

9  Carinalli Declaration in three (3) consecutive issues of the *Santa Rosa Press Democrat* and

10  the *Napa Valley Register*.

11        C.    Determining that such Special Notice is complete and proper notice to all

12  holders of Warranty Claims, sufficient to fully and permanently bar all Warranty Claims that

13  are not timely filed herein on or before the Warranty Claims Bar Date.

14      **PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **May**

15  **21, 2010, at 10:00 a.m.**, or as soon thereafter as counsel may be heard, before the Honorable Alan

16  Jaroslovsky, United States Bankruptcy Judge, at the United States Bankruptcy Court located at 99

17  South "E" Street, Santa Rosa, California.

18      **PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Local Rule 9014-

19  1(c)(2), any objection to the relief requested in the Motion must be filed with the Court and served

20  upon counsel for the Debtors at least seven (7) days prior to the scheduled hearing date for the

21  Motion. Any objection must be accompanied by any supporting declarations or memoranda that the

22  objecting party wishes to present in support of its position. If there is no timely objection, the Court

23  may grant the relief requested in the Motion without further notice.

24  DATED: April 30, 2010

                MEYERS LAW GROUP, P.C.

25

26

27  By    /s/ Merle C. Meyers
            Merle C. Meyers, Esq.

28              Attorneys for Clement C. and Ann Marie Carinalli

2