UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

CLEMENT and ANN MARIE CARINALLI,   No. 09-12986

Debtor(s).
_____/

Memorandum re Fee Application
_____

The interim fee application of Meyers Law Group, PC, contains a request for $55,970.00 related to obtaining approval of the employment of professionals as required by § 327(a) of the Bankruptcy Code. This is fully nine percent of the total fee request. Even given the number of professionals necessary in this case, this is an extraordinary request for routine, uncontested matters which the applicant has not justified to the court's satisfaction. Moreover, until the court instructed counsel to stop, several of the applications were noticed and set on the calendar even though Rule 2014(a) of the Federal Rules of Bankruptcy Procedure specifies an ex parte procedure with service only on the U.S. Trustee. Treating an ex parte matter as a contested matter appears to have significantly increased the expense to the estate.

For the foregoing reasons, the court will allow $40,000.00 for services related to employment of professionals. The balance of $15,970.00 will be disallowed.

Dated: May 3, 2010

Alan Jaroslovsky
U.S. Bankruptcy Judge