John D. Fiero (CA Bar No. 136557)
Maxim B. Litvak (CA Bar No. 215852)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
Email: jfiero@pszjlaw.com
mlitvak@pszjlaw.com

Attorneys for the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SANTA ROSA DIVISION**

| | |
|---|---|
| In re:<br><br>**CLEMENT C. CARINALLI AND ANN MARIE CARINALLI,**<br><br>Debtors. | Case No.: 09-12986<br><br>Chapter 11<br><br>**APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER APPROVING EMPLOYMENT OF ANDREA A. WIRUM AS PLAN CONSULTANT**<br><br>[No Hearing Required)] |

The Official Committee of Unsecured Creditors (the "Committee") of Clement C. Carinalli and Ann Marie Carinalli (the "Debtors") hereby submits this application (the "Application") for entry of an order approving the pre-confirmation employment of Andrea A. Wirum ("Ms. Wirum") as plan consultant to the Committee, effective as of May 26, 2010.

**I.**

**JURISDICTION**

This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue of the Case is proper pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicate for the relief sought herein is section 1103 of title 11 of the United States Code (the "Bankruptcy Code").

## II.

## BACKGROUND

On September 14, 2009, petitioners Corrick and Norma Brown, L. Christine Healey, Naomi W. Reddert, Ryan C. Brown, and Walter Middletown O'Brien (collectively, the "Petitioners") filed an involuntary petition for relief under chapter 7 of the Bankruptcy Code against Mr. Carinalli, individually. On the same date, the Court issued a summons.

On September 29, 2009, Mr. Carinalli, through counsel, accepted service of the petition and summons. In addition, the Debtors, through counsel, stipulated with the Petitioners to convert the case to a case under chapter 11 of the Bankruptcy Code, with Mrs. Carinalli joining as a chapter 11 debtor. On the same date, the Court entered an order for relief under chapter 11 of the Bankruptcy Code.

On October 20, 2009, the United States Trustee appointed the Committee in the case pursuant to section 1102(a)(1) of the Bankruptcy Code. The Committee is presently comprised of the following seven members: (1) Robert W. Sinai and Rachel Sinai, (2) Five Star Bank, Attn: Eric Woodstrom, (3) Jon Ledyard, (4) Charles V. Cooper and Norma L. Cooper, c/o Michael Thomsen, (5) Robert M. O'Brien, c/o Margo O'Brien, Trustee, (6) George T. DeLong, and (7) Stephen Opperman, c/o Mark Opperman. The co-chairs of the Committee are: (a) Robert W. Sinai and (b) Five Star Bank, by and through Eric Woodstrom. To date, no other committees have been appointed in the case.

The Committee is currently engaged in negotiations with the Debtors on the terms of a plan (the "Plan"). It is anticipated that the Plan will provide for the creation of a liquidating trust (the "Creditors' Trust") for the benefit of creditors. The Creditors' Trust will likely hold substantially all of the assets which have equity for the estate, minus only a limited pool of exempt assets. The Committee has selected Andrea A. Wirum as the trustee (the "Creditors' Trustee") of the Creditors' Trust.

Given the complexity of the estate and the large number of real estate interests and other assets expected to be transferred to the Creditors' Trust as of the effective date of the Plan, the Committee believes that significant work must be done by Ms. Wirum in advance of the

effectiveness of the Plan in terms of understanding the Debtors' assets and liabilities, particularly the estate's numerous and diverse real estate interests. Ms. Wirum will also play an important role in advising the Committee on certain terms of the Plan.

## III.

## APPLICATION TO RETAIN AND EMPLOY ANDREA A. WIRUM

By this Application, pursuant to section 1103 of the Bankruptcy Code, the Committee seeks to employ Andrea A. Wirum as plan consultant to the Committee, effective as of May 26, 2010.

