

Signed: June 10, 2010

_____
ALAN JAROSLOVSKY
U.S. Bankruptcy Judge
_____

1  John D. Fiero (CA Bar No. 136557)
   Maxim B. Litvak (CA Bar No. 215852)
2  PACHULSKI STANG ZIEHL & JONES LLP
   150 California Street, 15th Floor
3  San Francisco, California 94111-4500
   Telephone: 415/263-7000
4  Facsimile: 415/263-7010
   Email: jfiero@pszjlaw.com
5         mlitvak@pszjlaw.com

6  Attorneys for the Official Committee of Unsecured
   Creditors
7

8                   UNITED STATES BANKRUPTCY COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SANTA ROSA DIVISION

11 | In re:                          | Case No.: 09-12986
12 | **CLEMENT C. CARINALLI AND**    | Chapter 11
   | **ANN MARIE CARINALLI,**        |
13 |                                 | **ORDER AUTHORIZING**
   |               Debtors.          | **EMPLOYMENT OF ANDREA A.**
14 |                                 | **WIRUM AS PLAN CONSULTANT**
15 |                                 | [No Hearing Required]

16

17     The Court has considered the *Application of the Official Committee of Unsecured Creditors*

18 *For Order Approving Employment of Andrea A. Wirum as Plan Consultant* (the "Application"), and

19 the Declaration of Andrea A. Wirum in support thereof. Based upon the record before the Court, it

20 appears that Andrea A. Wirum ("Ms. Wirum") does not hold or represent any interest adverse to the

21 estate in the matters on which she is to be employed, that she is a disinterested person, that her

22 employment is in the best interest of the estate, and that no hearing on the Application is required.

23 Accordingly, it is hereby:

24     **ORDERED** that the Application is granted.

25     **ORDERED** that the Official Committee of Unsecured Creditors is authorized to employ Ms.

26 Wirum as its plan consultant on the terms and conditions set forth more fully in the Application,

27 effective as of May 26, 2010.

28

| | |
|---|---|
| 1 | **ORDERED** that Ms. Wirum shall be compensated as an expense of administration pursuant |
| 2 | to sections 507(a) and 503(b) of title 11 of the United States Code (the "Bankruptcy Code") and in |
| 3 | accordance with sections 330 and 331 of the Bankruptcy Code, the applicable Bankruptcy Rules, the |
| 4 | local rules of this Court, and such other procedures as may be fixed by further order of this Court. |
| 5 | **ORDERED** that this Court retains jurisdiction with respect to all matters arising from or |
| 6 | related to the implementation of this Order. |
| 7 | **END OF ORDER** |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA