MEYERS LAW GROUP, P.C.
MERLE C. MEYERS, ESQ., CA Bar #66849
EDIE WALTERS, ESQ., CA Bar #262730
D. CLARKE SUGAR, ESQ., CA Bar #251681
44 Montgomery Street, Suite 1010
San Francisco, CA 94104
Telephone: (415) 362-7500
Facsimile: (415) 362-7515

Attorneys for Clement C. and Ann Marie Carinalli, Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>CLEMENT C. and ANN MARIE CARINALLI,<br><br>Debtors<br><br>S.S.Ns: XXXX-XX-8623 and<br>XXXX-XX-5690 | Case No. 09-12986<br><br>Under Chapter 11 |

**ORDER ON APPLICATION FOR ORDER AUTHORIZING
<u>EMPLOYMENT OF STEIN & LUBIN LLP, AS SPECIAL COUNSEL</u>**

On June 9, 2010, CLEMENT C. CARINALLI and ANN MARIE CARINALLI, the debtors and debtors-in-possession herein (the "Debtors"), filed the *Application For Order Authorizing Employment Of Stein & Lubin LLP, As Special Counsel* (the "Application," Docket No. 379), seeking an order pursuant to Section 327(e) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") authorizing the Debtors to retain and employ Stein & Lubin LLP ("S&L"), on the terms and conditions set forth in the Application.

The Court having considered the Application; S&L being disinterested; S&L's employment being in the best interest of the estate; and finding good cause for the relief requested therein:

NOW, THEREFORE, for the reasons set forth in the Application, and for good cause shown, IT IS HEREBY ORDERED, ADJUDGED and DECREED that:

1. The Application is hereby GRANTED as set forth herein.

---

1

ORDER ON APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF STEIN & LUBIN LLP, AS SPECIAL COUNSEL
20044/25357

2. The Debtors are hereby authorized to retain and employ S&L on the terms and conditions summarized in the Application.

Dated: June 18, 2010

_____
Alan Jaroslovsky
United States Bankruptcy Judge