**Entered on Docket**
**July 07, 2010**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



1  John D. Fiero (CA Bar No. 136557)
   Maxim B. Litvak (CA Bar No. 215852)   **Signed: July 07, 2010**
2  PACHULSKI STANG ZIEHL & JONES LLP
   150 California Street, 15th Floor
3  San Francisco, California  94111-4500
   Telephone: 415/263-7000
4  Facsimile: 415/263-7010                    _____
   Email: jfiero@pszjlaw.com                      **ALAN JAROSLOVSKY**
5          mlitvak@pszjlaw.com                     **U.S. Bankruptcy Judge**
                                              _____
6  Attorneys for the Official Committee of Unsecured
   Creditors

7

8              **UNITED STATES BANKRUPTCY COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10                    **SANTA ROSA DIVISION**

11  In re:                              Case No.: 09-12986

12  **CLEMENT C. CARINALLI AND**         Chapter 11
    **ANN MARIE CARINALLI,**
13                                       **ORDER APPROVING EMPLOYMENT**
              Debtors.                   **OF MCDONOUGH HOLLAND &**
14                                       **ALLEN PC AS SPECIAL TAX**
                                         **COUNSEL TO THE COMMITTEE**
15
                                         [No Hearing Required]
16

17

18          The Court has considered the *Application of the Official Committee of Unsecured Creditors*

19  *for Order Approving Employment of McDonough Holland & Allen PC to the Committee as  Special*

20  *Tax Counsel* (the "Application"), and the Declaration James L. Leet in support thereof.  Based upon

21  the record before the Court, it appears McDonough Holland & Allen PC ("McDonough Holland")

22  does not hold or represent any interest adverse to the estate in the matters on which it is to be

23  employed, that McDonough Holland is a disinterested person, that its employment is in the best

24  interest of the estate, and that no hearing on the Application is required.  Accordingly, it is hereby:

25          **ORDERED** that the Application is granted.

26          **ORDERED** that the Official Committee of Unsecured Creditors is authorized to employ

27  McDonough Holland as its special tax counsel on the terms and conditions set forth more fully in the

28  Application, effective as of June 11, 2010.

*PACHULSKI STANG ZIEHL & JONES LLP*
*ATTORNEYS AT LAW*
*SAN FRANCISCO, CALIFORNIA*

1    **ORDERED** that McDonough Holland shall be compensated as an expense of administration

2    pursuant to sections 507(a) and 503(b) of title 11 of the United States Code and in accordance with

3    sections 330 and 331 of the Bankruptcy Code, the applicable Bankruptcy Rules, the local rules of

4    this Court, and such other procedures as may be fixed by further order of this Court.

5    **ORDERED** that this Court retains jurisdiction with respect to all matters arising from or

6    related to the implementation of this Order.

8    APPROVED AS TO FORM AND CONTENT

10    Dated: July 6, 2010

12    MEYERS LAW GROUP, P.C.

14    By    _/s/ Merle C. Meyers_
       Merle C. Meyers
15       Attorneys for the Debtors Clement C.
       Carinalli and Ann Marie Carinalli

17                \*\*END OF ORDER\*\*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA