# EXHIBIT A

# STEIN & LUBIN LLP
### ATTORNEYS AT LAW

Transamerica Pyramid
600 Montgomery Street, 14th Floor
San Francisco, California 94111
Telephone (415) 981-0550
Facsimile (415) 981-4343
Federal Tax ID: 94-2796686

Invoice Date 07/31/2010
Billed through 07/31/2010
Invoice # 113202

CLEMENT CARINALLI
C/O MERLE MEYERS, ESQ.
44 MONTGOMERY STREET, SUITE 1010
SAN FRANCISCO, CA 94109

RE: GENERAL
Our File Number: 02437 00001

## DETAIL OF PROFESSIONAL SERVICES

| Date | TK | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/01/2010 | KBR | PHONE CONFERENCE WITH M. LUBIN RE CLIENT INFORMATION AND TRANSFER OF SERVICING; CALL TO E. WALTERS RE SERVICING TRANSFER AND CONFERENCE CALL WITH C. CARINALLI RE SAME; ANALYSIS OF INFORMATION RECEVIED FROM E. WALTERS; EMAILS RE SAME; ANALYSIS OF CLIENT BROKER'S LICENSE STATUS; ANALYSIS OF STRUCTURE OF TRANSFER; EMAIL TO E. WALTERS RE SAME | 2.10 | 682.50 |
| 07/02/2010 | KBR | ANALYSIS OF OFFERS AND RIGHT OF BROKER TO TRANSFER SERVICING; CONFERENCE CALL WITH CLIENT AND E.; PREPARATION OF MEMO RE CONFERENCE AND STRATEGY FOR TERMINATION AND TRANSFER OF SERVICING; PREPARATION OF FORM OF TERMINATION LETTER; ANALYSIS OF INFORMATION FROM CLIENT | 3.90 | 1,267.50 |
| 07/04/2010 | MDL | ANALYZE PROPOSED ASSIGNMENT OF SERVICING RIGHTS | 0.70 | 420.00 |
| 07/06/2010 | KBR | PREPARATION OF LETTER AND EMAIL TO CLIENT RE CONFLICT ISSUE AND LETTER RE TERMINATION | 2.00 | 650.00 |
| 07/07/2010 | KBR | PREPARATION OF TERMINATION LETTER | 0.40 | 130.00 |
| 07/08/2010 | KBR | PREPARATION OF EMAIL TO E. WALTERS RE NEGOTIATION OF REFERRAL AGREEMENT AND POTENTIAL PURCHASE OF SERVICING | 0.40 | 130.00 |
| 07/09/2010 | MDL | CORRESPONDENCE WITH K ROGERSON TO DISCUSS PROPOSED ASSIGNMENT OF SERVICING RIGHTS | 0.30 | 180.00 |
| 07/21/2010 | KBR | CONFERENCE WITH M. LUBIN RE CARINALLI SERVICING TERMINATION; REVIEW AND REVISION OF LETTER RE SAME | 2.30 | 747.50 |
| 07/22/2010 | KBR | ANALYSIS OF CLIENT COMMENTS TO TERMINATION LETTER AND PREPARATION OF EMAIL RE SAME | 0.50 | 162.50 |
| | | **TOTAL PROFESSIONAL SERVICES RENDERED:** | **12.60** | **$4,370.00** |

**TOTAL CURRENT CHARGES**  $4,370.00

## SUMMARY OF AMOUNTS DUE

| TIMEKEEPER SUMMARY | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Rogerson, K. Bradley | 11.60 | 325.00 | $3,770.00 |
| Lubin, Mark D. | 1.00 | 600.00 | $600.00 |

CARINALLI, CLEMENT                                              Invoice # **113202**

Client/Matter No.:   02437  00001

| TOTAL PROFESSIONAL SERVICES | 12.60 | $4,370.00 |

**TOTAL AMOUNT BILLED**                                                  $4,370.00

**NET CURRENT CHARGES**                                                  $4,370.00
**TOTAL BALANCE NOW DUE**                                                $4,370.00


**ACCOUNTS RECEIVABLE AGING**

| UNDER 31 DAYS | 31 - 60 DAYS | 61 - 90 DAYS | 91 - 120 DAYS | OVER 120 DAYS |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*\*\*\*\* Balance is due within 30 days from the date of this invoice. \*\*\*\**