MEYERS LAW GROUP, P.C.
MERLE C. MEYERS, ESQ., CA Bar #66849
EDIE WALTERS, ESQ., CA Bar #262730
D. CLARKE SUGAR, ESQ., CA Bar #251681
44 Montgomery Street, Suite 1010
San Francisco, CA  94104
Telephone: (415) 362-7500
Facsimile:  (415) 362-7515

Attorneys for Clement C. and Ann Marie Carinalli, Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>CLEMENT C. and ANN MARIE CARINALLI,<br><br>Debtors<br><br>S.S.Ns:  XXXX-XX-8623 and<br>              XXXX-XX-5690 | Case No. 09-12986<br><br>Under Chapter 11<br><br>Date: October 22, 2010<br>Time: 10:00 a.m.<br>Place: U.S. Bankruptcy Court<br>          99 South "E" Street<br>          Santa Rosa, California<br>Judge: The Honorable Alan Jaroslovsky |

### NOTICE OF OBJECTION TO CLAIM NO. 80 AND HEARING THEREON
**(Jeffrey G. Hammond Claim)**

**TO Jeffrey G. Hammond:**

PLEASE TAKE NOTICE, hereby given, that CLEMENT C. AND ANN MARIE CARINALLI, as debtors-in-possession herein (the "Debtors"), object to your Proof of Claim No. 80, as more fully explained in the attached *Objection to Claim No.80* (the "Objection").

You should thoroughly review the Objection.  ***YOUR CLAIM MAY BE ELIMINATED***. You should read these papers carefully and discuss them with your attorney, if you have one. Specifically, the Debtors object to your claim on the ground that your claim asserts an unsecured claim because the collateral securing your claim is sufficient to satisfy your claim.

**PLEASE TAKE FURTHER NOTICE** that on **October 22, 2010, at 10:00 a.m.**, or as soon thereafter as counsel can be heard (the "Hearing"), in the Courtroom of the Honorable Alan

1

1  Jaroslovsky, United States Bankruptcy Judge, at the United States Bankruptcy Court located at 99
2  South "E" Street, Santa Rosa, California, the above-captioned Court will hear and consider the
3  Objection.

4  **PLEASE TAKE FURTHER NOTICE** that if you do not want the Court to eliminate or
5  change your claim, you or your lawyer must follow these instructions.

6  **PLEASE TAKE FURTHER NOTICE** that in accordance with Rule 3007-1(a) of the U.S.
7  Bankruptcy Court for the Northern District of California (the "Local Rules"), a copy of Claim No. 80
8  (without supporting documents) is attached hereto as **Exhibit "A"**.

9  **PLEASE TAKE FURTHER NOTICE** that you are not required to file written opposition to
10 the Objection. Opposition, if any may be presented at the Hearing on the Objection. Pursuant to
11 Local Rule 3007-1(b), where a factual dispute is involved, the Hearing on the Objection shall be
12 deemed a status conference at which the Court will not receive evidence. If the Objection involves
13 only a matter of law, the matter may be argued at the Hearing.

14 If you or your attorney do not take these steps, the Court may decide that you do not oppose
15 the Objection.

DATED: September 22, 2010

MEYERS LAW GROUP, P.C.


By: /s/ Merle C. Meyers
    Merle C. Meyers, Esq.
    Attorneys for Debtors