MEYERS LAW GROUP, P.C.
MERLE C. MEYERS, ESQ., CA Bar #66849
EDIE WALTERS, ESQ., CA Bar #262730
D. CLARKE SUGAR, ESQ., CA Bar #251681
44 Montgomery Street, Suite 1010
San Francisco, CA 94104
Telephone: (415) 362-7500
Facsimile: (415) 362-7515

Attorneys for Clement C. and Ann Marie Carinalli, Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>CLEMENT C. and ANN MARIE CARINALLI,<br><br>Debtors<br><br>S.S.Ns: XXXX-XX-8623 and<br>XXXX-XX-5690 | Case No. 09-12986<br><br>Under Chapter 11 |

### CERTIFICATE OF SERVICE

I, the undersigned, state that I am employed in the City and County of San Francisco, State of California; that I am over the age of eighteen years and not a party to the within action; that my business address is 44 Montgomery Street, Suite 1010, San Francisco, California 94104-4789; and that on September 22, 2010 a copy of the **OBJECTION TO CLAIM NO. 80 AND HEARING THEREON** were served on the parties listed below by regular U.S. Mail:

Jeffrey G. Hammond
c/o W. Michael Celestre
3650 Mt. Diablo Blvd., Ste 180
Lafayette, CA 94549

I declare under penalty of perjury that the foregoing is true and correct. executed at San Francisco, California On October 6, 2010.

/s/ Edie Walters, Esq

Also served by electronic case filing:
**US Trustee**
Patricia Cutler - patricia.cutler@usdoj.gov

**Committee Counsel**

Pachulski Stang Ziehl & Jones LLP:  John D. Fiero - jfiero@pszjlaw.com
                                    Maxim Litvak – mlitvak@pszjlaw.com

**Parties Who Have Requested Special Notice**

Victoria Acciari: Craig K. Welch - welch@welcholrich.com
American Ag Credit: Brian Y. Lee - bylee@winston.com
American River Bank: James A. Tiemstra - jat@tiemlaw.com
August and Anne Sanchietti Trust B: David M. Meegan - dmeegan@mhksacto.com
BAC Home Loans Servicing, LP: Dean Prober - cmartin@pprlaw.net
John Balletto: Chris D. Kuhner - c.kuhner@kornfieldlaw.com
BaySierra Financial: Douglas B. Provencher - dbp@provlaw.com
Beyers and Costin:  Christopher G. Costin - ccostin@beyerscostin.com
Paul Ciraulo: Shauna N. Correia - shauna.correia@bullivant.com, Margie.francis@bullivant.com
Paul Ciraulo: Peter Roldan - peter.roldan@bullivant.com, sanfranciscodocketing@bullivant.com
C.V. and N.L. Cooper Trust: Keith McAllister – kkmcallister@gmail.com
Corrick Brown: Douglas B. Provencher - dbp@provlaw.com
Ryan Brown:  Douglas B. Provencher - dbp@provlaw.com (also above)
Jay D. Crom: jcrom@bachcrom.com
Exchange Bank: Rachel K. Stevenson - rnunes@abbeylaw.com
Five Star Bank: Howard S. Nevins - hnevins@hsmlaw.com
Five Star Bank: Thomas P. Griffen - griffen@hsmlaw.com
Five Star Bank: Eric Woodstrom - ewoodstrom@fivestarbank.com
J. Gaffey: Thomas P. Kelly - Kellylaw@pacbell.net
General Electric Capital Franchise Finance Corporation: Eric S. Pezold - epezold@swlaw.com
GMAC Mortgage, LLC: Melodie A. Whitson - ecfcanb@piteduncan.com
GMAC Mortgage, LLC as servicer for Chase Manhattan Mortgage Corporation: Jonathan J. Damen
    bknotice@rcolegal.com
Heritage Bank of Commerce: Stephen J. Kottmeier - skottmeier@hopkinscarley.com,
    jfarlow@hopkinscarley.com
Jeffrey G. Hammond: W. Michael Celestre - michaelcelestre@aol.com
Christine Healey: Douglas B. Provencher - dbp@provlaw.com (also above)
JPMorgan Chase Bank, National Association: Anne W. Hamann - ecfcanb@piteduncan.com
JPMorgan Chase Bank, National Association: S. Christopher Yoo - cyoo@adornoca.com
Keegin and Coppin Company, Inc.: Edward Tredinnick - etredinnick@grmslaw.com
Keith Investment Company: Julia P. Gibbs - judy@gibbslegal.com
KOR Commercial Real Estate: Ray H. Olmstead - rholmstead@rholmstead.com
Norene A. Losee of the Norene A. Losee Revocable Living Trust Dated January 2, 2002: Joshua
    Scheer - jscheer@scheerlawgroup.com
Luther Burbank Savings: Ellen A. Friedman - efriedman@friedumspring.com
Napa Community Bank: Patricia H. Lyon - phlyon@aol.com
North Coast Bank: Michael P. Merrill - mpmerr@majlaw.com
North Valley Bank: Thomas A. Willoughby - twilloughby@ffwplaw.com
Walter Middleton O'Brien: Douglas B. Provencher - dbp@provlaw.com (also above)
Parkway Properties 14, LLC: John H. Corcoran - jcorcoran@ptlegal.com
Naomi Reddert: Douglas B. Provencher - dbp@provlaw.com (also above)
Mack Staley: Paul M. Jamond - jamond@pacbell.net
Sterling Savings Bank: Adam A. Lewis - alewis@mofo.com
Summit State Bank:  R. Dale Ginter - dginter@downeybrand.com
Wells Fargo Bank, N.A.: Robert B. Kaplan - rbk@jmbm.com
Wells Fargo Bank, National Association: John H. Wunsch - wunschjh@wellsfargo.com

LAW OFFICES
**MEYERS LAW GROUP, P.C.**
44 MONTGOMERY STREET, SUITE 1010
SAN FRANCISCO, CALIFORNIA 94104

Wells Fargo Bank, N.A.: Walter W. Gouldsbury - wwg@jmbm.com
Wells Fargo Bank, N.A.: Darlene C. Vigil - ndcaecf@BDFGroup.com
Westamerica Bank: David M. Wiseblood - dwiseblood@seyfarth.com
Andrea A. Wirum - awirum@wirum.com

**Parties known to assert a lien, security interest, ownership interest or other encumbrance or interest in the estate property that is the subject of the motion**

Not Applicable