# EXHIBIT A

# McDONOUGH, HOLLAND & ALLEN PC

Attorneys at Law
500 Capitol Mall, 18th Floor
Sacramento, California 95814
(916) 444-3900

CONFIDENTIAL ATTORNEY-CLIENT PRIVILEGED COMMUNICATION

```
Official Committee of Unsecured Cred   Invoice Number    224462
  of Clement C. & Ann Marie Carinall   Invoice Date    07/21/10
ATTN:  Robert W. Sinai, Co-Chair       Client Number      37694
6485 Timber Springs Drive              Matter Number       0001
Santa Rosa, CA  95409
```

---

Re: Tax Advice

FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/10:

| Date | Name | Description of Service | Hours | Fee |
|------|------|------------------------|-------|-----|
| 06/03/10 | Leet | Review conflicts | 0.3 | 127.50 |
| 06/08/10 | Gorton | Review Carinalli court file re employment application, declaration and order and emails with attorney Leet re same. | 0.3 | 112.50 |
| 06/10/10 | Leet | Commence review of Memo | 0.6 | 255.00 |
| 06/11/10 | Leet | Review and commence analysis of tax memo | 3.4 | 1,445.00 |
| 06/14/10 | Leet | Analysis of Crom memo | 2.6 | 1,105.00 |
| 06/15/10 | Leet | Review and revise declaration (.9); continued analysis of letter (.5); and analysis with attorney B. Bowen regarding research (.5). | 1.9 | 807.50 |
| 06/15/10 | Bowen | Analysis of bankruptcy issues with attorney Jim Leet. | 0.5 | 110.00 |
| 06/16/10 | Bowen | Researched liquidating trusts and what is a reasonable extension of time to liquidate. | 3.0 | 660.00 |
| 06/17/10 | Leet | Analysis of research of and with attorney Bowen (.6); Declaration review and email to Max Litzak (.1) | 0.7 | 297.50 |
| 06/17/10 | Bowen | Researched the allocation of pass through income to the debtor or to the debtor's bankruptcy estate. Analysis of research with attorney Jim Leet. | 3.1 | 682.00 |
| 06/18/10 | Leet | Telephone conference with Max regarding observations on the memo | 0.3 | 127.50 |
| 06/23/10 | Leet | Research and analysis of NOL issue and character assumption | 1.1 | 467.50 |
| 06/23/10 | Gorton | Confer with Leet re bankruptcy tax | 0.3 | 112.50 |

CONFIDENTIAL ATTORNEY-CLIENT PRIVILEGED COMMUNICATION

```
37694    CLEMENT C. & ANN MARIE CARINALLI - OFFIC   Invoice Number  224462
 0001    Tax Advice                                                07/21/10
                                                                    Page 2
```

| Date | Name | Description of Service | Hours | Fee |
|---|---|---|---|---|
| | | issues re liquidating trust. | | |
| 06/24/10 | Leet | Outline letter for response | 1.0 | 425.00 |
| 06/24/10 | Leet | Research liquidating trust and disputed funds election | 1.0 | 425.00 |
| 06/28/10 | Leet | Review, analysis and revise Disclosure Statement, proposed reorganization plan and Liquidating Trust | 6.9 | 2,932.50 |
| 06/29/10 | Bowen | Researched distributions from the disputed ownership fund. | 1.8 | 396.00 |
| 06/29/10 | Leet | Analysis of response on annual distributions (.4); Analysis of disputed funds portion (1.2), continue revisions of draft and analysis of same (2.1) | 3.7 | 1,572.50 |
| 06/30/10 | Leet | Analysis and Email responses regarding disputed funds portion (1.1); analysis of valuation question (1.4) | 2.6 | 1,105.00 |
| | | TOTAL HOURS | 35.1 | |

TIME SUMMARY:

| Name | Hours | | Rate | | Fee |
|---|---|---|---|---|---|
| Brian P. Bowen | 8.4 | at | $220 | = | 1,848.00 |
| Mark Gorton | 0.6 | at | $375 | = | 225.00 |
| James L. Leet | 26.1 | at | $425 | = | 11,092.50 |
| | | | CURRENT FEES | | 13,165.50 |

CONFIDENTIAL ATTORNEY-CLIENT PRIVILEGED COMMUNICATION

```
37694      CLEMENT C. & ANN MARIE CARINALLI - OFFIC    Invoice Number  224462
 0001      Tax Advice                                                  07/21/10
                                                                        Page 3
```

FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
  Date                                              Amount
--------                                          ----------
07/15/10     Administrative Charge                    526.62
                                                               ------------
                            CURRENT EXPENSES                         526.62


                   TOTAL AMOUNT OF THIS INVOICE                   13,692.12

                                                               -------------
                   TOTAL BALANCE DUE UPON RECEIPT                 13,692.12
                                                               =============
```

# McDONOUGH, HOLLAND & ALLEN PC

Attorneys at Law
500 Capitol Mall, 18th Floor
Sacramento, California 95814
(916) 444-3900

CONFIDENTIAL ATTORNEY-CLIENT PRIVILEGED COMMUNICATION

