# EXHIBIT B

Entered on Docket
July 07, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: July 07, 2010

_____
ALAN JAROSLOVSKY
U.S. Bankruptcy Judge
_____



| | |
|---|---|
| 1 | John D. Fiero (CA Bar No. 136557)<br>Maxim B. Litvak (CA Bar No. 215852) |
| 2 | PACHULSKI STANG ZIEHL & JONES LLP<br>150 California Street, 15th Floor |
| 3 | San Francisco, California 94111-4500<br>Telephone: 415/263-7000 |
| 4 | Facsimile: 415/263-7010<br>Email: jfiero@pszjlaw.com |
| 5 | mlitvak@pszjlaw.com |

Attorneys for the Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>**CLEMENT C. CARINALLI AND ANN MARIE CARINALLI,**<br><br>Debtors. | Case No.: 09-12986<br><br>Chapter 11<br><br>**ORDER APPROVING EMPLOYMENT OF MCDONOUGH HOLLAND & ALLEN PC AS SPECIAL TAX COUNSEL TO THE COMMITTEE**<br><br>[No Hearing Required] |

The Court has considered the *Application of the Official Committee of Unsecured Creditors for Order Approving Employment of McDonough Holland & Allen PC to the Committee as Special Tax Counsel* (the "Application"), and the Declaration James L. Leet in support thereof. Based upon the record before the Court, it appears McDonough Holland & Allen PC ("McDonough Holland") does not hold or represent any interest adverse to the estate in the matters on which it is to be employed, that McDonough Holland is a disinterested person, that its employment is in the best interest of the estate, and that no hearing on the Application is required. Accordingly, it is hereby:

**ORDERED** that the Application is granted.

**ORDERED** that the Official Committee of Unsecured Creditors is authorized to employ McDonough Holland as its special tax counsel on the terms and conditions set forth more fully in the Application, effective as of June 11, 2010.

Case 09-12986 Doc# 420-2 Filed 07/02/10 Entered 07/02/10 15:43:47 Page 2 of 3
Case 09-12986 Doc# 425 Filed 07/07/10 Entered 07/07/10 16:47:56 Page 2 of 2

1  **ORDERED** that McDonough Holland shall be compensated as an expense of administration
         2  pursuant to sections 507(a) and 503(b) of title 11 of the United States Code and in accordance with
         3  sections 330 and 331 of the Bankruptcy Code, the applicable Bankruptcy Rules, the local rules of
         4  this Court, and such other procedures as may be fixed by further order of this Court.
         5  **ORDERED** that this Court retains jurisdiction with respect to all matters arising from or
         6  related to the implementation of this Order.

         8  APPROVED AS TO FORM AND CONTENT

        10  Dated: July 6, 2010

        12  MEYERS LAW GROUP, P.C.

        14  By    */s/ Merle C. Meyers*
                  Merle C. Meyers
        15        Attorneys for the Debtors Clement C.
                  Carinalli and Ann Marie Carinalli

                                    **END OF ORDER**