# EXHIBIT C

# MHA
**McDonough Holland & Allen PC**
Attorneys at Law

October 21, 2010

Official Committee of Unsecured
Creditors of Clement &
Ann Marie Carinalli
c/o Robert W. Sinai, Co-Chair
6485 Timber Springs Drive
Santa Rosa, CA 95409

      Re:    Clement C. & Ann Marie Carinalli
                <u>Chapter 11 Case No. 09-12986</u>

Dear Mr. Sinai:

      Enclosed please find our firm's first and final fee application in the above-captioned case. The Bankruptcy Court's *Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees* provide that a debtor in possession, a trustee, or an official committee must exercise reasonable business judgment in monitoring the fees and expenses of the estate's professionals. I invite you to discuss with me any objections, concerns or questions that you may have with the firm's fee request. The Office of the United States Trustee will also accept your comments. The court will consider timely-filed objections by any party in interest at the time of hearing, which will take place on November 12, 2010 at 10:30 a.m.

                              Very truly yours,

                              Richard Osen

RO

**Sacramento**
500 Capitol Mall
18th Floor
Sacramento, CA 95814
tel 916.444.3900
toll free 800.403.3900
fax 916.444.8334

**Oakland**
1901 Harrison Street
9th Floor
Oakland, CA 94612
tel 510.273.8780
toll free 800.339.3030
fax 510.839.9104

www.mhalaw.com

1338085v29 00015/0010