McDonough Holland & Allen PC
500 Capitol Mall, 18th Floor
Sacramento, CA 95814
(Tel) 916-444-3900
(Fax) 916-444-8334
Email: dosen@mhalaw.com

Special Tax Counsel for the Official Committee of
Unsecured Creditors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>CLEMENT C. CARINALLI AND<br>ANN MARIE CARINALLI,<br><br>                Debtors. | Case No.: 09-12986<br><br>Chapter 11<br><br>**DECLARATION OF RICHARD OSEN IN SUPPORT OF FIRST AND FINAL APPLICATION OF MCDONOUGH HOLLAND & ALLEN PC AS SPECIAL TAX COUNSEL TO THE COMMITTEE FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JUNE 11, 2010 THROUGH SEPTEMBER 16, 2010**<br><br>Date: November 12, 2010<br>Time: 10:30 a.m.<br>Place: 99 South E. Street<br>        Santa Rosa, CA 95404<br>Judge: Honorable Alan Jaroslovsky |

I, Richard Osen, declare as follows:

1. The following facts are personally known to me, and if called to do so, I could and would competently testify thereto.

2. I am an attorney with McDonough Holland & Allen PC ("McDonough Holland") duly admitted to practice law in the State of California. *First and Final Application of McDonough, Holland & Allen PC as Special Tax Counsel* i *for Allowance and Payment of Compensation and*

1  *Reimbursement of Expenses for the Period June 11, 2010 through September 16, 2010* (the
2  "Application")[1]..
3      3.      I have personally reviewed the information contained in the Application, and believe
4  its contents to be true and correct to the best of my knowledge, information and belief.
5      4.      McDonough Holland has complied with the UST Guidelines, <u>inter alia</u>, by classifying
6  all services performed for which compensation is sought into categories. A true and correct copy of
7  McDonough Holland's monthly invoices are attached to the Application as Exhibit A.
8      5.      The compensation and expenses sought herein were billed at rates no less favorable
9  than those customarily billed by McDonough Holland and generally accepted by McDonough
10 Holland's clients.
11     6.      McDonough Holland has not been paid or promised any compensation from any other
12 source for services rendered in connection with this case.
13     7.      McDonough Holland has not entered into any agreement or understanding with any
14 other entity for the sharing of compensation received or to be received for services rendered and/or
15 to be rendered in connection with this case.
16     8.      McDonough Holland believes that the compensation and expense reimbursement
17 sought herein is in conformity with the *Guidelines for Compensation and Expense Reimbursement of*
18 *Professionals and Trustees for the United States Bankruptcy Court for the Northern District of*
19 *California.*
20     9.      I have personally reviewed the bills in this matter, and the bills represent true and
21 correct charges to the best of my knowledge, information and belief.
22 Executed under penalty of perjury under the laws of the United States of America.
23 Executed this 20th day of October, 2010, at Sacramento, California.

                                                _____
                                                Richard Osen

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

12851-001\DOCS_SF:74447.1
Case: 09-12986    Doc# 750-4    Filed: 10/22/10    Entered: 10/22/10 13:47:56    Page 2 of 2