John D. Fiero (CA Bar No. 136557)
Maxim B. Litvak (CA Bar No. 215852)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
Email: jfiero@pszjlaw.com
       mlitvak@pszjlaw.com

Attorneys for Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SANTA ROSA DIVISION**

| | |
|---|---|
| In re:<br><br>**CLEMENT C. CARINALLI AND ANN MARIE CARINALLI**,<br><br>Debtors. | Case No.: 09-12986 AJ<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON FIRST AND FINAL APPLICATION OF MCDONOUGH HOLLAND & ALLEN PC AS SPECIAL TAX COUNSEL TO THE COMMITTEE FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JUNE 11, 2010 THROUGH SEPTEMBER 16, 2010**<br><br>Date:  November 12, 2010<br>Time:  10:30 a.m.<br>Place: 99 South E Street<br>          Santa Rosa, CA 95404<br>Judge: Honorable Alan Jaroslovsky |

**PLEASE TAKE NOTICE** that on **November 12, 2010 at 10:30 a.m**. a hearing will be held before the before the Honorable Alan Jaroslovsky, United States Bankruptcy Judge, at 99 South E. Street, Santa Rosa, California, on the *First and Final Application of McDonough, Holland & Allen PC as Special Tax Counsel* i *for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period June 11, 2010 through September 16, 2010* (the "Application").

1

The Application seeks allowance and payment of compensation and reimbursement of expenses for services rendered and expenses incurred by McDonough, Holland & Allen PC for the time periods and in the amount set forth below:

| Professional | Fees | Expenses | Total |
|---|---|---|---|
| SPECIAL TAX COUNSEL TO THE COMMITTEE<br>McDonough Holland & Allen PC<br>500 Capitol Mall, 18th Floor<br>Sacramento, CA 95814<br>(Tel) 916-444-3900<br>Attn: Richard Osen<br><br>First and Final Application for Allowance of Compensation and Reimbursement of Expenses for the Period June 11, 2010 through September 16, 2010 | $23,755.50 | $950.22 | $24,705.72 |

**PLEASE TAKE FURTHER NOTICE** that any party with an objection to the Application must file such objection with the Court and serve a copy of the objection on the applicant and the Office of the United States Trustee on or before **November 5, 2010**. Any objection must be accompanied by any declarations, memoranda of law or other evidence that the objecting party wishes to present in support of its position. Failure to timely file and serve an objection shall be deemed consent to the relief requested. The Applications are on file with the Clerk, United States Bankruptcy Court, 99 South E. Street, Santa Rosa, California, and are available for review by any interested party, or may be obtained directly from the applicant.

ANY QUESTIONS ABOUT ANY PARTICULAR APPLICATION MUST BE DIRECTED TO THE APPLICANT AT THE PHONE NUMBER LISTED ABOVE.

Dated: October 22, 2010                   PACHULSKI STANG ZIEHL & JONES LLP

By   */s/ Maxim B. Litvak*
     Maxim B. Litvak
     Attorneys for the Official Committee of
     Unsecured Creditors