John D. Fiero (CA Bar No. 136557)
Maxim B. Litvak (CA Bar No. 215852)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
Email: jfiero@pszjlaw.com
  mlitvak@pszjlaw.com

Attorneys for Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SANTA ROSA DIVISION**

| In re: | Case No.: 09-12986 AJ |
|---|---|
| **CLEMENT C. CARINALLI AND ANN MARIE CARINALLI,** | Chapter 11 |
| Debtors. | **CERTIFICATE OF SERVICE** |

# PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       )
CITY OF SAN FRANCISCO  )

I, Oliver Carpio, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, California 94111-4500.

On October 22, 2010, I caused to be served the

**FIRST AND FINAL APPLICATION OF MCDONOUGH HOLLAND & ALLEN PC AS SPECIAL TAX COUNSEL TO THE COMMITTEE FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JUNE 11, 2010 THROUGH SEPTEMBER 16, 2010;**

**DECLARATION OF RICHARD OSEN IN SUPPORT OF FIRST AND FINAL APPLICATION OF MCDONOUGH HOLLAND & ALLEN PC AS SPECIAL TAX COUNSEL TO THE COMMITTEE FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JUNE 11, 2010 THROUGH SEPTEMBER 16, 2010; and**

**NOTICE OF HEARING ON FIRST AND FINAL APPLICATION OF MCDONOUGH HOLLAND & ALLEN PC AS SPECIAL TAX COUNSEL TO THE COMMITTEE FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JUNE 11, 2010 THROUGH SEPTEMBER 16, 2010**

in this action by placing a true and correct copy of said document(s) in sealed envelopes addressed as follows:

*Please see the attached service list.*

☑ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☑ (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address.

☐ (BY NOTICE OF ELECTRONIC FILING) I caused to be served the above-described document by means of electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, for parties and/or counsel who are registered ECF Users.

☐ (BY FAX) I caused to be transmitted the above-described document by facsimile machine to the fax number(s) as shown. The transmission was reported as complete and without error. (Service by Facsimile Transmission to those parties on the attached List with fax numbers indicated.)

☐ (BY PERSONAL SERVICE) By causing to be delivered by hand to the offices of the addressee(s).

☐ (BY OVERNIGHT DELIVERY) By sending by _____ to the addressee(s) as indicated on the attached list.

I declare that I am employed in the office of a member of the bar of this Court at whose direction was made.

Executed on October 22, 2010, San Francisco, California.

*/s/ Oliver Carpio*
Oliver Carpio

# CARINIALLI SERVICE LIST:
# VIA REGULAR MAIL AND E-MAIL

## VIA MAIL

| | | |
|---|---|---|
| **Debtors**<br>Clement C. Carinalli and<br>Ann Marie Carinalli<br>520 Mendocino Avenue, St. #250<br>Santa Rosa, CA 95401 | **U.S. Trustee**<br>Donna S. Tamanaha<br>Patricia A. Cutler<br>U.S. Department of Justice<br>Office of the United States Trustee<br>235 Pine Street, Suite 700<br>San Francisco, CA 94104 | |
| **OFFICIAL COMMITTEE OF UNSECURED CREDITORS** | | |
| Five Star Bank<br>c/o Eric Woodstrom<br>358 Hartnell Ave., Suite B<br>Redding, CA 96002 | Robert W. Sinai and Rachel Sinai<br>6485 Timber Springs Drive<br>Santa Rosa, CA 95409 | Jon Ledyard<br>P.O. Box 131<br>Sebastopol, CA 95473 |
| Charles V. Cooper and Norma L. Cooper<br>c/o Michael Thomsen<br>7748 Hwy. 128<br>Healdsburg, CA 95448 | Robert M. O'Brien<br>c/o Margo O'Brien, Trustee<br>6949 Corte Langosta<br>Carlsbad, CA 92009 | George T. DeLong<br>6064 Torrington Drive<br>Reno, NV 89571 |
| Stephen Opperman<br>c/o Mark Opperman<br>425 Greens Drive<br>Healdsburg, CA 95448 | | |
| **REQUEST FOR SPECIAL NOTICE** | | |
| Lance M. Plaza, Trustee<br>9225 Oak Trail Circle<br>Santa Rosa, CA 95409 | Attorneys for JPMorgan Chase Bank<br>Anne W. Hamann<br>Pite Duncan LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-0933 | Attorneys for JPMorgan Chase Bank, N.A., Successor in Interest to Washington Mutual Bank f/k/a Washington Mutual Bank, FA<br>Melodie A. Whitson<br>Stefanie A. Schiff<br>Pite Duncan LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-0933 |
| **INTERESTED PARTIES/CREDITORS** | | |
| Joseph Wand, M.D.<br>3715 Nielsen Road<br>Santa Rosa, CA 95404 | Frank Rezende<br>610 Middle Rincon Road<br>Santa Rosa, CA 95409 | Summit State Bank<br>Attn: Cheryl Cruz<br>500 Bicentennial Way<br>Santa Rosa, CA 95403 |
| Marilyn Diamond<br>1401 Fountaingrove Pkwy. #31<br>Santa Rosa, CA 95403 | Redwood Equities Investments, LLC<br>P.O. Box 14955<br>Santa Rosa, CA 95402 | Michael R. Newman<br>3732 Sleepy Hollow Drive<br>Santa Rosa, CA 95404 |
| Cary Bertolone<br>1206 4th Street<br>Santa Rosa, CA 95404 | Corrick and Norma Brown Trust<br>2988 Sunridge Drive<br>Santa Rosa, CA 95404 | James R. Palleschi<br>1005 McDonald Place<br>Santa Rosa, CA 95404 |
| Sterling Savings Bank, as successor-in-interest by merger to Sonoma National Bank<br>Attn: Gordon Holman<br>805 S.W. Broadway #22<br>Portland, OR 97205 | Robert W. Oliver<br>8901 Barnett Valley Road<br>Sebastopol, CA 95472 | WestAmerica Bank<br>Attn: Peter Hofmann<br>P.O. Box 1220<br>Suisun City, CA 94585-1220 |
| MaryAnne Veldkamp<br>c/o Coldwell Banker Previews Internation<br>600 Bicentennial Wy, #100 | Alan Johnson<br>2010 Long Leaf Ct.<br>Santa Rosa, CA 95403 | Joseph Mattos<br>593 Laurel Place<br>Rio Vista, CA 94571 |

