B6A (Official Form 6A) (12/07)

In re  Clement C. and Ann Marie Carinalli  ,    Case No.  09-12986
           Debtor                                                               (If known)

# THIRD AMENDED  SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| See attached | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | Total ➤ | 180,274,092.00 | |
| | | | (Report also on Summary of Schedules.) | |

Case: 09-12986    Doc# 831    Filed: 11/30/10    Entered: 11/30/10 18:09:59    Page 1 of 15

| Debtor: | Clement C. Carinalli | | | | | | Exhibit A |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Ann Marie Carinalli | | | | | | |
| Case No: | 09-12986 | | | | | | |
| Chapter: | 11 | | | | | | |
| Schedule: | Schedule A- Real Property | | | | | | |

| Control | Description and Location of Property | Description | Creditor Name (Note - Further details in creditor schedules) Information only. | Nature of Debtor's Interest in Property | H: Husband W: Wife J: Joint C: Community | Current Value of Debtors' Interest in Property, w/o deducting any Secured Claim or Exemption | Amount of Secured Claim | Excess (Deficiency) [for information purposes only] |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1.0 | 1207 COLLEGE AVE; SANTA ROSA, CA 95404 | OFFICE BLDG. | STERLING BANK | 100% owned | C | 400,000 | 179,000 | 221,000 |
| 2.0 | 3990 WALLACE RD; SANTA ROSA, CA 95404 | PRIMARY RESIDENT | WAMU/PRIVATE | 100% owned | C | 2,446,632 | 2,446,632 | 0 |
| 3.0 | 4000 WALLACE RD; SANTA ROSA, CA 95404 | PRIMARY RESIDENT | PRIVATE | 100% owned; but held with Security Title Co. | C | 456,000 | 456,000 | 0 |
| 4.0 | 7151 BODEGA AVE., SEBASTOPOL; CA 95472 | COMM. LAND - F.I.B. | STERLING BANK | 100% owned | C | 1,500,000 | 682,000 | 818,000 |
| 5.0 | 600 COLLEGE AVE; SANTA ROSA, CA 95404 | RESID. DUPLEX | COUNTRYWIDE | 100% owned | C | 400,000 | 416,000 | (16,000) |
| 6.0 | BROOKS AVE (134-132-057); SANTA ROSA, CA 95407 | 3.5 AC.COM.LAND | PRIVATE | 100% owned | C | 350,000 | 30,000 | 320,000 |
| 7.0 | 7170 BURNETT ST; SEBASTOPOL, CA 95472 | RESID. RENTAL | WAMU | 100% owned | C | 450,000 | 230,000 | 220,000 |
| 8.0 | 2125/2131 W. COLLEGE; SANTA ROSA, CA 95401 | RESIDENTIAL LAND | PRIVATE | 100% owned | C | 500,000 | 77,500 | 422,500 |
| 9.0 | 542-544 COLLEGE AVE.; SANTA ROSA, CA 95404 | OFFICE BLDG. | STERLING BANK | 100% owned | C | 450,000 | 229,000 | 221,000 |
| 10.0 | 820 FIFTH ST; SANTA ROSA, CA 95404 | PARKING LOT | PRIVATE | 100% owned | C | 350,000 | 77,500 | 272,500 |
| 11.0 | 403 CHINN STREET; SANTA ROSA, CA 95404 | OFFICE BLDG. | STERLING BANK | 100% owned | C | 400,000 | 202,000 | 198,000 |
| 12.0 | 818 FIFTH STREET; SANTA ROSA, CA 95404 | PARKING LOT | PRIVATE | 100% owned | C | 375,000 | 77,500 | 297,500 |
| 13.0 | BROOKS AVE (134-132-036); SANTA ROSA, CA 95407 | 4 AC.COM.LAND | PRIVATE | 100% owned | C | 400,000 | 30,000 | 370,000 |
| 14.0 | 1452 MENDOCINO; SANTA ROSA, CA 95401 | COMMERCIAL | | 100% owned | C | 1,400,000 | 0 | 1,400,000 |
| 15.0 | 2728 SONOMA AVE; SANTA ROSA, CA 95405 | RESID RENTAL | WAMU | 100% owned | C | 400,000 | 220,000 | 180,000 |
| 16.0 | 2425 MENDOCINO; SANTA ROSA, CA 95403 | COMMERCIAL | SUMMIT SAVINGS | 100% owned | C | 2,500,000 | 1,535,000 | 965,000 |
| 17.0 | 850 FOURTH ST; SANTA ROSA, CA 95404 | COMMERCIAL | NORTH COAST BK | 100% owned | C | 1,200,000 | 710,000 | 490,000 |
| 18.0 | 1701 SR AVE; SANTA ROSA, CA 95404 | COMMERCIAL | EXCHANGE BANK | 100% owned | C | 1,700,000 | 1,268,000 | 432,000 |
| 19.0 | 521 "A" STREET; SANTA ROSA, CA 95401 | RESID. RENTAL | WAMU | 100% owned | C | 300,000 | 191,000 | 109,000 |
| 20.0 | 537 "A" STREET; SANTA ROSA, CA 95401 | RESID. RENTAL | WAMU | 100% owned | C | 300,000 | 181,000 | 119,000 |
| 21.0 | 411 "E" STREET747 FIFTH ST.; SANTA ROSA, CA 95404 | OFFICE BLDG. | WESTAMERICA | 100% owned | C | 2,000,000 | 912,000 | 1,088,000 |
| 22.0 | 510 "A" STREET; SANTA ROSA, CA 95401 | RESID. RENTAL | WAMU | 100% owned | C | 300,000 | 140,000 | 160,000 |
| 23.0 | 438 ORCHARD ST; SANTA ROSA, CA 95404 | RESID. RENTAL | WAMU | 100% owned | C | 250,000 | 114,000 | 136,000 |
| 24.0 | 525 ROSELAND AVE; SANTA ROSA, CA 95407 | RESID. RENTAL | WAMU | 100% owned | C | 400,000 | 202,000 | 198,000 |
| 25.0 | 1899 MENDOCINO; SANTA ROSA, CA 95401 | COMMERCIAL | EXCHANGE BANK | 100% owned | C | 3,000,000 | 2,385,000 | 615,000 |

Debtor: Clement C. Carinalli  
Ann Marie Carinalli  
Case No: 09-12986  
Chapter: 11  
Schedule: Schedule A- Real Property

