John D. Fiero (CA Bar No. 136557)
Maxim B. Litvak (CA Bar No. 215852)
Gail S. Greenwood (CA Bar No. 169939)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
Email: jfiero@pszjlaw.com
mlitvak@pszjlaw.com
ggreenwood@pszjlaw.com

Attorneys for Andrea Wirum,
Trustee of the Carinalli Liquidating Trustee

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br>**CLEMENT C. CARINALLI AND ANN MARIE CARINALLI,**<br>Debtors. | Case No.: 09-12986 AJ<br>Chapter 11<br>**NOTICE OF APPEARANCE OF THE LIQUIDATING TRUSTEE AND REQUEST FOR NOTICE** |

**TO THE HONORABLE ALAN JAROSLOVSKY, UNITED STATES BANKRUPTCY JUDGE, AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that Andrea Wirum is the Trustee ("Liquidating Trustee") of the Carinalli Liquidating Trust under the *Debtors' and Committee's Second Amended Joint Plan of Reorganization* dated November 16, 2010 (the "Plan") that became effective on December 1, 2010.

**PLEASE TAKE FURTHER NOTICE** that the Liquidating Trustee, through her counsel, requests notice of all matters which may come before the Court in this case, to be provided as follows:

John D. Fiero, Esq.
Maxim Litvak, Esq.
Gail S. Greenwood, Esq.
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Tel: 415-263-7000
Fax: 415-263-7010
Email: jfiero@pszjlaw.com
mlitvak@pszjlaw.com
ggreenwood@pszjlaw.com

Date: December 9, 2010　　　　　　　　　PACHULSKI STANG ZIEHL & JONES LLP

　　　　　　　　　　　　　　　　　　　By　*/s/ Gail S. Greenwood*
　　　　　　　　　　　　　　　　　　　　　Gail S. Greenwood
　　　　　　　　　　　　　　　　　　　　　Attorneys for Andrea Wirum, Trustee of
　　　　　　　　　　　　　　　　　　　　　the Carinalli Liquidating Trust