Entered on Docket
April 28, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: April 27, 2011



_____
ALAN JAROSLOVSKY
U.S. Bankruptcy Judge
_____

|  |  |
|---|---|
| John D. Fiero (CA Bar No. 136557)<br>Maxim B. Litvak (CA Bar No. 215852)<br>John W. Lucas (CA Bar No. 271038)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>150 California Street, 15th Floor<br>San Francisco, California 94111-4500<br>Telephone: 415/263-7000<br>Facsimile: 415/263-7010<br>Email: jfiero@pszjlaw.com<br>        mlitvak@pszjlaw.com<br>        jlucas@pszjlaw.com<br><br>Attorneys for Andrea Wirum,<br>Trustee of the Carinalli Liquidating Trust | |

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SANTA ROSA DIVISION**

| | |
|---|---|
| In re:<br><br>**CLEMENT C. CARINALLI AND ANN MARIE CARINALLI,**<br><br>Debtors. | Case No.: 09-12986 (AJ)<br><br>Chapter 11<br><br>**ORDER APPROVING SETTLEMENT AND COMPROMISE WITH THE CARINALLI PARTIES AND NORTH COAST BANK PURSUANT TO BANKRUPTCY RULE 9019(A)**<br><br>[Pursuant to B.L.R. 9014-1, no hearing unless opposition filed or hearing requested] |

The Court has considered the *Motion of Liquidating Trustee for Approval of Settlement and Compromise With the Carinalli Parties and North Coast Bank Pursuant to Bankruptcy Rule 9019(a)* (the "Motion").[2] It appears that due and sufficient notice of the Motion has been provided under the circumstances. It further appears that the relief requested in the Motion is reasonable and in the best interest of the Liquidating Trust and creditors. After due deliberation and sufficient cause shown,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted.

---

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

2. Pursuant to Rule 9019 of the Federal Rule of Bankruptcy Procedure, the Settlement Agreement between the Trustee, the Carinalli Parties, and NCB annexed to the Motion as Exhibit A, is approved in its entirety.

3. This Order is effective immediately. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation or enforcement of this Order.

**\*\*\*END OF ORDER\*\*\***