Section 1103(a) of the Bankruptcy Code provides, in relevant part, that a committee "with the court's approval, may select and authorize the employment by such committee of one or more attorneys, accountants or other agents, to represent or perform services for such committee." 11 U.S.C. § 327(a).

The Committee has selected Ms. Wirum to fill the role of plan consultant, and ultimately, the Creditors' Trustee. Ms. Wirum has many years of experience and expertise in the field of bankruptcy and reorganizations. She serves as a panel trustee for the United States Bankruptcy Court, San Francisco and has served as a panel trustee in Santa Rosa. Ms. Wirum has also served as a Chapter 11 trustee in bankruptcy cases and has acted as a liquidating trustee. She has significant experience dealing with bankruptcy generally and real estate matters specifically. A copy of Ms. Wirum's resume is attached hereto as **Exhibit 1**.

The Committee believes that Ms. Wirum's retention is in the best interest of the Debtors' unsecured creditors. Subject to further order of this Court, Ms. Wirum may be required to render the following services to the Committee in advance of the effective date of the Plan, among others:

(a) analyzing the Debtors' assets and liabilities, including operational and accounting functions;

(b) advising the Committee on the terms and provisions of the Plan with a particular focus on issues that may impact the creation or functioning of the Creditors' Trust; and

(c) providing such other necessary and appropriate services relating to the Plan that may be requested by the Committee.

The Committee believes that the immediate retention of Ms. Wirum is critical to the efficient and cost-effective post-confirmation administration of the Debtors' assets as part of the Creditors' Trust to be created under the Plan. Because it is anticipated that responsibility for the day-to-day administration of the Debtors' property will pass from the Debtors to the Creditors' Trustee immediately upon the effective date of the Plan, the Committee believes that Ms. Wirum's retention on a pre-confirmation basis is critical to ensuring an orderly and timely transition of the Debtors' assets.

Subject to the applicable provisions of the Bankruptcy Code, the Committee proposes to pay Ms. Wirum on an hourly basis, at her customary hourly rate of $495.00, and to reimburse expenses according to her customary reimbursement policies, provided that for the period through the effective date of the Plan and for the first six months thereafter, Ms. Wirum has agreed to reduce her hourly rate to $450.00.

Ms. Wirum will exercise continuous billing judgment throughout the engagement and will work in the most cost-efficient manner possible. Ms. Wirum has not received a retainer in the case.

Ms. Wirum will categorize her billing into subject matter categories in compliance with applicable guidelines, including the *United States Bankruptcy Court Northern District of California Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees*. Ms. Wirum understands that her compensation in this case is subject to the applicable provisions of the Bankruptcy Code.

To the best of the Committee's knowledge, Ms. Wirum is "disinterested" in that she has no connection with the Debtors, their creditors, any other party in interest herein, their respective attorneys or professionals, the United States Trustee or any person employed in the Office of the United States Trustee, except as set forth in the accompanying *Declaration of Andrea A. Wirum in Support of Application of the Official Committee of Unsecured Creditors for Order Approving Employment of Andrea A. Wirum as Plan Consultant*. As stated more fully in the declaration, Ms. Wirum does not hold, or represent any entity having, an adverse interest in connection with the Debtors or this case. Ms. Wirum does not employ any person who is related to a judge of this Court. Accordingly, Ms. Wirum is qualified to act as plan consultant to the Committee under section 1103

of the Bankruptcy Code.

Based on the foregoing, the Committee believes that Ms. Wirum's immediate retention is clearly in the best interests of creditors.

**WHEREFORE**, the Committee requests that this Court approve the employment of Andrea A. Wirum as the Committee's plan consultant, to render services as described above with compensation to be paid as an administrative expense at such times and in such amounts as the Court may hereafter determine and allow under sections 507(a) and 503(b) of the Bankruptcy Code.

Dated: June 3, 2010 PACHULSKI STANG ZIEHL & JONES LLP

By */s/ Maxim B. Litvak*
Maxim B. Litvak
Attorneys for the Official Committee of
Unsecured Creditors