```
Official Committee of Unsecured Cred    Invoice Number     225004
  of Clement C. & Ann Marie Carinall    Invoice Date     08/13/10
ATTN:  Robert W. Sinai, Co-Chair        Client Number      37694
6485 Timber Springs Drive               Matter Number       0001
Santa Rosa, CA  95409
```

---

Re: Tax Advice

FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/10:

| Date | Name | Description of Service | Hours | Fee |
|------|------|------------------------|-------|-----|
| 07/01/10 | Leet | Telephone conference with Jay Crom regarding valuation issues (.2); analysis of valuation issue (.4), review filed documents with email to Max (.5) | 1.1 | 467.50 |
| 07/29/10 | Leet | Telephone conference with trustee and KG, valuation experts regarding property valuations (.5), review spreadsheet (.4) | 0.9 | 382.50 |
| 07/30/10 | Gorton | Conference with attorney Leet re liquidating trust tax basis issue and advice to trustee re valuation and who should bear expense. | 0.4 | 150.00 |
| 07/30/10 | Leet | Analysis of changes to Declaration (1.9), telephone conference with Mark Gorton on my approach (.4) and email Max regarding same (.3) | 2.6 | 1,105.00 |
| | | TOTAL HOURS | 5.0 | |

TIME SUMMARY:

| Name | Hours | | Rate | | Fee |
|------|-------|---|------|---|-----|
| Mark Gorton | 0.4 | at | $375 | = | 150.00 |
| James L. Leet | 4.6 | at | $425 | = | 1,955.00 |

CONFIDENTIAL ATTORNEY-CLIENT PRIVILEGED COMMUNICATION

```
37694    CLEMENT C. & ANN MARIE CARINALLI - OFFIC   Invoice Number  225004
 0001    Tax Advice                                                08/13/10
                                                                    Page 2
```

```
                                                          -------------
                              CURRENT FEES                     2,105.00


FOR COSTS ADVANCED AND EXPENSES INCURRED:

   Date                                        Amount
  --------                                   ----------
  08/05/10    Administrative Charge              84.20
                                                          ------------
                              CURRENT EXPENSES                    84.20



                 TOTAL AMOUNT OF THIS INVOICE                  2,189.20


                                                          -------------
                 TOTAL BALANCE DUE UPON RECEIPT                2,189.20
                                                          =============
```

# McDONOUGH, HOLLAND & ALLEN PC

Attorneys at Law
500 Capitol Mall, 18th Floor
Sacramento, California 95814
(916) 444-3900

CONFIDENTIAL ATTORNEY-CLIENT PRIVILEGED COMMUNICATION

```
Official Committee of Unsecured Cred     Invoice Number     225748
  of Clement C. & Ann Marie Carinall     Invoice Date     09/16/10
ATTN:  Robert W. Sinai, Co-Chair         Client Number      37694
6485 Timber Springs Drive                Matter Number       0001
Santa Rosa, CA  95409
```

---

Re: Tax Advice

FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/15/10:

| Date | Name | Description of Service | Hours | Fee |
|------|------|------------------------|-------|-----|
| 08/02/10 | Leet | Telephone conference with Andrea and Max regarding tax issues and valuation question (1.4) | 1.4 | 595.00 |
| 08/03/10 | Leet | Research and analysis and draft tax discussion affecting creditors | 7.1 | 3,017.50 |
| 08/04/10 | Leet | Research and analysis of tax issues (1.4) Review and revise Disclosure Statement Tax paragraphs and email to Max and Andrea (2.3) | 3.7 | 1,572.50 |
| 08/05/10 | Gorton | Confer with attorney Leet re disclosure statement, standard for approval and level of tax disclosure required. | 0.3 | 112.50 |
| 08/05/10 | Leet | Analysis and response (1.4); telephone conference with Andrea regarding trustee issues (.5) Revise and add to tax discussion (1.7); telephone conference with Max and Andrea (.7), revise document and email to Max and Andrea (.3) | 4.6 | 1,955.00 |
| 08/06/10 | Leet | Review revised Trust Agreement and email comment to attorney Litvak (1.7), respond to emails from Andrea and attorney Litvak (.4) | 2.1 | 892.50 |
| 08/10/10 | Leet | Telephone conference with Max and Doug Provincall regarding tax issues | 0.5 | 212.50 |
| 08/12/10 | Leet | Telephone conference with Jay Crom regarding tax issues in disclosure statement as to bad debt reporting | 0.3 | 127.50 |

CONFIDENTIAL ATTORNEY-CLIENT PRIVILEGED COMMUNICATION

```
37694     CLEMENT C. & ANN MARIE CARINALLI - OFFIC    Invoice Number  225748
 0001     Tax Advice                                                  09/16/10
                                                                       Page 2


                                                    -----
                              TOTAL HOURS            20.0



TIME SUMMARY:

Name                         Hours       Rate         Fee
--------------------------  ---------  ----------  --------

Mark Gorton                    0.3   at    $375 =    112.50
James L. Leet                 19.7   at    $425 =  8,372.50
                                                              ------------

                              CURRENT FEES                       8,485.00



FOR COSTS ADVANCED AND EXPENSES INCURRED:

   Date                                          Amount
 --------                                      ----------
 09/16/10    Administrative Charge                 339.40
                                                              ------------
                             CURRENT EXPENSES                      339.40



                TOTAL AMOUNT OF THIS INVOICE                     8,824.40

                                                              ------------
                TOTAL BALANCE DUE UPON RECEIPT                   8,824.40
                                                              ============
```