| | | |
|---|---|---|
| Santa Rosa, CA 95403 | | |
| North Valley Bank<br>Attn: Michael Cushman<br>300 Park Marina Circle<br>Redding, CA 96001 | Insco Dico<br>2999 Oak Road, Suite 420<br>Walnut Creek, CA 94597 | North Coast Bank<br>Attn: Bill O'Connell<br>Holme Roberts & Owen LLP<br>560 Mission Street, 25th Floor<br>San Francisco, CA 94105 |
| Wells Fargo Bank<br>Attn: Stuart McClain<br>Credit Management Group<br>1836 Sierra Gardens<br>Roseville, CA 95661 | Luther Burbank Savings<br>804 Fourth Street<br>Santa Rosa, CA 95104 | Country Wide (Bank of America)<br>P.O. Box 10219<br>Van Nuys, CA 91410 |
| Jason Allen<br>Bancap Self Storage Group, Inc.<br>30021 Tomas St, #245<br>Rancho Santa Margarita, CA 92688 | Clayton Clement<br>Clement, Fitzpatrick & Kenworthy, Inc.<br>3333 Mendocino Ave, #200<br>Santa Rosa, CA 95403 | Charles R. Durrett<br>McCamant and Durrett Architects<br>241-B Commercial St.<br>Nevada City, CA 95959 |
| Bobby Dutcher<br>Shore Line Realty, Inc.<br>2166 S Main St<br>Lakeport, CA 95453 | Vicki Greenbaum<br>7959 St Helena Rd<br>Santa Rosa, CA 95404 | Charles T. Jensen<br>Attorney at Law<br>1622 Fourth St<br>Santa Rosa, CA 95404 |
| Gregory A. Johnson<br>4045 Montecito Ave.<br>Santa Rosa, CA 95404 | Kibel Green Inc.<br>2001 Wilshire Blvd, #420<br>Santa Monica, CA 90403 | Marvin Pederson, Attorney at Law<br>1160 N Dutton Ave.<br>Santa Rosa, CA 95404 |
| Paul Schwartz<br>c/o NAI BT Commercial<br>200 Fourth St, #200<br>Santa Rosa, CA 95401 | Linda Thompson<br>Sotheby's International Realty<br>25 E Napa<br>Sonoma, CA 95476 | |

**VIA EMAIL:**

Valorie Bader on behalf of Jolene Heckerman, Keegin and Coppin Company, Inc., Randy Destruel, Robert L. Scheibel
valorie.bader@mcmillanshureen.com

Kathy Quon Bryant on behalf of Plaintiff Ann Carinalli
kquonbryant@mlg-pc.com

W. Michael Celestre on behalf of Creditor Jeffrey Hammond
michaelcelestre@aol.com

John H. Corcoran on behalf of Creditor Parkway Properties 14, LLC
jcorcoran@ptlegal.com

Shauna N. Correia on behalf of Creditor Paul Ciraulo
shauna.correia@bullivant.com; Margie.francis@bullivant.com

Christopher G. Costin on behalf of Creditor Beyers Costin
ccostin@beyerscostin.com; sbuckner@beyerscostin.com

Jay D. Crom
jcrom@bachcrom.com

Jonathan J. Damen on behalf of Creditor GMAC Mortgage, LLC as servicer for Chase Manhattan Mortgage Corporation
bknotice@rcolegal.com