Exhibit A

| Control | Description and Location of Property | Description | Creditor Name (Note - Further details in creditor schedules) Information only. | Nature of Debtor's Interest in Property | H: Husband W: Wife J: Joint C: Community | Current Value of Debtors' Interest in Property, w/o deducting any Secured Claim or Exemption | Amount of Secured Claim | Excess (Deficiency) [for information purposes only] |
|---|---|---|---|---|---|---|---|---|
| 26.0 | 851 THIRD ST; SANTA ROSA, CA 95404 | COMM. LOT | | 100% owned; but held with Security Title Co. | C | 250,000 | 0 | 250,000 |
| 26.5 | 859 THIRD ST; SANTA ROSA, CA 95404 | COMM. LOT | | 100% owned | C | 250,000 | 0 | 250,000 |
| 27.0 | 213 WILLOW ST; SANTA ROSA, CA 95401 | RESID. RENTAL | WAMU | 100% owned | C | 350,000 | 193,000 | 157,000 |
| 28.0 | ARATA LANE; WINDSOR, CA 95492 | 11.5 ACRES | PRIVATE | 100% owned; but held with Security Title Co. | C | 2,000,000 | 1,250,000 | 750,000 |
| 29.0 | 506 MORGAN ST; SANTA ROSA, CA 95401 | RESID. RENTAL | WAMU | 100% owned | C | 225,000 | 184,000 | 41,000 |
| 30.0 | 3524 MENDOCINO; SANTA ROSA, CA 95403 | RESIDENTIAL | PRIVATE/ PRIVATE | 100% owned | C | 1,172,500 | 1,172,500 | 0 |
| 31.0 | 7800 HEMBREE LN; WINDSOR, CA 95492 | RESIDENTIAL | WAMU | 100% owned | C | 350,000 | 193,000 | 157,000 |
| 32.0 | 416 MACKLYN AVE; SANTA ROSA, CA 95405 | RESIDENTIAL | WAMU | 100% owned | C | 350,000 | 231,000 | 119,000 |
| 33.0 | 104 SHILOH ROAD; WINDSOR, CA 95492 | 11 AC. RESID. | PRIVATE / PRIVATE | 100% owned | C | 2,500,000 | 1,908,332 | 591,668 |
| 34.0 | 2074/2076 ARMORY DR; SANTA ROSA, CA 95401 | COMM. BLDG. | NORTH COAST BK | 100% owned | C | 1,000,000 | 747,000 | 253,000 |
| 35.0 | 1120 15TH ST; SANTA ROSA, CA 95404 | WAREHOUSE | PRIVATE | 100% owned | C | 300,000 | 150,000 | 150,000 |
| 36.0 | 936 KINGWOOD ST ; SANTA ROSA, CA 95401 | RESID. RENTAL | WAMU | 100% owned | C | 180,000 | 178,000 | 2,000 |
| 37.0 | 972 KINGWOOD ST; SANTA ROSA, CA 95401 | RESID. RENTAL | WAMU | 100% owned | C | 190,000 | 192,000 | (2,000) |
| 38.0 | 840 THIRD ST; SANTA ROSA, CA 95404 | OFFICE BLDG. | STERLING BANK | 100% owned | C | 500,000 | 229,000 | 271,000 |
| 39.0 | 969 KINGWOOD ST; SANTA ROSA, CA 95401 | RESID. RENTAL | WAMU | 100% owned | C | 185,000 | 185,000 | 0 |
| 40.0 | 904 KINGWOOD ST; SANTA ROSA, CA 95401 | RESIDENCE | WAMU | 100% owned | C | 185,000 | 184,000 | 1,000 |
| 41.0 | 905 KINGWOOD ST; SANTA ROSA, CA 95401 | RESIDENCE | WAMU | 100% owned | C | 185,000 | 185,000 | 0 |
| 42.0 | 906 KINGWOOD ST; SANTA ROSA, CA 95401 | RESIDENCE | WAMU | 100% owned | C | 190,000 | 193,000 | (3,000) |
| 43.0 | 913 KINGWOOD ST; SANTA ROSA, CA 95401 | RESIDENCE | WAMU | 100% owned | C | 185,000 | 185,000 | 0 |
| 44.0 | 914 KINGWOOD ST; SANTA ROSA, CA 95401 | RESIDENCE | WAMU | 100% owned | C | 185,000 | 185,000 | 0 |
| 45.0 | 918 KINGWOOD ST; SANTA ROSA, CA 95401 | RESIDENCE | WAMU | 100% owned | C | 185,000 | 188,000 | (3,000) |
| 46.0 | 919 KINGWOOD ST; SANTA ROSA, CA 95401 | RESIDENCE | WAMU | 100% owned | C | 160,000 | 160,000 | 0 |
| 47.0 | 920 KINGWOOD ST; SANTA ROSA, CA 95401 | RESIDENCE | WAMU | 100% owned | C | 185,000 | 184,000 | 1,000 |
| 48.0 | 929 KINGWOOD ST; SANTA ROSA, CA 95401 | RESIDENCE | WAMU | 100% owned | C | 185,000 | 184,000 | 1,000 |
| 49.0 | 961 KINGWOOD ST; SANTA ROSA, CA 95401 | RESIDENCE | WAMU | 100% owned | C | 175,000 | 174,000 | 1,000 |
| 50.0 | 4235 MILES AVE; SANTA ROSA, CA 95407 | RES-2.7 ACRES | COUNTRYWIDE | 100% owned | C | 400,000 | 331,000 | 69,000 |
| 51.0 | 836 FIFTH STREET; SANTA ROSA, CA 95404 | COMM LOT | | 100% owned | C | 250,000 | 0 | 250,000 |

Debtor: Clement C. Carinalli  Exhibit A
Ann Marie Carinalli
Case No: 09-12986
Chapter: 11
Schedule: Schedule A- Real Property