Ellen A. Friedman on behalf of Creditor Luther Burbank Savings
efriedman@friedumspring.com; mmyles@friedumspring.com

John Friedemann on behalf of Creditor Luther Burbank Savings
jfriedemann@frigolaw.com; adydell@frigolaw.com

R. Dale Ginter on behalf of Creditor Summit State Bank
dginter@downeybrand.com; sheaton@downeybrand.com

Thomas P. Griffin on behalf of Creditor Five Star Bank
tgriffin@hsmlaw.com; jsalas@hsmlaw.com

Anne W. Hamann on behalf of Creditor JPMorgan Chase Bank, National Association
ecfcanb@piteduncan.com

Paul M. Jamond on behalf of Creditor Mack Staley
jamond@pacbell.net

Robert B. Kaplan on behalf of Creditor Wells Fargo Bank, N.A.
rbk@jmbm.com

Thomas P. Kelly on behalf of Creditor J. Gaffey
Kellylaw@pacbell.net

Aileen J. Kim on behalf of Creditor Summit State Bank
ppineda@downeybrand.com; courtfilings@downeybrand.com

Stephen J. Kottmeier on behalf of Creditor Heritage Bank of Commerce
skottmeier@hopkinscarley.com; jfarlow@hopkinscarley.com

Chris D. Kuhner on behalf of Creditor Balletto Vineyards, Inc.
c.kuhner@kornfieldlaw.com

Brian Y. Lee on behalf of Creditor American Ag Credit
bylee@winston.com

Adam A. Lewis on behalf of Creditor Sterling Savings Bank
alewis@mofo.com

Patricia H. Lyon on behalf of Creditor Napa Community Bank
phlyon@aol.com

K Keith McAllister on behalf of Creditor Committee Charles Cooper
kkmECFactivity@gmail.com

David M. Meegan on behalf of Creditor August and Anne Sanchietti Trust B
dmeegan@mhksacto.com

Michael P. Merrill on behalf of Creditor North Coast Bank
mpmerr@majlaw.com

Merle C. Meyers on behalf of Debtor Clement Carinalli
mmeyers@mlg-pc.com

Shawn A. Toliver on behalf of Creditor Shannon Foulk
toliver@lbbslaw.com; nachtsheim@lbbslaw.com

Vincent J. Novak on behalf of Creditor Sterling Savings Bank
vnovak@mofo.com; jkline@mofo.com

Ray H. Olmstead on behalf of Interested Party KOR Commercial Real Estate
rholmstead@rholmstead.com

Eric S. Pezold on behalf of Creditor General Electric Capital Franchise Finance Corporation
epezold@swlaw.com

Dean Prober on behalf of Creditor BAC Home Loans Servicing, LP
cmartin@pprlaw.net

Douglas B. Provencher on behalf of Petitioning Creditor Christine Healey
dbp@provlaw.com

Peter Roldan on behalf of Creditor Paul Ciraulo
peter.roldan@bullivant.com; sanfranciscodocketing@bullivant.com

Joshua Scheer on behalf of Creditor Norene A. Losee of the Norene A. Losee Revocable Living Trust Dated January 2, 2002
jscheer@scheerlawgroup.com

Rachel K. Stevenson on behalf of Creditor Exchange Bank
rnunes@abbeylaw.com

D. Clarke Sugar on behalf of Debtor Clement Carinalli
CSugar@mlg-pc.com

James A. Tiemstra on behalf of Creditor American River Bank
jat@tiemlaw.com; sml@tiemlaw.com

Darlene C. Vigil on behalf of Creditor Wells Fargo Bank, N.A.
ndcaecf@bdftw.com

Craig K. Welch on behalf of Creditor Victoria Acciari
welch@welcholrich.com

Melodie A. Whitson on behalf of Creditor GMAC Mortgage, LLC
ecfcanb@piteduncan.com

Thomas A. Willoughby on behalf of Creditor North Valley Bank
TWilloughby@ffwplaw.com; lnmccleerey@ffwplaw.com; kwidder@ffwplaw.com

David M. Wiseblood on behalf of Creditor Westamerica Bank
dwiseblood@seyfarth.com

John H. Wunsch on behalf of Creditor Wells Fargo Bank, National Association
wunschjh@wellsfargo.com; Sandra.G.McMasters@wellsfargo.com

S. Christopher Yoo on behalf of Defendant Chase Home Financing, Inc.
cyoo@adornoca.com

Julia P. Gibbs on behalf of Kerri Olhiser, Kerri Investment Company, Kelly Suacci, Kelly Investment Company, Keith C. Carinalli and Keith Investment Company
judy@gibbslegal.com

Office of the U.S. Trustee Patricia Cutler
Patricia.Cutler@usdoj.gov