| Control | Description and Location of Property | Description | Creditor Name (Note - Further details in creditor schedules) Information only. | Nature of Debtor's Interest in Property | H: Husband W: Wife J: Joint C: Community | Current Value of Debtors' Interest in Property, w/o deducting any Secured Claim or Exemption | Amount of Secured Claim | Excess (Deficiency) [for information purposes only] |
|---|---|---|---|---|---|---|---|---|
| 52.0 | 838 FIFTH STREET; SANTA ROSA, CA 95404 | RES-TRIPLEX | WAMU | 100% owned | C | 750,000 | 369,000 | 381,000 |
| 53.0 | 840 FIFTH STREET; SANTA ROSA, CA 95404 | RES-TRIPLEX | WAMU | 100% owned | C | 650,000 | 312,000 | 338,000 |
| 54.0 | 950 KINGWOOD ST; SANTA ROSA, CA 95401 | RESIDENCE | WAMU | 100% owned | C | 180,000 | 178,000 | 2,000 |
| 55.0 | 2804 BETH -LOT #6; SANTA ROSA, CA 95403 | RESIDENCE | WAMU | 100% owned | C | 375,000 | 248,000 | 127,000 |
| 56.0 | 3548 BROOKS AVE; SANTA ROSA, CA 95407 | 10 ACRES | PRIVATE | 100% owned | C | 1,000,000 | 50,000 | 950,000 |
| 57.0 | 948 KINGWOOD ST; SANTA ROSA, CA 95401 | RESIDENCE | WAMU | 100% owned | C | 185,000 | 184,000 | 1,000 |
| 58.0 | 935 KINGWOOD ST; SANTA ROSA, CA 95401 | RESIDENCE | WAMU | 100% owned | C | 190,000 | 192,000 | (2,000) |
| 59.0 | 507 E ST; SANTA ROSA, CA 95404 | OFFICE | PRIVATE | 100% owned | C | 250,000 | 75,000 | 175,000 |
| 60.0 | 3470 SANTA ROSA AVE; SANTA ROSA, CA 95407 | 3.5 AC. COMM | PRIVATE | 100% owned | C | 1,750,000 | 950,000 | 800,000 |
| 61.0 | 180 SHILOH RD; WINDSOR, CA 95492 | RESIDENCE | WAMU / PRIVATE | 100% owned | C | 400,000 | 252,000 | 148,000 |
| 62.0 | 925 KINGWOOD ST; SANTA ROSA, CA 95401 | RESIDENCE | WAMU | 100% owned | C | 190,000 | 190,000 | 0 |
| 63.0 | 1064 SR AVE; SANTA ROSA, CA 95404 | COMMERCIAL | WESTAMERICA | 100% owned | C | 1,500,000 | 852,000 | 648,000 |
| 64.0 | 1550 HEARN AVE; SANTA ROSA, CA 95407 | LAND 7AC | PRIVATE | 100% owned | C | 1,000,000 | 500,000 | 500,000 |
| 65.0 | 2169 DENNIS LN; SANTA ROSA, CA 95403 | RESID LAND | | 100% owned | C | 200,000 | 0 | 200,000 |
| 66.0 | 2177 DENNIS LN; SANTA ROSA, CA 95403 | RESIDENTIAL | | 100% owned; but held with Security Title Co. | C | 100,000 | 0 | 100,000 |
| 67.0 | 2185 DENNIS LN; SANTA ROSA, CA 95403 | RESIDENTIAL | | 100% owned | C | 100,000 | 0 | 100,000 |
| 68.0 | 408 CALISTOGA RD; SANTA ROSA, CA 95409 | RESIDENCE | WAMU | 100% owned | C | 400,000 | 251,000 | 149,000 |
| 69.0 | 2727 DUTTON MEADOW; SANTA ROSA, CA 95407 | RESID-6AC | NORTH VALLEY BK / PRIVATE | 100% owned | C | 3,600,000 | 3,096,500 | 503,500 |
| 71.0 | 849 FIFTH ST; SANTA ROSA, CA 95404 | OFFICE BLDG | STERLING BANK | 100% owned | C | 500,000 | 179,000 | 321,000 |
| 72.0 | 3131 PRIMROSE AVE; SANTA ROSA, CA 95407 | RESIDENCES | PRIVATE | 100% owned | C | 900,000 | 660,000 | 240,000 |
| 73.0 | 615 MAPLE ST; SANTA ROSA, CA 95404 | RESIDENCE | WAMU | 100% owned | C | 150,000 | 148,000 | 2,000 |
| 74.0 | 858 FOURTH ST; SANTA ROSA, CA 95404 | COMMERCIAL | WESTAMERICA | 100% owned; but in Kelly Suacci's name. Debt in Clem's name. | C | 700,000 | 377,327 | 322,673 |
| 75.0 | 4088 STONY POINT RD; SANTA ROSA, CA 95407 | VINEYARD | AMER AG CREDIT | 100% owned | C | 1,600,000 | 1,050,000 | 550,000 |
| 76.0 | 925 YUBA DR; SANTA ROSA, CA 95407 | RESIDENCES | WAMU | 100% owned | C | 450,000 | 323,000 | 127,000 |
| 77.0 | STONY POINT RD (046-031-013); SANTA ROSA, CA 95401 | VINEYARD | AMER AG CREDIT | 100% owned | C | 1,150,000 | 770,000 | 380,000 |

| Debtor: | Clement C. Carinalli | | | | | | Exhibit A |
|---|---|---|---|---|---|---|---|
| | Ann Marie Carinalli | | | | | | |
| Case No: | 09-12986 | | | | | | |
| Chapter: | 11 | | | | | | |
| Schedule: | Schedule A- Real Property | | | | | | |

| Control | Description and Location of Property | Description | Creditor Name (Note - Further details in creditor schedules) Information only. | Nature of Debtor's Interest in Property | H: Husband W: Wife J: Joint C: Community | Current Value of Debtors' Interest in Property, w/o deducting any Secured Claim or Exemption | Amount of Secured Claim | Excess (Deficiency) [for information purposes only] |
|---|---|---|---|---|---|---|---|---|
| 78.0 | 2136 FRANKLIN AVE; SANTA ROSA, CA 95404 | RESIDENCE | WAMU | 100% owned | C | 250,000 | 172,000 | 78,000 |
| 79.0 | 829 DAVIS ST; SANTA ROSA, CA 95401 | RESIDENCE | WAMU | 100% owned | C | 150,000 | 146,000 | 4,000 |
| 80.0 | 947 YUBA DR; SANTA ROSA, CA 95407 | RESIDENCES | COUNTRYWIDE | 100% owned | C | 550,000 | 846,000 | (296,000) |
| 81.0 | 836 RIPLEY ST; SANTA ROSA, CA 95401 | RESIDENCES | PRIVATE | 100% owned | C | 1,200,000 | 590,000 | 610,000 |
| 82.0 | 199 CALISTOGA RD; SANTA ROSA, CA 95409 | 6 LOT RES | FIVE STAR BANK | 100% owned | C | 500,000 | 313,000 | 187,000 |
| 83.0 | 3917/3227 STONY POINT RD; SANTA ROSA, CA 95407 | RESID & 20AC | WAMU | 100% owned | C | 800,000 | 275,000 | 525,000 |
| 84.0 | 8590 ALDEN LN; WINDSOR, CA 95492 | RESIDENCE | COUNTRYWIDE | 100% owned | C | 300,000 | 366,000 | (66,000) |
| 85.0 | 8602 ALDEN LN; WINDSOR, CA 95492 | RESIDENCE | COUNTRYWIDE | 100% owned | C | 300,000 | 366,000 | (66,000) |
| 86.0 | 2627 GUERNEVILLE RD; SANTA ROSA, CA 95401 | RESID & LOT | | 100% owned | C | 100,000 | 0 | 100,000 |
| 87.0 | 7 - 10TH ST; SANTA ROSA, CA 95401 | RESIDENTIAL | WAMU | 100% owned | C | 150,000 | 145,000 | 5,000 |
| 88.0 | 707 BELLEVUE AVE; SANTA ROSA, CA 95407 | 5 AC RESID | NAPA COMM BANK | 100% owned | C | 1,000,000 | 1,000,000 | 0 |
| 89.0 | 3858 SANTA ROSA AVE; SANTA ROSA, CA 95407 | RESID & 16 AC | | 100% owned | C | 1,000,000 | 0 | 1,000,000 |
| 90.0 | 801 BENTON ST; SANTA ROSA, CA 95404 | COMMERCIAL | STERLING BANK | 100% owned | C | 600,000 | 229,000 | 371,000 |
| 91.0 | CLOVERDALE; CLOVERDALE, CA 95425 | COMM-45AC; RESIDENTIAL | PRIVATE | 100% owned | C | 1,500,000 | 700,000 | 800,000 |
| 92.0 | 1002 ORCHARD ST; SANTA ROSA, CA 95404 | RESIDENTIAL | COUNTRYWIDE | 100% owned | C | 375,000 | 350,000 | 25,000 |
| 93.0 | 1375 WEST AVE; SANTA ROSA, CA 95407 | RESIDENTIAL | FIVE STAR BANK | 100% owned | C | 400,000 | 264,000 | 136,000 |
| 94.0 | 2863 WEST STEELE LN; SANTA ROSA, CA 95403 | RESIDENTIAL | FIVE STAR BANK | 100% owned | C | 300,000 | 246,000 | 54,000 |
| 95.0 | 2960 STONY POINT RD; SANTA ROSA, CA 95407 | 7 AC- RESIDENT | NAPA COMM BANK | 100% owned | C | 2,000,000 | 2,102,500 | (102,500) |
| 96.0 | 2729 STONY POINT RD; SANTA ROSA, CA 95407 | 5 AC- RES LAND | NORTH VALLEY BK | 100% owned | C | 3,300,000 | 2,924,250 | 375,750 |
| 97.0 | 409 COLLEGE AVE; SANTA ROSA, CA 95401 | DUPLEX | COUNTRYWIDE | 100% owned | C | 350,000 | 358,000 | (8,000) |
| 98.0 | 2036 LINWOOD AVE; SANTA ROSA, CA 95404 | RESIDENTIAL | WAMU | 100% owned | C | 350,000 | 283,000 | 67,000 |
| 99.0 | 416 KING ST; SANTA ROSA, CA 95404 | RESIDENTIAL | WAMU | 100% owned | C | 150,000 | 146,000 | 4,000 |
| 100.0 | 420 BROOKWOOD; SANTA ROSA, CA 95404 | RESIDENTIAL | WAMU | 100% owned | C | 250,000 | 175,000 | 75,000 |
| 101.0 | WEST ROBLES; SANTA ROSA, CA 95407 | COMMERCIAL | | 100% owned | C | 1,000,000 | 0 | 1,000,000 |
| 102.0 | 915 YUBA DR; SANTA ROSA, CA 95407 | RESIDENTIAL | WAMU | 100% owned | C | 450,000 | 326,000 | 124,000 |
| 103.0 | 170 SHILOH RD; WINDSOR, CA 95492 | RESIDENTIAL | WAMU / PRIVATE | 100% owned | C | 400,000 | 258,000 | 142,000 |
| 104.0 | 895 YUBA DR; SANTA ROSA, CA 95407 | RESIDENTIAL | WAMU | 100% owned | C | 350,000 | 258,000 | 92,000 |

Debtor: Clement C. Carinalli  
Ann Marie Carinalli  
Case No: 09-12986  
Chapter: 11  
Schedule: Schedule A- Real Property

Exhibit A

| Control | Description and Location of Property | Description | Creditor Name (Note - Further details in creditor schedules) Information only. | Nature of Debtor's Interest in Property | H: Husband W: Wife J: Joint C: Community | Current Value of Debtors' Interest in Property, w/o deducting any Secured Claim or Exemption | Amount of Secured Claim | Excess (Deficiency) [for information purposes only] |
|---|---|---|---|---|---|---|---|---|
| 105.0 | 2965 DUTTON MEADOW; SANTA ROSA, CA 95407 | RESIDENTIAL+1 AC | | 100% owned | C | 800,000 | 0 | 800,000 |
| 106.0 | 909 SARACEN; SANTA ROSA, CA 95401 | WAREHOUSE | PRIVATE | 100% owned | C | 200,000 | 50,245 | 149,755 |
| 107.0 | 420 KING ST; SANTA ROSA, CA 95404 | RESIDENTIAL | LUTHER BURBANK | 100% owned | C | 250,000 | 319,000 | (69,000) |
| 108.0 | 518 RILEY ST; SANTA ROSA, CA 95404 | 5-PLEX | LUTHER BURBANK | 100% owned | C | 550,000 | 468,000 | 82,000 |
| 109.0 | 3310 SANTA ROSA AVE; SANTA ROSA, CA 95407 | RESIDENTIAL | EXCHANGE BANK | 100% owned | C | 1,000,000 | 500,000 | 500,000 |
| 111.0 | 9515 GRATON RD; GRATON, CA 95444 | RESIDENTIAL | COUNTRYWIDE | 100% owned | C | 800,000 | 1,000,000 | (200,000) |
| 112.0 | 812 THIRD ST; SANTA ROSA, CA 95404 | RESIDENTIAL | LUTHER BURBANK | 100% owned; via 3rd Street S Corp | C | 325,000 | 284,000 | 41,000 |
| 113.0 | 816/818 THIRD ST; SANTA ROSA, CA 95404 | RESIDENTIAL | LUTHER BURBANK | 100% owned; via 3rd Street S Corp | C | 325,000 | 298,000 | 27,000 |
| 114.0 | 820 THIRD ST; SANTA ROSA, CA 95404 | PARKING LOT | | 100% owned; via 3rd Street S Corp | C | 250,000 | 0 | 250,000 |
| 115.0 | 826 THIRD ST; SANTA ROSA, CA 95404 | PARKING LOT | | 100% owned; via 3rd Street S Corp | C | 300,000 | 0 | 300,000 |
| 116.0 | 830 THIRD ST; SANTA ROSA, CA 95404 | RESIDENTIAL | LUTHER BURBANK | 100% owned; via 3rd Street S Corp | C | 375,000 | 326,000 | 49,000 |
| 117.0 | CERVANTES CT LOTS; COTATI, CA 94931 | 3 RESI LOTS | | 100% owned; via Victoria 2004 LLC | C | 450,000 | 0 | 450,000 |
| 118.0 | 2967 DUTTON MEADOW; SANTA ROSA, CA 95407 | RESIDENTIAL+2 AC | LUTHER BURBANK | 100% owned | C | 600,000 | 521,000 | 79,000 |
| 119.0 | 2957 DUTTON MEADOW; SANTA ROSA, CA 95407 | RESIDENTIAL+4 AC | LUTHER BURBANK | 100% owned | C | 800,000 | 328,000 | 472,000 |
| 120.0 | 2882 STONY POINT RD; SANTA ROSA, CA 95407 | RESIDENTIAL | LUTHER BURBANK | 100% owned | C | 350,000 | 466,000 | (116,000) |
| 121.0 | 4728 SNYDER LN; SANTA ROSA, CA 95404 | RESIDENTIAL | LUTHER BURBANK | 100% owned | C | 500,000 | 476,000 | 24,000 |

Debtor: Clement C. Carinalli  
Ann Marie Carinalli  
Case No: 09-12986  
Chapter: 11  
Schedule: Schedule A- Real Property  

Exhibit A

| Control | Description and Location of Property | Description | Creditor Name (Note - Further details in creditor schedules) Information only. | Nature of Debtor's Interest in Property | H: Husband W: Wife J: Joint C: Community | Current Value of Debtors' Interest in Property, w/o deducting any Secured Claim or Exemption | Amount of Secured Claim | Excess (Deficiency) [for information purposes only] |
|---|---|---|---|---|---|---|---|---|
| 122.0 | 1466 HEARN AVE; SANTA ROSA, CA 95407 | RESIDENTIAL | LUTHER BURBANK | 100% owned | C | 350,000 | 459,000 | (109,000) |
| 123.0 | 847 FIFTH ST; SANTA ROSA, CA 95404 | RES - COMM | LUTHER BURBANK | 100% owned | C | 900,000 | 685,000 | 215,000 |
| 124.0 | EAST TODD RD (134-182-034); SANTA ROSA, CA 95407 | 2.5AC COMM | | 100% owned | C | 300,000 | 0 | 300,000 |
| 125.0 | 2407 FRANCISCO AVE; SANTA ROSA, CA 95403 | RESIDENTIAL | | 100% owned | C | 400,000 | 0 | 400,000 |
| 126.0 | 19297 EAST HIGHWAY 20; CLEARLAKE OAKS, CA 95423 | 898 ACRE RANCH | FIRST AMERICAN | 100% owned | C | 900,000 | 430,000 | 470,000 |
| 127.0 | 1500 HEARN AVE; SANTA ROSA, CA 95407 | RESIDENTIAL | LUTHER BURBANK | 100% owned | C | 500,000 | 505,000 | (5,000) |
| 128.0 | 2621 GUERNEVILLE RD; SANTA ROSA, CA 95407 | RESIDENTIAL | LUTHER BURBANK | 100% owned | C | 450,000 | 604,000 | (154,000) |
| 129.0 | 2633 GUERNEVILLE RD; SANTA ROSA, CA 95401 | RESIDENTIAL | LUTHER BURBANK | 100% owned | C | 400,000 | 445,000 | (45,000) |
| 130.0 | 5000 LLANO RD; SEBASTOPOL, CA 95472 | 270 AC.& RES | AMER AG CREDIT | 100% owned | C | 5,000,000 | 4,150,000 | 850,000 |
| 131.0 | FURIA PLACE SUBDIVISION; SANTA ROSA, CA 95403 | 7 RES LOTS | LUTHER BURBANK | 100% owned | C | 600,000 | 462,000 | 138,000 |
| 132.0 | FOLEY STREET; SANTA ROSA, CA 95401 | COMMERCIAL - TWO LOTS | | 100% owned; via Victoria 2004 LLC | C | 250,000 | 0 | 250,000 |
| 133.0 | 5000 HWY 12; SANTA ROSA, CA 95409 | RESIDENTIAL | LUTHER BURBANK | 100% owned | C | 800,000 | 641,000 | 159,000 |
| 134.0 | 461 TODD RD; SANTA ROSA, CA 95407 | RESIDENTIAL | LUTHER BURBANK | 100% owned | C | 500,000 | 666,000 | (166,000) |
| 135.0 | 1310 AIRPORT BLVD; SANTA ROSA, CA 95403 | RES - COMM | | 100% owned | C | 750,000 | 0 | 750,000 |
| 136.0 | 950 BOYES BLVD; SONOMA, CA 95476 | RESIDENTIAL | LUTHER BURBANK | 100% owned | C | 500,000 | 637,500 | (137,500) |
| 137.0 | 2859 LINWOOD AVE; SANTA ROSA, CA 95404 | RESIDENTIAL | LUTHER BURBANK | 100% owned | C | 550,000 | 644,000 | (94,000) |
| 138.0 | 205 PERKINS ST/WEST SECOND; SONOMA, CA 95476 | 2 RESIDENTIAL LOTS | | Owned 100% through Victoria 2004 LLC (100% debtor) | C | 450,000 | 0 | 450,000 |

| | Debtor: | Clement C. Carinalli | | | | | Exhibit A |
|---|---|---|---|---|---|---|---|

Debtor: Clement C. Carinalli
       Ann Marie Carinalli
Case No: 09-12986
Chapter: 11
Schedule: Schedule A- Real Property

| Control | Description and Location of Property | Description | Creditor Name (Note - Further details in creditor schedules) Information only. | Nature of Debtor's Interest in Property | H: Husband W: Wife J: Joint C: Community | Current Value of Debtors' Interest in Property, w/o deducting any Secured Claim or Exemption | Amount of Secured Claim | Excess (Deficiency) [for information purposes only] |
|---|---|---|---|---|---|---|---|---|
| 139.0 | 315 W NAPA ST; SONOMA, CA 95476 | COMMERCIAL LOTS | | 100% owned | C | 300,000 | 0 | 300,000 |
| 140.0 | 325 W NAPA ST; SONOMA, CA 95476 | COMMERCIAL LOTS | | 100% owned | C | 300,000 | 0 | 300,000 |
| 141.0 | 2488 FULTON RD; SANTA ROSA, CA 95403 | RESIDENTIAL | LUTHER BURBANK | 100% owned | C | 1,200,000 | 790,000 | 410,000 |
| 142.0 | 5038 HWY 12; SANTA ROSA, CA 95409 | RESIDENTIAL | LUTHER BURBANK | 100% owned | C | 400,000 | 426,000 | (26,000) |
| 143.0 | 1745 WEST LAKE DR; KELSEYVILLE, CA 95451 | RESIDENTIAL | COUNTRYWIDE | 100% owned | C | 1,995,000 | 1,127,000 | 868,000 |
| 144.0 | 21837 GEYSERVILLE ; GEYSERVILLE, CA 95441 | COMMERCIAL | PRIVATE | 100% owned | C | 3,000,000 | 1,700,000 | 1,300,000 |
| 145.0 | 2390 SAN MIGUEL; SANTA ROSA, CA 95403 | RESIDENTIAL | LUTHER BURBANK | 100% owned | C | 600,000 | 419,460 | 180,540 |
| 146.0 | TERRY RD SUBDIVISION; SANTA ROSA, CA 95403 | 5 LOT SUBDIV | | 100% owned; via Victoria 2004 LLC | C | 400,000 | 0 | 400,000 |
| 147.0 | 2137 DENNIS LANE; SANTA ROSA, CA 95403 | RESIDENTIAL | LUTHER BURBANK | 100% owned | C | 500,000 | 688,000 | (188,000) |
| 148.0 | 3422 SANTA ROSA AVE; SANTA ROSA, CA 95407 | 6 ACRES | SAVINGS BK OF M.C. | 100% owned | C | 2,000,000 | 2,000,000 | 0 |
| 149.0 | 2601 FRANCISCO AVE; SANTA ROSA, CA 95403 | 12 AC RESID | NORTH VALLEY BK | 100% owned | C | 4,000,000 | 3,600,000 | 400,000 |
| 150.0 | 819/823 4TH STREET; SANTA ROSA, CA 95404 | COMMERCIAL | LUTHER BURBANK / SAVINGS / PRIVATE | 100% owned | C | 1,500,000 | 1,093,000 | 407,000 |
| 151.0 | 3341 PETALUMA HILL; SANTA ROSA, CA 95404 | CUNNINGHAM LAND | | 100% owned | C | 350,000 | 0 | 350,000 |
| 152.0 | 2611 FULTON RD; SANTA ROSA, CA 95439 | VINEYARD&RES | LUTHER BURBANK | 100% owned | C | 1,250,000 | 1,231,000 | 19,000 |
| 153.0 | 6215/6229 GOLD DUST DR; KELSEYVILLE, CA 95451 | VINEYARD&RES | AMER AG CREDIT | 100% owned | C | 600,000 | 439,000 | 161,000 |
| 154.0 | 2866, 2872, 2882, 2894 STONY POINT RD; SANTA ROSA, CA 95407 | RES LAND | NORTH VALLEY BK / PRIVATE | 100% owned | C | 9,000,000 | 7,524,900 | 1,475,100 |
| 155.0 | 2225 BURBANK AVE; SANTA ROSA, CA 95407 | LAND&RESID | COUNTRYWIDE | 100% owned | C | 400,000 | 579,000 | (179,000) |
| 156.0 | 2803 DUTTON MEADOW; SANTA ROSA, CA 95407 | RESID LAND | LUTHER BURBANK | 100% owned | C | 1,300,000 | 1,025,000 | 275,000 |

**Debtor:** Clement C. Carinalli  
Ann Marie Carinalli  
**Case No:** 09-12986  
**Chapter:** 11  
**Schedule:** Schedule A- Real Property

**Exhibit A**

| Control | Description and Location of Property | Description | Creditor Name (Note - Further details in creditor schedules) Information only. | Nature of Debtor's Interest in Property | H: Husband W: Wife J: Joint C: Community | Current Value of Debtors' Interest in Property, w/o deducting any Secured Claim or Exemption | Amount of Secured Claim | Excess (Deficiency) [for information purposes only] |
|---|---|---|---|---|---|---|---|---|
| 157.0 | 120 SCENIC AVE; SANTA ROSA, CA 95407 | LAND | PRIVATE | 100% owned; held in Trust by Sonoma Mortgage and Investment Co. (DBA for K4 Corp) | C | 800,000 | 1,034,500 | (234,500) |
| 158.0 | 4600 REDWOOD DR; ROHNERT PARK, CA 95407 | LAND | | 100% owned; held in Trust by Sonoma Mortgage and Investment Co. (DBA for K4 Corp) | C | 750,000 | 0 | 750,000 |
| 159.0 | LOS ALAMOS RD; SANTA ROSA, CA 95409 | 6 RESID LOTS | | 100% owned; held in Trust by Sonoma Mortgage and Investment Co. (DBA for K4 Corp) | C | 350,000 | 0 | 350,000 |
| 160.0 | SAGE CREEK RANCH (032-460-007); NAPA, CA 94574 | 1 LOT | PRIVATE | 100% owned | C | 1,750,000 | 1,750,000 | 0 |
| 161.0 | SAGE CREEK RANCH (032-460-009,011); NAPA, CA 94574 | 2 LOTS | PRIVATE | 100% owned | C | 1,750,000 | 1,727,000 | 23,000 |
| 162.0 | 4494 TODD ROAD; SEBASTOPOL, CA 95472 | LAND & RESID | LUTHER BURBANK | 100% owned | C | 1,000,000 | 740,000 | 260,000 |
| 163.0 | 4600 TODD RD; SEBASTOPOL, CA 95472 | LAND & RESID | LUTHER BURBANK | 100% owned | C | 1,200,000 | 1,109,000 | 91,000 |
| 164.0 | 16224 33RD AVE; CLEARLAKE, CA 95422 | RESIDENTIAL | | 100% owned | C | 140,000 | 0 | 140,000 |
| 165.0 | 16234 33RD AVE; CLEARLAKE, CA 95422 | RESIDENTIAL | PRIVATE | 100% owned | C | 140,000 | 185,000 | (45,000) |
| 166.0 | 11961 BITNEY SPRINGS RD; NEVADA CITY, CA 95959 | RESID LAND | PRIVATE | 100% owned; held in name of K4 Corp | C | 750,000 | 540,000 | 210,000 |
| 167.0 | 21000 SANTA CLARA RD (STONEBROOK MEADOWS); MIDDLETOWN, CA 95461 | RESID LAND | PRIVATE | 100% owned | C | 1,000,000 | 1,250,000 | (250,000) |

**Debtor:** Clement C. Carinalli  
Ann Marie Carinalli  
**Case No:** 09-12986  
**Chapter:** 11  
**Schedule:** Schedule A- Real Property  

**Exhibit A**

| Control | Description and Location of Property | Description | Creditor Name (Note - Further details in creditor schedules) Information only. | Nature of Debtor's Interest in Property | H: Husband W: Wife J: Joint C: Community | Current Value of Debtors' Interest in Property, w/o deducting any Secured Claim or Exemption | Amount of Secured Claim | Excess (Deficiency) [for information purposes only] |
|---|---|---|---|---|---|---|---|---|
| 168.0 | 12760 SULPHUR BANK DR; CLEARLAKE, CA 95422 | 890 ACRE RANCH | PRIVATE | 100% owned | C | 2,225,000 | 2,250,000 | (25,000) |
| 169.0 | 13193 & 13194 LAKESHORE DR; CLEARLAKE, CA 95422 | RESIDENTIAL | PRIVATE | 100% owned | C | 175,000 | 300,000 | (125,000) |
| 170.0 | 14771 EL CAMINO REAL; CLEARLAKE, CA 95422 | RESIDENTIAL | | 100% owned; held in the name of K4 Corp. | C | 140,000 | 0 | 140,000 |
| 171.0 | 15774 22ND AVE; CLEARLAKE, CA 95422 | RESI - LOT | | 100% owned; held in the name of K4 Corp. | C | 10,000 | 0 | 10,000 |
| 172.0 | 15775 23RD AVE; CLEARLAKE, CA 95422 | RESI - LOT | | 100% owned; held in the name of K4 Corp. | C | 10,000 | 0 | 10,000 |
| 173.0 | 15795 23RD AVE; CLEARLAKE, CA 95422 | RESI - LOT | PRIVATE | 100% owned; held in the name of K4 Corp. | C | 20,000 | 105,000 | (85,000) |
| 174.0 | 15815 23RD AVE; CLEARLAKE, CA 95422 | RESIDENTIAL | PRIVATE | 100% owned; held in the name of K4 Corp. | C | 140,000 | 165,000 | (25,000) |
| 175.0 | 15817 24TH AVE; CLEARLAKE, CA 95422 | RESIDENTIAL | PRIVATE | 100% owned; held in the name of K4 Corp. | C | 140,000 | 175,300 | (35,300) |
| 176.0 | 15825 23RD AVE; CLEARLAKE, CA 95422 | RESIDENTIAL | PRIVATE | 100% owned; held in the name of K4 Corp. | C | 140,000 | 165,000 | (25,000) |
| 177.0 | 15873 27TH AVE; CLEARLAKE, CA 95422 | RESI - LOT | PRIVATE | 100% owned; held in the name of K4 Corp. | C | 30,000 | 140,000 | (110,000) |

**Debtor:** Clement C. Carinalli  
Ann Marie Carinalli  
**Case No:** 09-12986  
**Chapter:** 11  
**Schedule:** Schedule A- Real Property

**Exhibit A**

| Control | Description and Location of Property | Description | Creditor Name (Note - Further details in creditor schedules) Information only. | Nature of Debtor's Interest in Property | H: Husband W: Wife J: Joint C: Community | Current Value of Debtors' Interest in Property, w/o deducting any Secured Claim or Exemption | Amount of Secured Claim | Excess (Deficiency) [for information purposes only] |
|---|---|---|---|---|---|---|---|---|
| 178.0 | 15883 27th Avenue (Lot 15) Clearlake | RESI - LOT | PRIVATE | 100% owned; held in the name of K4 Corp. | C | 30,000 | 130,000 | (100,000) |
| 179.0 | 15885 27TH AVE; CLEARLAKE, CA 95422 | RESI - LOT | PRIVATE | 100% owned; held in the name of K4 Corp. | C | 10,000 | 33,500 | (23,500) |
| 180.0 | 15893 27TH AVE; CLEARLAKE, CA 95422 | RESI - LOT | PRIVATE | 100% owned; held in the name of K4 Corp. | C | 10,000 | 33,500 | (23,500) |
| 181.0 | 15993 36TH AVE; CLEARLAKE, CA 95422 | RESIDENTIAL | PRIVATE | 100% owned; held in the name of K4 Corp. | C | 140,000 | 120,000 | 20,000 |
| 182.0 | 16135 27TH AVE; CLEARLAKE, CA 95422 | RESIDENTIAL | | 100% owned; held in the name of K4 Corp. | C | 140,000 | 0 | 140,000 |
| 183.0 | 16214 33RD AVE; CLEARLAKE, CA 95422 | RESIDENTIAL | PRIVATE | 100% owned | C | 140,000 | 175,000 | (35,000) |
| 184.0 | 2800 FRANCISCO AVE; SANTA ROSA, CA 95403 | RED - LAND | PRIVATE | 100% owned | C | 500,000 | 300,000 | 200,000 |
| 185.0 | 3096 15TH ST; CLEARLAKE, CA 95422 | RESI - LOT | PRIVATE | 100% owned; held in K4 Corp | C | 20,000 | 126,000 | (106,000) |
| 186.0 | 3136 EDGEWOOD DR; KELSEYVILLE, CA 95451 | RESI - LOT | PRIVATE | 100% owned; held in K4 Corp | C | 30,000 | 130,025 | (100,025) |
| 187.0 | 3615 VISTA ST; CLEARLAKE, CA 95422 | RESIDENTIAL | PRIVATE | 100% owned; held in K4 Corp | C | 140,000 | 185,000 | (45,000) |
| 188.0 | 5327 TEWA CT; KELSEYVILLE, CA 95451 | RESIDENTIAL | PRIVATE | 100% owned | C | 180,000 | 255,000 | (75,000) |
| 189.0 | 6178 VALLEJO AVE; CLEARLAKE, CA 95422 | RESIDENTIAL | PRIVATE | 100% owned; held in K4 Corp | C | 140,000 | 145,000 | (5,000) |

Debtor: Clement C. Carinalli  
Ann Marie Carinalli  
Case No: 09-12986  
Chapter: 11  
Schedule: Schedule A- Real Property  

Exhibit A

| Control | Description and Location of Property | Description | Creditor Name (Note - Further details in creditor schedules) Information only. | Nature of Debtor's Interest in Property | H: Husband W: Wife J: Joint C: Community | Current Value of Debtors' Interest in Property, w/o deducting any Secured Claim or Exemption | Amount of Secured Claim | Excess (Deficiency) [for information purposes only] |
|---|---|---|---|---|---|---|---|---|
| 190.0 | 6198 VALLEJO AVE; CLEARLAKE, CA 95422 | RESIDENTIAL | PRIVATE | 100% owned; held in K4 Corp | C | 140,000 | 140,000 | 0 |
| 191.0 | 6235 DRY CREEK RD, NAPA; NAPA, CA 94558 | 11 ACRES - RESI LOT | PRIVATE | 100% owned; held in K4 Corp | C | 300,000 | 700,000 | (400,000) |
| 192.0 | BARNES SOUTH SUBDIVISION; SANTA ROSA, CA 95403 | 17 RES LOTS | LUTHER BURBANK | 100% owned | C | 1,000,000 | 390,000 | 610,000 |
| 193.0 | CIWA ST / KAKUL ST; CLEARLAKE, CA 95422 | 30 RESI LOTS | PRIVATE | 100% owned | C | 300,000 | 275,000 | 25,000 |
| 194.0 | CRESCENT ST / ETC; NICE, CA 95464 | 39 RESI LOTS | | 100% owned | C | 50,000 | 0 | 50,000 |
| 195.0 | 13019 CREST ST; CLEARLAKE, CA 95422 | RESIDENTIAL | PRIVATE | 100% owned | C | 140,000 | 185,000 | (45,000) |
| 196.0 | TOMALES #1; TOMALES, CA 94971 | RESI LOTS | WESTAMERICA | 100% owned | C | 787,000 | 622,300 | 164,700 |
| 197.0 | TOMALES #2; TOMALES, CA 94971 | RESI LOTS | WESTAMERICA | 100% owned; via 3rd Street S Corp | C | 299,000 | 185,500 | 113,500 |
| 198.0 | TOMALES #3; TOMALES, CA 94971 | RESI LOTS | WESTAMERICA | 100% owned; via K4 Corporation | C | 199,000 | 185,500 | 13,500 |
| 200.0 | 4407 PETALUMA HILL; SANTA ROSA, CA 95404 | 37 AC. RES LAND | PRIVATE | 100% owned; but held with Security Title Co. | C | 1,600,000 | 275,000 | 1,325,000 |
| 201.0 | 4515 SANTA ROSA AVE ; SANTA ROSA, CA 95407 | 24 AC COMM | | 100% owned | C | 1,050,000 | 0 | 1,050,000 |
| 202.0 | ROHNERT PARK; CA | 37AC COMM | | 100% owned | C | 1,850,000 | 0 | 1,850,000 |
| 203.0 | 557-559 (0) Todd Rd; Santa Rosa, Ca 95407 | 60 AC | PRIVATE | 100% owned | C | 2,000,000 | 1,500,000 | 500,000 |
| 204.0 | 260 HORN AVE; SANTA ROSA, CA 95407 | 29 AC | | 100% owned | C | 1,400,000 | 0 | 1,400,000 |
| 205.0 | 483 SCENIC AVE; SANTA ROSA, CA 95407 | 20 AC RES. | LUTHER BURBANK | 100% owned | C | 1,500,000 | 666,000 | 834,000 |
| 206.0 | 2107 WOOD RD; SANTA ROSA, CA 95404 | LAND & RESID | LUTHER BURBANK | 100% owned | C | 1,500,000 | 1,181,000 | 319,000 |
| 210.0 | 3765 LAKEVILLE (50%); PETALUMA, CA 94954 | RESIDENTIAL | WAMU | 50% owned | C | 300,000 | 90,000 | 210,000 |
| 211.0 | 3771 LAKEVILLE (50%); PETALUMA, CA 94954 | RES-LAND 82AC | SUMMIT | 50% owned | C | 3,700,000 | 3,150,000 | 550,000 |

**Debtor:** Clement C. Carinalli  
Ann Marie Carinalli  
**Case No:** 09-12986  
**Chapter:** 11  
**Schedule:** Schedule A- Real Property  

**Exhibit A**

| Control | Description and Location of Property | Description | Creditor Name (Note - Further details in creditor schedules) Information only. | Nature of Debtor's Interest in Property | H: Husband W: Wife J: Joint C: Community | Current Value of Debtors' Interest in Property, w/o deducting any Secured Claim or Exemption | Amount of Secured Claim | Excess (Deficiency) [for information purposes only] |
|---|---|---|---|---|---|---|---|---|
| 212.0 | 2420 SAN MIGUEL AVE (50%); SANTA ROSA, CA 95403 | MOBILE + 1 AC | PRIVATE | 100% on record in Clem's named, but 50% owned. | C | 125,000 | 68,881 | 56,119 |
| 214.0 | SUNNYSLOPE LAND (50%); PETALUMA, CA 94952 | LAND 8.5 AC | NORTH COAST BK | 50% owned; 100% in BCC Holdings. | C | 1,654,000 | 1,300,000 | 354,000 |
| 215.0 | PET HILL - GOLF (50%); CA | LAND 21AC | | 100% in name of other, 50% owned | C | 3,000,000 | 0 | 3,000,000 |
| 217.0 | 5146 OLD REDWOOD HWY; SANTA ROSA, CA 95403 (50%) | LAND + BLDGS | NORTH VALLEY BK | 50% owned | C | 1,156,875 | 1,156,875 | 0 |
| 219.0 | 745 FORMAN LANE (50%); HEALDSBURG, CA 95448 | WINERY-HOMES | AMER AG CREDIT | 50% owned | C | 1,175,000 | 475,000 | 700,000 |
| 220.0 | 8262 PENINSULA DR (50%); KELSEYVILLE, CA 95451 | LAND | SUMMIT SAVINGS / PRIVATE | 50% owned | C | 1,000,000 | 883,000 | 117,000 |
| 221.0 | STONY POINT RD (046-031-014) (50%); SANTA ROSA, CA 95401 | VINEYARD | AMER AG CREDIT | 50% owned | C | 500,000 | 420,000 | 80,000 |
| 223.0 | 3736/3772 GUERNVILLE (50%); SANTA ROSA, CA 95401 | 60 AC RESID | AMER AG CREDIT / PRIVATE | 100% on title, but 50% owed to another. | C | 1,800,000 | 790,250 | 1,009,750 |
| 224.0 | 3130 PINER RD (50%); SANTA ROSA, CA 95401 | VINEYARD | WELLS FARGO / PRIVATE | 50% owned | C | 2,750,000 | 1,459,816 | 1,290,184 |
| 225.0 | 3200 PINER RD (50%); SANTA ROSA, CA 95401 | VINEYARD AND RESIDENCE | LUTHER BURBANK | 50% owned | C | 600,000 | 417,041 | 182,959 |
| 226.0 | 3222 PINER RD (50%); SANTA ROSA, CA 95401 | VINEYARD | WELLS FARGO | 50% owned | C | 450,000 | 309,255 | 140,745 |
| 227.0 | 1525 OLIVET ROAD (50%); SANTA ROSA, CA 95401 | VINEYARD AND RESIDENCE | AMER AG CREDIT | 50% owned | C | 750,000 | 474,250 | 275,750 |
| 230.0 | REACH HANGAR LEASE (33.3%); , CA | AIRPLANE HANGAR | EXCHANGE BANK | 33.3% owned. (1/3) | TIC | 1,000,000 | 774,000 | 226,000 |
| 231.0 | VALLEJO MINI STORAGE (33%); , CA | MINI WAREHOUSE | SONOMA BANK | 33% owned. (1/3) | C | 1,400,000 | 90,000 | 1,310,000 |
| 232.0 | 629 FOURTH ST (65%); SANTA ROSA, CA 95404 | RETAIL BUS. BLDG. | WESTAMERICA | 65% owned; 100% on title with Clem. | C | 450,000 | 311,000 | 139,000 |

**Debtor:** Clement C. Carinalli  Exhibit A
Ann Marie Carinalli
**Case No:** 09-12986
**Chapter:** 11
**Schedule:** Schedule A- Real Property

| Control | Description and Location of Property | Description | Creditor Name (Note - Further details in creditor schedules) Information only. | Nature of Debtor's Interest in Property | H: Husband W: Wife J: Joint C: Community | Current Value of Debtors' Interest in Property, w/o deducting any Secured Claim or Exemption | Amount of Secured Claim | Excess (Deficiency) [for information purposes only] |
|---|---|---|---|---|---|---|---|---|
| 233.0 | 444 TENTH STREET (50%); SANTA ROSA, CA 95401 | COMM. BLDG. | EXCHANGE BANK | 50% owned | C | 1,000,000 | 431,500 | 568,500 |
| 235.0 | 3109 MONTGOMERY (5%); SANTA ROSA, CA 95405 | RESID. HOUSE | WAMU | 5% owned; 100% on title with Debtor. Loan for full amount with Debtor. | C | 20,000 | 231,000 | (211,000) |
| 237.0 | 3577 BROOKS AVE; APN: 044-141-051 (50%); SANTA ROSA, CA 95407 | 10.5 AC. RESID. | | 50% owned | C | 500,000 | 0 | 500,000 |
| 238.0 | WILLOW ST. (50%); SANTA ROSA, CA 95401 | LOT | | 50% owned | C | 100,000 | 0 | 100,000 |
| 239.0 | 3512 SANTA ROSA AVE (MINI STORAGE) (20%); SANTA ROSA, CA 95407 | 5.16AC. COMM | | 20% owned | C | 500,000 | 0 | 500,000 |
| 241.0 | 1615 FULTON RD (FOX HOLLOW) (50%); SANTA ROSA, CA 95403 | RES LAND | NORTH VALLEY BK | 50% owned | C | 4,500,000 | 1,558,150 | 2,941,850 |
| 244.0 | AVIATION BLVD (059-340-032) (50%); SANTA ROSA, CA 95403 | COMMERCIAL - UNDEVELOPED | | 50% owned, but held in trust with Security Title of Sonoma County. | C | 300,000 | 0 | 300,000 |
| 245.0 | AVIATION BLVD (059-340-056) (30%); SANTA ROSA, CA 95403 | COMMERCIAL - UNDEVELOPED | | 30% owned; but 100% in Aviation Associates (GP). | C | 240,000 | 0 | 240,000 |
| 246.0 | 9370 ROGERS RD (26.3%); SACRAMENTO, CA 95829 | RESIDENTIAL - UNDEVELOPED | | 26.3% owned | C | 200,000 | 0 | 200,000 |
| 247.0 | BERRY LN/GUMVIEW RD (50%); WINDSOR, CA 95492 | 4 HOMES & VACANT LAND | GMAC; WASHINGTON MUTUAL BANK | 50% Owned. | C | 850,000 | 58,000 | 792,000 |
| 1003.0 | 4960 Gaddy Lane, Kelseyville, CA (APN: 008-062-032, 008-040-04) | RESIDENTIAL VACANT LAND | | 100% owned, held in Kerri Olhiser's name. | C | 71,500 | 0 | 71,500 |

11/24/2010; 12:43 PM  Case: 09-12986  Doc# 831  Filed: 11/30/10  Page 13 of 35  Entered: 11/30/10 18:09:59  Page 14 of 15  Carinalli-SchedulesII-ver1.2.xlsx; Schedule A

**Debtor:** Clement C. Carinalli  
Ann Marie Carinalli  
**Case No:** 09-12986  
**Chapter:** 11  
**Schedule:** Schedule A- Real Property

Exhibit A

| Control | Description and Location of Property | Description | Creditor Name (Note - Further details in creditor schedules) Information only. | Nature of Debtor's Interest in Property | H: Husband W: Wife J: Joint C: Community | Current Value of Debtors' Interest in Property, w/o deducting any Secured Claim or Exemption | Amount of Secured Claim | Excess (Deficiency) [for information purposes only] |
|---|---|---|---|---|---|---|---|---|
| 1004.0 | 5567 Sonoma Hwy; Santa Rosa, CA 95409 | 2.67 ACRES; Fire Damaged Home | | 100% owned, held in Kerri Olhiser's name. | C | 376,000 | 0 | 0 |
| 3000.0 | Kawana Meadows; Santa Rosa, CA 95404 | 5 Acres undeveloped parcel | | 100% owned | C | 135,585 | 135,585 | 0 |
| | | | | | | **180,274,092** | **118,167,374** | **61,730,718** |